AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

KG CORNWALL, LLC

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

BEAZER HOMES CORP.

**07 CIV. 2881**

**BRIEANT**

TO: (Name and address of defendant)

BEAZER HOMES CORP.
275 Philips Boulevard
Trenton, NJ 08618

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DORFMAN KNOEBEL & CONWAY, LLP
51 North Broadway
Nyack NY 10960

an answer to the complaint which is herewith served upon you, within ____30____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

APR 11 2007

March 15, 2007
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4-17-07 |
| NAME OF SERVER (PRINT)  James McCombs | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 275 Philips Blvd   Trenton N.J  08618

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-18-07
Date

Signature of Server: [signed] McC

Address of Server: 1 Gerken Dr. New City N.Y. 10956

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.