Eric D. Sherman
Luisa K. Hagemeier
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York  10022
(212) 421-4100
Attorneys for Defendant


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KG CORNWALL, LLC                                   :
                                                                          Index No. 07 Civ. 2881 (CLB)
                      Plaintiff,        :

         -against-                         :
                                                                          **RULE 7.1 STATEMENT**
                                                       :
BEAZER HOMES CORP.
                                                       :
                    Defendant.
------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Court Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, BEAZER HOMES CORPORATION (a private, non-governmental party), certifies that it is an indirectly-held, wholly-owned subsidiary of BEAZER HOMES USA, INC., which is a publicly-held corporation.

                                        PRYOR CASHMAN LLP

DATED:    New York, NY                __/s/_____
                 June 29, 2007                Eric D. Sherman
                                               Luisa K. Hagemeier
                                               410 Park Avenue
                                               New York, NY  10022
                                               (212) 421-4100
                                               Attorneys for Defendant
                                                     Beazer Homes Corporation

TO:    Burton I. Dorfman, Esq.
          Dorfman Knoebel & Conway, LLP
          51 North Broadway
          Nyack, New York 10960

          Attorneys for Plaintiff KG Cornwall, LLC

Case 7:07-cv-02881-CS   Document 8   Filed 07/17/2007   Page 3 of 3

422512                                  3