UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KG CORNWALL, LLC                                :
                                                :   Index No. 07 Civ. 2881 (CLB)
                         Plaintiff,             :
                                                :
         -against-                               :
                                                :   **DECLARATION OF**
                                                :   **SERVICE**
                                                :
BEAZER HOMES CORP.                              :
                                                :
                         Defendant.             :
------------------------------------------------------------------X

LUISA K. HAGEMEIER, the undersigned, declare under penalty of perjury that:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of The Bronx, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 410 Park Avenue, New York, New York 10022.

2. On December 28, 2007, declarant served by placing in a postage paid envelope and delivering into the custody of Federal Express for Federal Express overnight delivery the **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND DISQUALIFICATION WITH AFFIDAVIT OF ROBERT STOUT AND EXHIBITS THERETO AND DECLARATION OF LUISA K. HAGEMEIER AND EXHIBITS THERETO, DEFENDANT'S STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.1, and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DISQUALIFICATION OF COUNSEL** upon:

Burton I. Dorfman, Esq.
Dorfman Knoebel & Conway LLP
Nyack, New York 10960

_____
LUISA K. HAGEMEIER

DATED:      New York, New York
            December 28, 2007