UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KG CORNWALL, LLC.

                Plaintiff,

        -against-                Index No. 07 Civ. 2881 (CLB)

BEAZER HOMES CORP.

                Defendant.
------------------------------------------------------------------------X

## PLAINTIFF'S EXHIBITS

**EXHIBIT LIST**

| | |
|---|---|
| Exhibit "A" | Complaint |
| Exhibit "B" | Answer |
| Exhibit "C" | 3/7/3 Benedict to Sungold Contract |
| Exhibit "D" | 7/4/03 Memorandum of Contract |
| Exhibit "E" | 7/10/03 Assignment from Dresner/Sungold to Abe Goldberger |
| Exhibit "F" | Benedict Consent to Assignment to KG |
| Exhibit "G" | Contract of Sale |
| Exhibit "H" | Extension of Due Diligence Date |
| Exhibit "I" | 9/8/05 Alan Frank Letter |
| Exhibit "J" | Termination of Memorandum of Contract |
| Exhibit "K" | 9/26/05 Waver of Due Diligence |
| Exhibit "L" | 9/30/05 Letter of Credit |
| Exhibit "M" | 2/24/07 Alan Frank Letter |
| Exhibit "N" | 2/26/07 Letter to Alan Frank |
| Exhibit "O" | 5/1/06 Deed |
| Exhibit "P" | Title Policy |
| Exhibit "Q" | 1/15/07 Letter |
| Exhibit "R" | 1/23/07 Israel Letter |
| Exhibit "S" | 1/30/07 Letter to Israel |
| Exhibit "T" | 2/9/07 Letter to Israel and Schneir |
| Exhibit "U" | Title Report |
| Exhibit "V" | Response to Plaintiff's Demand for Witnesses |
| Exhibit "W" | 12/14/07 Conway Letter |

DORFMAN, KNOEBEL, CONWAY, FURY & GRIFFIN, LLP

Attorneys For Plaintiffs KG Cornwall, LLC