# Exhibit "F"

**BENEDICT POND AT NEW WINDSOR, LLC.**
535 High Mountain Road
North Haeldon, New Jersey 107508

Re: **Bendict Pond**
 <u>**Sun Gold Holding, Inc. to KG Cornwall, LLC.**</u>

To whom it may concern;

I consent on behalf of Benedict Pond at New Windsor, LLC.. to the assignment of the contract dated March 7, 2003 between my company and Sun Gold Holding Inc. to KG Cornwall, LLC., that is subject to a memorandum of contract recorded in the Orange County Clerk's office.

If you need any further documentation or information please do not hesitate to call.

Very truly yours,

A. J. DANZA
Managing Member