# Exhibit "H"





## FACSIMILE

**TO:** Burt Dorfman    **COMPANY:** _____

**DATE:** 8/25/05    **FAX#:** 845-353-3529

**FROM:** Lisa Sikora _____

## NUMBER OF PAGES: (INC. COVER) : ___2_____

*IF YOU HAVE ANY QUESTIONS REGARDING THIS FAX PLEASE CONTACT _____ AT _____. THANK YOU.*

### BEAZER FAX# (973) 952-0045

## MESSAGE:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**********************CONFIDENTIALITY NOTE********************
The document(s) accompanying this telecopy transmission contain information, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified (i) that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and (ii) that the documents should be returned immediately. In this regard, if you have received this

Beazer Homes
9 Whippany Road, Suite 12A
Whippany, NJ 07981
Tel:    973-952-0025
Fax:    973-952-0045

# Memo

| | |
|---|---|
| **To:** | John Karger |
| **Cc:** | Burt Dorfman; Tony Danza |
| **From:** | Robert Stout |
| **Date:** | 8/25/2005 |
| **Re:** | Benedict Pond Due Diligence |

John,

As you are aware, Beazer Homes is currently in the midst of its due diligence period for the Benedict Pond property in New Windsor, NY.

The due diligence period expiration date was previously set for August 31, 2005.

As per our discussion, the due diligence period is now extended to Monday September 19th, 2005.

Please sign this memo and return it to myself to acknowledge your acceptance of the above.

Thank you for your understanding in regard to this issue.

-Robert Stout


Acknowledged By:


_____

John Karger

KG Cornwall, LLC