# Exhibit "I"

# TEICH GROH
AN ASSOCIATION OF
PROFESSIONAL CORPORATIONS & LIMITED LIABILITY COMPANIES
COUNSELLORS AT LAW
691 STATE HIGHWAY 33
MERCERVILLE
TRENTON, NEW JERSEY 08619-4492

(609) 890-1500

FAX NO. (609)890-6961

ARTHUR TEICH (1915-1997)
WILLIAM C. GROH, Retired
BARRY W. FROST*
MICHAEL A. ZINDLER
CAROL OSWALD
CAROL L. KNOWLTON†
ALLEN I. GORSKI†
DEAN S. NALBONE†
ALAN G. FRANK, JR.
GARY R. BACKINOFF†
BRIAN W. HOFMEISTER

JENNIFER ZOSCHAK
CINZIA CIOFFI
RICHARD J. ALPHONSE

* NJ AND NY BAR
† NJ AND PA BAR
° NJ, NY, CT AND DC BAR

BRANCH OFFICE:

109 FRANKLIN CORNER ROAD
LAWRENCEVILLE, NJ 08648
(609) 844-0488

123 FRANKLIN CORNER ROAD
SUITE 206
LAWRENCEVILLE, NJ 08648
(609) 896-2900
FAX (609)896-3115

SEP 1 2 2005

September 8, 2005

sent via fax and regular mail
Burton I. Dorfman, Esquire
Dorfman, Knoebel & Conway, LLP
51 North Broadway
Nyack, New York 10960

    RE:    **KG CORNWALL, LLC TO BEAZER HOMES CORP.**
              **SECTION 65, BLOCK 1, LOTS 51.11 AND 56.1**
              **TOWN OF NEW WINDSOR**
              **AGREEMENT OF SALE**

Dear Mr. Dorfman:

    After I sent you my correspondence of yesterday with respect to the captioned matter, my client called indicating that there is a water moratorium in the town of New Windsor.

    That fact notwithstanding, our client has been assured by your client that such moratorium is not applicable to the referenced property.

    Our client has asked yours to please furnish evidence of such fact in the form of a letter or other correspondence from the municipality or the supplier of such water but those written assurances have not yet been forthcoming.

    The purpose of this letter is to request that you furnish or have your client furnish to our client the written municipal assurance that the property in question is not subject to the moratorium and that any development of the property by Beazer after closing will not be affected by such moratorium.

    As you are aware, Beazer's due diligence investigation period expires on September 19, 2005 and we thus must have such formal assurance by that date.

Burton I. Dorfman, Esquire
RE: KG Cornwall - Beazer Homes

Page Two
September 8, 2005

If there is anything that you wish to discuss with me regarding this issue, please call.

Very truly yours,

Alan G. Frank, Jr.

AGF/cla
enclosures
CC:   Beazer Homes Corp.
Attn: Rob Stout