# Exhibit "M"

ARTHUR TEICH (1915-1997)
WILLIAM C. GROH, Retired
BARRY W. FROST*
MICHAEL A. ZINDLER
CAROL OSWALD
CAROL L. KNOWLTON†
ALLEN I. GORSKI†
DEAN S. NALBONE†
ALAN G. FRANK, JR.
GARY R. BACKINOFF†
BRIAN W. HOFMEISTER

JENNIFER ZOSCHAK
CINZIA CIOFFI
RICHARD J. ALPHONSE

* NJ AND NY BAR
† NJ AND PA BAR

# TEICH GROH
AN ASSOCIATION OF
PROFESSIONAL CORPORATIONS & LIMITED LIABILITY COMPANIES
COUNSELLORS AT LAW
691 STATE HIGHWAY 33
MERCERVILLE
TRENTON, NEW JERSEY 08619-4492

(609) 890-1500

FAX NO. (609) 890-6961

BRANCH OFFICE:

109 FRANKLIN CORNER ROAD
LAWRENCEVILLE, NJ 08648
(609) 844-0488
FAX (609) 844-0784

123 FRANKLIN CORNER ROAD
SUITE 206
LAWRENCEVILLE, NJ 08648
(609) 896-2900
FAX (609) 896-3115

February 21, 2007

VIA FAX AND OVERNIGHT MAIL

KG Cornwall, LLC
c/o Dorfman, Knoebel & Conway, LLP
51 North Broadway
Nyack, New York 10960
Attention: Burton I. Dorfman, Esquire

and

VIA OVERNIGHT MAIL

KG Cornwall, LLC
One Shinev Court
Monroe, New York 10950

RE: AGREEMENT OF SALE OF MAY 31, 2005 BETWEEN KG CORNWALL, LLC ("SELLER") AND BEAZER HOMES CORP. ("BUYER") – NOTICE OF TERMINATION

Gentlemen:

Please accept this letter as notice from our client, the Buyer in the referenced Agreement, that Seller is in default of said Agreement and that by reason of such default, Buyer is exercising its right under Paragraph 8 of the Agreement to terminate same and receive a return of the down payment, demand for which is hereby made.

The substance of Seller's default is that despite (i) Seller's obligation under Paragraph 3(a) of the Agreement to convey to Buyer encumbrance-free title to the property described in the Agreement (the "Property") and (ii) Seller's written notice to Buyer that a Time of Essence Closing had been scheduled for 11:00 a.m. at your office on February 21, 2007 (the "TOE Time"), Seller was *not* and is *not* in a position to convey encumbrance-free title to the Property to Buyer as of the TOE Time.

Specifically, a certain Memorandum of a Contract of Sale between Seller's predecessor in title to the Property, Benedict Pond of New Windsor, LLC (formerly Sarjon, LLC), and Sungold Holding, Inc. with respect to real property which included the Property was recorded in the Orange County Clerk's Office on April 23, 2003 in Liber 11026 at page 1725 (the "Memorandum"). Said Memorandum still appears of record in the Orange County Clerk's Office as of the TOE Time. The non-discharge of the

KG Cornwall, LLC
Page Two
February 21, 2007

Memorandum in the records of the Orange County Clerk's Office as of the TOE Time of 11:00 a.m. on February 21, 2007 was confirmed to Buyer by a telephone message from James Wood of Hill-n-Dale Abstractors, Inc./Goshen Searchers, Inc. just prior to 11:00 a.m. on February 21, 2007.

    Please note that Buyer first made Seller aware of the existence of the encumbrance embodied in the Memorandum and its implications in September, 2005. (See attached letter to Seller's attorney). Despite that letter – to which no response was ever forthcoming -- and despite Seller's May, 2006 purchase of the Property from Benedict Pond of New Windsor, LLC (formerly Sarjon, LLC), the contract vendor under the Memorandum, Seller has failed as of the TOE Time to cause the contractual right of Sungold Holdings, Inc. in the Property to be discharged or terminated of record. The continuing existence of the encumbrance embodied in the Memorandum of record as of the TOE Time clearly places Seller in default of the Agreement as of the TOE Time and such circumstance entitles Buyer to lawfully terminate the Agreement and receive the return of its down payment. This letter constitutes such notice of termination. The Agreement is now null and void and of no further force and effect.

    Notwithstanding that the down payment in the form of a $150,000.00 Letter of Credit being held by your attorney, Burton I. Dorfman, Esquire, as Escrow Agent under the Agreement, has expired by its terms and is of no further force and/or effect, demand is nonetheless hereby made that you immediately authorize the Escrow Agent to return such Letter of Credit to Buyer at the address for Buyer provided in the Agreement.

                          Very truly yours,

                          Alan G. Frank, Jr.

AGF/cla
CC:   Beazer Homes/Attn: Paul Schneier, Division President
       Beazer Homes/Attn: Richard S. Israel, Esquire, Division Counsel
       Burton I. Dorfman, Esquire (via Fax and Overnight Delivery)