# Exhibit "V"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KG CORNWALL, LLC

                    Plaintiff,

    -against-

BEAZER HOMES CORP.

                    Defendant.
------------------------------------------------------------X

: Index No. 07 Civ. 2881 (CLB)
:
: **RESPONSES TO PLAINTIFF'S**
: **DEMAND FOR**
: **WITNESS INFORMATION**
:

Defendant Beazer Homes Corp. (Beazer), by and through its attorneys, Pryor Cashman LLP, as and for its responses (the Responses) to plaintiff KG Cornwall, LLC's Demand for Witness Information (the Demand), states the following:

Beazer objects to the Demand in its entirety on the ground that it is incomprehensible in the context of this action. The Demand appears to be a boilerplate discovery device used by defense counsel in personal injury actions, which is totally unsuitable, and not capable of response, in an action for breach of contract.

Subject to and without waiving that objection, and reserving its right to supplement this disclosure at any time prior to trial, Beazer represents that the following individuals may be witnesses to the events and circumstances at issue in this action:

(a)    Robert Stout
        Beazer Homes Corp.
        275 Philips Boulevard
        Trenton, New Jersey 08618

(b)    John Karger
        Beazer Homes Corp.
        275 Philips Boulevard
        Trenton, New Jersey 08618

(c)    Richard Israel, Esq., no longer employed by Beazer. Address to be provided.

Dated: New York, New York
December 14, 2007

PRYOR CASHMAN LLP

By: _____
Eric D. Sherman
Luisa K. Hagemeier
Attorneys for Defendant
410 Park Avenue
New York, New York 10022
(212) 421-4100

TO:   Burt I. Dorfman, Esq.
Dorfman Knoebel & Conway
51 North Broadway
Nyack, NY 10960
(845) 353-3500
*Counsel for Plaintiff*

2

Index No. 07 Civ. 2881 (CLB)   Year 20 07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KG CORNWALL, LLC,

Plaintiff,

- against -

BEAZER HOMES CORP.,

Defendant.

## DEFENDANT'S RESPONSE TO DEMAND FOR WITNESSES

PRYOR CASHMAN LLP

*Attorneys for*   **DEFENDANT**

410 PARK AVENUE
NEW YORK, N.Y. 10022
(212) 421-4100

To

Attorney(s) for

Service of a copy of the within                                     is hereby admitted.
Dated,

Attorney(s) for

PLEASE TAKE NOTICE
Check Applicable Box

☐ NOTICE OF ENTRY

that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on                     20

☐ NOTICE OF SETTLEMENT

that an order                                                                                       of which the within is a true copy will be presented for
settlement to the Hon.                                                                                                                        one of the judges
of the within named court, at
on                                                  20                     at                           M.

Dated,

Yours, etc.

PRYOR CASHMAN LLP

*Attorneys for*

410 PARK AVENUE
NEW YORK, N.Y. 10022
212-421-4100

To

Attorney(s) for

[RECEIVED DEC 17 2007 stamp]