# Exhibit "U"

## Part 2

STATE OF CALIFORNIA )
)ss.:
COUNTY OF Sacramento

On the 3rd day of ~~April~~ May, 1999, before me personally came DALE BENEDICT to me known to be the individual described in, and who executed the foregoing instrument, and acknowledged that he executed the same.

Mary Cabranes
Notary Public

MARY CABRANES
COMM. # 1176511
Notary Public-California
SACRAMENTO COUNTY
My Comm. Expires APRIL 12, 2002

LIBER 5064 PG 130

SCHEDULE "A"

PARCEL I DESCRIPTION

ALL that certain plot, piece or parcel of land, situate, lying and being in the Town of New Windsor, County of Orange and State of New York, and being more particularly bounded and described as follows:

BEGINNING at a point in the easterly line of lands of H.O. Benedict at the northwesterly corner of the lands of Walter H. Gerow, and running thence from said point of beginning the following four courses and distances along the lands of H.O. Benedict:
FIRST: North 48 degrees 28 minutes East, 67.95 feet to a point;
SECOND: North 23 degrees 57 minutes West, 50 feet to a point;
THIRD: North 50 degrees 36 minutes East, 23.80 feet to a point;
FOURTH: North 61 degrees 04 minutes East, 165.56 feet to a point, which point is the corner of a stone wall at the northeasterly corner of the herein described parcel, and running thence along the new division line through the lands of Walter H. Gerow, the following three courses:
FIRST: South 28 degrees 04 minutes East, 286.40 feet, along a stone wall to a point;
SECOND: South 28 degrees 08 minutes East, 117 feet, still along said stone wall to an iron bolt on the west side of said stone wall, the said bolt marking the southeasterly corner of the herein described parcel;
THIRD: South 71 degrees 35 minutes West, 288.50 feet along the northerly side of an old abandoned stone wall to an iron pipe set at the southwesterly corner of the herein described parcel;
RUNNING THENCE along the easterly line of the lands of H.O. Benedict, North 10 degrees 28 minutes West, 135 feet to a point;
RUNNING THENCE, still along the lands of H.O. Benedict, North 32 degrees 39 minutes West, 163 feet to the point or place of BEGINNING.

Containing 2.12 acres of land, be the same more or less.

(1)

LIBER 5064 PG 131

LIBER5064PG 133

ALL THAT LAND, situate in the Town of New Windsor, Orange County, New York, bounded and described as follows:

BEGINNING at a point, being the intersection of the center line of Mount Airy Road with the westerly bounds of Dean Hill Road;

THENCE from said place of beginning and along the westerly bounds of Dean Hill Road:

South Thirty-five Degrees, One Minute, Forty Seconds East, Three Hundred Twenty-three and Fifty-six Hundredths Feet (S 35°-01'-40" E, 323.56');

South Thirty-five Degrees, Fifty-eight Minutes, Fifty Seconds East, One Hundred Thirteen and Twenty-three Hundredths Feet (S 35°-58'-50" E, 113.23') to a set 5/8" iron rod, flush in the ground, being the northwesterly most corner of lands of Richard T. and Sharon J. Vanasco, Deed Reference Liber 2022, Page 702;

THENCE along the line of said Vanasco, the following three (3) courses and distances:

South Sixty-two Degrees, Fifty-Seven Minutes, Five Seconds West, Three Hundred Nine and Ninety-Six Hundredths Feet (S 62°-57'-05" W, 309.96') to a set 5/8" iron rod;

South Thirty-five Degrees, Thirty Minutes, Five Seconds East, One Hundred Forty-four and Forty-six Hundredths Feet (S 35°-30'-05" E, 144.46') to a set 5/8" iron rod;

North Sixty-two Degrees, Four Minutes, Forty Seconds East, Three Hundred Ten and Forty-Eight Hundredths Feet (N 62°-04'-40" E, 310.48') generally following the line of the remains of a stone wall the latter portion of the course to a set 5/8" iron rod on the westerly bounds of Dean Hill Road;

THENCE along said westerly bounds, the following four (4) courses and distances, namely:

South Thirty-five Degrees, Fifty-eight Minutes, Fifty Seconds East, One Hundred Eighty and Thirty-six Hundredths Feet (S 35°-58'-50" E, 180.36');

South Thirty-seven Degrees, Twenty-six Minutes, Five Seconds East, One Hundred Sixty-six and Seventy-five Hundredths Feet (S 37°-26'-05" E, 165.75');

(2)

---

LIBER5064PG 133

South Forty-one Degrees, Fifty-two Minutes, Ten Seconds East, One Hundred Seventy-six and Seventy-Nine Hundredths Feet (S 41°-52'-10" E, 176.79');

South Forty-Seven Degrees, Nine Minutes, Five Seconds East, Eighty-Six and Sixty-Six Hundredths Feet (S 47°-09'-05" E, 86.66') to a set 5/8" iron rod;

THENCE leaving said westerly bounds of Dean Hill Road, North Seventy-two Degrees, Ten Minutes, Thirty-five Seconds East, Thirty-two and Eighty-Nine Hundredths Feet (N 72°-10'-35" E, 32.89') to a point in the presumed center line of Dean Hill Road as located in July of 1986;

THENCE along the center line of Dean Hill Road, as located in July of 1986, approximately 400 feet plus or minus to a point;

THENCE along the center line of said Dean Hill Road, South Fifty-Nine Degrees, Eighteen Minutes, Fifty Seconds East, Twenty-six and Zero Hundredths Feet (S 59°-18'-50" E, 26.00');

THENCE along the line of lands of Walter H. Gerow, South Thirty-seven Degrees, Thirty-six Minutes, Ten Seconds East (S 37°-36'-10" E) passing over a set 5/8" iron rod at Sixty-Seven and Fifty-Eight Hundredths Feet (67.50') along the way for a total distance of Six Hundred Seventy-four and Forty Hundredths Feet (674.40') to a set 5/8" iron rod in a stone wall on the line of lands of Howard Franklin Benedict, Deed Reference Liber 1444, Page 265;

THENCE along the line of said Benedict, the following five (5) courses and distances, namely:

South Fifty-eight Degrees, Fifty-five Minutes, Thirty Seconds West, (S 58°-55'-30" W) generally following a stone wall, the beginning of the course, One Hundred Seventy-three and Ninety Hundredths Feet (173.90');

South Fifty-seven Degrees, Fifty-Nine Minutes, Thirty-five Seconds West, Twenty-three and Eighty Hundredths Feet (S 57°-59'-35" W, 23.80');

South Twenty-seven Degrees, Twenty-six Minutes, Ten Seconds East, Fifty and Zero Hundredths Feet (S 27°-26'-10" E, 50.00');

South Fifty-seven Degrees, Fifty-two Minutes, Thirty Seconds West, Seventy-Two and Zero Hundredths Feet (S 57°-52'-30" W, 72.00');

South Thirty Degrees, Fifty-two Minutes, Forty-Five Seconds East, (S 30°-52'-45" E) generally following the line of a stone wall, One Hundred Sixty-three and Zero Hundredths Feet (163.00') to an angle point in the stone

(3)

wall on the westerly side of a 14" hickory tree;

THENCE continuing along the line of lands of Benedict and along the line of lands of Alice H. Hula, Deed Reference Liber 1825, Page 501 and generally following the direction of the stone wall, South Eight Degrees, Forty-One Minutes, Forty-Five Seconds East, Three Hundred Twelve & Seventy Hundredths Feet (S 08°-41'-45" E, 312.70') to a point on the southeasterly side of an 18" hickory tree standing on the westerly side of a stone wall;

THENCE continuing along the line of lands of Hula and along the line of lands of Linda Marie Dughi, Deed Reference Liber 2076, Page 748, South Twenty-'ine Degrees, Fourteen Minutes, Fifty Seconds East, One Hundred Ninety-Five and orty-Two Hundredths Feet (S 29°-14'-50" E, 195.42') to a found 5/8" iron rod .n a stone wall;

THENCE along the line of lands of John A. Dadbois, Deed Reference Liber 2048, Page 159 and along the line of lands of Rufus and Beulah McCaster, Deed Reference Liber 1756, Page 940, South Twenty-Seven Degrees, Seven Minutes, Fifty-Five Seconds East, (S 27°-07'-55" E) generally following the line of a stone wall, One Hundred Seventy and Fourteen Hundredths Feet (170.14');

THENCE along the line of lands of Charles S. Satterly, Deed Reference Liber 2010, Page 1120, South Thirty-Eight Degrees, Forty-Eight Minutes, Forty-Five Seconds East, Sixteen and Forty-Five Hundredths Feet (S 38°-48'-45" E, 16.45') to a set 5/8" iron rod;

SOUTH Eight Degrees, Fifty Minutes, Forty-Five Seconds East, One Hundred Ninety-Two and Twenty-Four Hundredths Feet (S 08°-50'-45" E, 192.24') to a set 5/8" iron rod on the line intended to be the Town line between New Windsor and Cornwall, said iron rod also being North Eighty-Two Degrees, Twenty-One Minutes, Zero Seconds West, Nineteen and Two Hundredths Feet (N 82°-21'-00" W, 19.02') from a found "X" on a marble monument claimed by neighbors to be on the Town Line;

THENCE over and through the lands of Howard O. Benedict, Deed Reference Liber 779, Page 558, North Eighty-Two Degrees, Twenty-One Minutes, Zero Seconds West (N 82°-21'-00" W) along the presumed Town Line, Twelve and Fifty-Two Hundredths Feet (12.52') to a set 5/8" iron rod in a stone wall on the line of lands of Charles Satterly, Deed Reference Liber 1002, Page 01;

THENCE along the line of lands of Charles Satterly, the following two (2) courses and distances;

NORTH Eight Degrees, Fifty Minutes, Forty-Five Seconds West, (N 08°-50'-45" W) generally following the line of a stone wall, One Hundred Eighty-Three and Eight Hundredths Feet (183.08') to a set "X" chisel mark on a stone at the corner of walls and South Eighty-Six Degrees, Fifty-Four Minutes, Forty-Five Seconds S 86°-54'-45" W) generally following the line of a stone wall, Sixty-Eight ..ifty Hundredths Feet (68.50') to an angle point in the stone wall being the northeasterly corner of lands of David and Alice Mae Bundy, Deed Reference Liber 642, Page 559;

THENCE along the line of lands of said Bundy, the following three (3) courses and distances, namely;

NORTH Seventy-Four Degrees, Forty Minutes, Ten Seconds West (N 74°-40'-10" W) generally following the line of a stone wall, One Hundred Eight and Zero Hundredths Feet (108.00');

(4)

LIBER 5064 PG 134

NORTH Seventy-Two Degrees, Thirty-Seven Minutes, Fifty Seconds West, (N 72°-37'-50" W) generally following the line of a stone wall, One Hundred Seventy-Six and Eighteen Hundredths Feet (176.18') to a set 5/8" iron rod at a stone wall intersection;

NORTH Seventy-Five Degrees, Twenty-Six Minutes, Forty Seconds West, (N 75°-26'-40" W) generally following the line of a stone wall, Thirty-Eight and Twenty-Nine Hundredths Feet (38.29') to an intersection of stone walls;

SOUTH Fourteen Degrees, Forty Minutes, Forty Seconds West, (S 14°-40'-40" W) generally following the line of a stone wall, One Hundred Twenty-Seven and Fifty-Eight Hundredths Feet (127.58') to a point being the northeasterly corner of lands of Eleanor C. Graham, Deed Reference Liber 1952, Page 358;

THENCE along the line of lands of said Graham, the following two (2) courses and distances, namely;

NORTH Seventy-Five Degrees, Thirty-Five Minutes, Zero Seconds West, One Hundred Sixty and Zero Hundredths Feet (N 75°-35'-00" W, 160.00') to a found 1" o.d. iron pipe, 7" below grade in a gravel driveway;

SOUTH Fourteen Degrees, Twenty-Five Minutes, Zero Seconds West, One Hundred Four and Fifty-Three Hundredths Feet (S 14°-25'-00" W, 104.53') to a point being North Fourteen Degrees, Twenty-Five Minutes, Zero Seconds East, Ten and Thirty-Two Hundredths Feet (N 14°-25'-00" E, 10.32') from a found 1" o.d. iron pipe, flush in the ground being the southwesterly corner of lands of said Graham, said point also being on the Town Line between New Windsor and Cornwall;

THENCE along said presumed Town Line and over and through the lands of Howard O. Benedict, Deed Reference Liber 763, Page 499, North Eighty-Two Degrees, Twenty-One Minutes, Zero Seconds West, One Hundred Ninety-Nine and Sixty-Six Hundredths Feet (N 82°-21'-00" W, 199.66') to a set 5/6" iron rod;

THENCE continuing along said Town Line and over and through the lands of Howard O. Benedict, Deed Reference Liber 962, Page 350, North Eighty-Two Degrees, Twenty-One Minutes, Zero Seconds West, (N 82°-21'-00" W) passing over a set 5/8" iron rod near the southerly end of the Benedict pond at Three Hundred Eighty and Seventy Hundredths Feet (380.70') along the way for a total distance of Seven Hundred Seventeen and Thirty-Seven Hundredths Feet (717.37') to the top of a 1" o.d. iron pipe in concrete in a stone wall being the southeasterly corner of lands of Douglas C. Thorne, Deed Reference Liber 1438, Page 435, said iron pipe also being South Eighty-Five Degrees, Twenty-One Minutes, Thirty Seconds East, Sixty-Five and Sixty-One Hundredths Feet (S 85°-21'-30" E, 65.61') from a found 7/8" o.d. iron pipe in concrete on the line of lands of Thorne and said to be on the Town Line as well;

THENCE along the line of lands of Thorne for a portion of the way and along the line of lands of James and Karen Marie Bothwell, Jr., Deed Reference Liber 1983, Page 816 also being shown on a filed map in the Orange County Clerk's Office, filed on November 30, 1984 and designated as Map Number 6819;

NORTH Six Degrees, Thirty-Three Minutes, Forty-Five Seconds East, (N 06°-33'-45" E) generally following the line of a stone wall, Two Hundred Fifty-Eight and Forty-Nine Hundredths Feet (258.49') to a found 5/8" iron rod at a stone wall intersection;

(5)

LIBER 5064 PG 135

liber 2064pg 136

(6)

THENCE continuing along the line of lands of Bothwell, North Thirty-Seven Degrees, Forty-Five Minutes, Fifty-Five Seconds West (N37°-45'-55"W) generally following the line of a stone wall, One Hundred Fifty-Five and Thirty-Four Hundredths feet (155.34') to a found 1" o.d. from pipe in said stone wall;

THENCE along the line of lands of James C. and Anna D. Jensen, Deed Reference Liber 1956, Page 655, the following three (3) courses and distances, namely;

NORTH Thirty-Seven Degrees, Sixteen Minutes, Fifty Seconds West, (N 37°-16'-50"W) generally following a stone wall, One Hundred Eighty-Seven and Seventy Hundredths feet (187.70');

NORTH Thirty-Eight Degrees, Twelve Minutes, Fifty-Five Seconds West, (N 38°-12'-55"W) generally following a stone wall, One Hundred Thirty-One and Sixty-One Hundredths feet (131.61');

NORTH Forty Degrees, Zero Minutes, Five Seconds West, (N 40°-00'-05"W) generally following a stone wall and passing over a set 5/8" iron rod at one Hundred Twenty-Five and Four Hundredths feet (125.04') along the way for a total distance of One Hundredths Sixty and Fifty-Three Hundredths feet (160.53') to a point in the center line of Mount Airy Road as located in July of 1986.

THENCE along the presumed center line aforementioned, North Four Degrees, Seventeen Minutes, Ten Seconds East, One Hundred Sixty-Six and Seventy-Six Hundredths feet (N 04°-17'-10" E, 166.76'), North One Degree, Twenty-Nine Minutes, Fifteen Seconds East, One Hundred Thirty and Eight Hundredths feet (N 01°-29'-15" E, 130.08') and North One Degree, Fifty-One Minutes, Twenty-Five Seconds West, Fifty-Three and Eighty-Two Hundredths feet (N 01°-51'-25" W, 53.82') to the southwesterly corner of lands of Vernon H. and Florence L. Smith, Deed Reference Liber 1920, Page 1156;

THENCE along the line of lands of said Smith, the following five (5) courses and distances, all generally following a line of a stone wall;

SOUTH Seventy-One Degrees, Thirty-Two Minutes, Zero Seconds East, (S 71°-32'-00" E) passing over a set 5/8" iron rod on the easterly bounds of Mount Airy Road at Twenty-Five and Ninety-Two Hundredths feet (25.92') along the way for a total distance of Ninety-Nine and Twelve Hundredths feet (99.12');

SOUTH Seventy-Three Degrees, Thirty-Three Minutes, Fifty-Five Seconds East, Seventy-Two and Thirty-One Hundredths feet (S 73°-33'-55" E, 72.31');

SOUTH Seventy-Nine Degrees, Fourteen Minutes, Fifty Seconds East, Forty-Six and Sixty-Four Hundredths feet (S 79°-14'-50" E, 46.64') to a found 1" o.d. iron pipe in a stone wall corner;

NORTH Zero Degrees, Seventeen Minutes, Forty Seconds East, Four Hundred Eleven and Sixteen Hundredths feet (N 00°-17'-40" E, 411.16') to a set 5/8" iron rod in a corner of a stone wall;

SOUTH Seventy-Two Degrees, Ten Minutes, Thirty-Five Seconds West, (S 72°-10'-35" W) passing over a set 5/8" iron rod at Two Hundred Ten and Eighty-Two Hundredths feet (210.82') along the way for a total distance of Two Hundred Thirty-Six and Fourteen Hundredths feet (236.14') to a point in the center line of Mount Airy Road;

liber 2064pg 137

(7)

THENCE along the center line of Mount Airy Road as located in July of 1986, the following ten (10) courses and distances, namely;

NORTH Four Degrees, Nine Minutes, Forty Seconds West, Ninety-Three and One Hundredths feet (N 04°-09'-40" W, 93.01');

NORTH Six Degrees, Seven Minutes, Ten Seconds West, One Hundred Forty-Four and Seventy-Six Hundredths feet (N 06°-07'-10" W, 144.76');

NORTH Seven Degrees, Nineteen Minutes, Twenty Seconds West, One Hundred Ninety-Two and Seven Hundredths feet (N 07°-19'-20" W, 192.07');

NORTH Four Degrees, Twenty Minutes, Thirty Seconds West, Ninety and Fifty Hundredths feet (N 04°-20'-30" W, 90.50');

NORTH One Degree, Zero Minutes, Fifty-Five Seconds East, Eighty-Four and Ninety-Three Hundredths feet (N 01°-00'-55" E, 84.93');

NORTH Five Degrees, Forty-Five Minutes, Forty-Five Seconds East, Eighty-One and Seventy-Eight Hundredths feet (N 05°-45'-45" E, 81.78');

NORTH Ten Degrees, Forty-Six Minutes, Twenty Seconds East, Eighty-Four and Eighty-Two Hundredths feet (N 10°-46'-20" E, 84.82');

NORTH Twenty-One Degrees, Eighteen Minutes, Twenty Seconds East, Ninety-Three and Eighty Hundredths feet (N 21°-18'-20" E, 93.00');

NORTH Twenty-Four Degrees, Twelve Minutes, Five Seconds East, One Hundred Thirty-Seven and Three Hundredths feet (N 24°-12'-05" E, 137.03');

NORTH Twenty-Nine Degrees, Thirty-Seven Minutes, Fifty-Five Seconds East, Three Hundred Eight and Twelve Hundredths feet (N 29°-37'-55" E, 308.12') to the place of beginning.

CONTAINING 66.473 acres of land as surveyed by Mercurio-Norton-Tarolli, Land Surveying-Engineering, Corner of Main and Center Streets, Pine Bush, New York 12566. Bearings refer to magnetic north of August, 1986.

EXCEPTING from the above described 66.473 acre parcel, now owned by New York Telephone Company as described in Liber 2004 of Deeds, Page 415 and more particularly bounded and described as follows:

BEGINNING at a found 4" x 4" concrete monument being the southeasterly corner of lands of said New York Telephone Company, said monument being North Eighty-Nine Degrees, Thirty-Five Minutes, Twenty-Five Seconds West, One Hundred Seven and Sixty Hundredths feet (N 89°-35'-25" W, 107.60') from a set 5/8" iron rod, being the northwesterly corner of lands of Richard T. and Sharon J. Varasco, Deed Reference Liber 2022, Page 702;

THENCE from said place of beginning and along the line of lands of N.Y. Franklin Benedict, the following four (4) courses and distances, namely;

NORTH Sixty-Two Degrees, Forty-Eight Minutes, Fifty Seconds West, One Hundred and Twenty-Two Hundredths feet (N 62°-40'-50" W, 100.22') to a found 4" x 4" concrete monument, flush in the ground on the easterly side of Mount Airy Road;

NORTH Twenty-Seven Degrees, Eighteen Minutes, Forty Seconds East, (N 27°-18'-40" E) along the easterly side of Mt. Airy Road, One Hundred Fifty and Seven Hundredths Feet (150.07') to a found 4" X 4" concrete monument in a stone wall;

SOUTH Sixty-Two Degrees, Fifty-Two Minutes, Thirty Seconds East, Ninety-Nine and Seventy-One Hundredths Feet (S 62°-52'-30" E, 99.71') to a found 4" X 4" concrete monument at the base of an apple tree, 13" above grade;

SOUTH Twenty-Seven Degrees, Seven Minutes, Ten Seconds West, One Hundred Fifty and Eighteen Hundredths Feet (S 27°-07'-10" W, 150.10') to the place of beginning.

THIS EXCEPTION contains 0.344 acres of land, leaving the above described tract with a remaining 66.129 acres of land.

THE 66.129 acre parcel is subject to that land within the bounds of Mt. Airy Road and Ocan Hill Road, for use as a public highway.

SUBJECT to a utility easement in favor of the American Telephone and Telegraph Company as described in Liber 601 of Deeds, Page 507.

SUBJECT to a right-of-way over and upon a private road leading from the westerly bounds of Graham to the New York State Route 94 as is described in Liber 1052, Page 358;

SUBJECT to an grants easements or rights-of-way of utility companies of record, if any.

THE ABOVE DESCRIBED 66.129 acres of land is intended to be portions of the following deed; the first a deed conveyed by Eva S. Benedict to Howard O. Benedict on July 2, 1945 and recorded in the Orange County Clerk's Office in Liber 962 of Deeds, Page 350 on July 3, 1945; the second being a portion of a deed conveyed by Lyman Abbott Gerow and Gilbert Westcott Gerow as executors of a will to Howard O. Benedict on March 12, 1937 and recorded in the Orange County Clerk's Office in Liber 779 of Deeds, Page 550 on March 19, 1937; the third being a portion of lands conveyed by Edward P. Runyon to Howard O. Benedict on October 24, 1935 and recorded in the Orange County Clerk's Office in Liber 763 of Deeds, Page 499; the fourth being all the land contained in a deed conveyed by Lyman Abbott Gerow and Gilbert Westcott Gerow as executors of a will to Howard O. Benedict and filed in the Orange County Clerk's Office on July 29, 1937 in Liber 704 of Deeds, Page 49 and the last deed being a portion of lands conveyed on April 4, 1970 from Eva B. Benedict to H. Franklin Benedict and filed in the Orange County Clerk's Office in Liber 1807 of Deeds, Page 971 on October 18, 1971.

BEING AND INTENDED TO BE the same premises described in a certain Deed dated June 21, 1994, made by Omat Inc. to Gertrude C. Benedict, Individually and as Testatrix of the Last Will and Testament of H. Franklin Benedict; H. Glenn Benedict, Lee C. Benedict and Dale Benedict, which Deed was thereafter recorded in the Office of the Orange County Clerk on June 27, 1994, in Liber 4065 of Deeds at page 141.

ALSO BEING INTENDED TO BE PARCEL I AND PARCEL II ON A MAP ENTITLED "PROPOSED LOT LINE CHANGE OF LANDS OF GERTRUDE C. BENEDICT" DATED 7-17-95 AND RECORDED 4-12-96 IN THE ORANGE COUNTY CLERK'S OFFICE AS MAP #69-96.

TOGETHER with a right-of-way over and upon a certain private road shown on the aforesaid map.

(8)

LIBER 5064 PG 138

No 1591—Bargain & Sale Deed with Covenant against Grantor. JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS
Stat. Form, Ind. or Corp.: 1 Side Recording.

THIS IS A LEGAL INSTRUMENT AND SHOULD BE EXECUTED UNDER SUPERVISION OF AN ATTORNEY.

THIS INDENTURE, made the 6th day of MAY 19 99.

BETWEEN GERTRUDE C. BENEDICT, individually and as Testatrix of the Last Will & Testament of H. Franklin Benedict, presently residing at 8 Benedict Lane,, New Windsor, NY 12553 and H. GLENN BENEDICT, presently residing at 194 Last Road, Middletown, NY 10940 and LEE C. BENEDICT, presently residing at 12 Benedict Lane, grantor New Windsor, NY 12553 and DALE BENEDICT, presently residing at 8466 Coeburn Street, Sacramento, CA 95823

~~THE DWELLING~~ SARJON, LLC  c/o Jacobowitz & Gubits grantee
P.O. Box 367, Walden, NY

WITNESSETH, that the grantor, in consideration of
Ten and no/100————————————————————($10.00)————Dollars, paid by the grantee
hereby grants and releases unto the grantee, the heirs or successor and assigns of the grantee forever,

ALL

SEE SCHEDULE "A" ATTACHED HERETO AND MADE A PART THEREOF.

TOGETHER with the appurtenances and all the estate and rights of the grantor in and to said premises.
TO HAVE AND TO HOLD the premises herein granted unto the grantee, the heirs or successors and assigns of the grantee forever. AND the said grantor covenants that the grantor has not done or suffered anything whereby the said premises have been encumbered in any way whatever. This deed is subject to the trust provisions of Section 13 of the Lien Law.
The words "grantor" and "grantee" shall be construed to read in the plural whenever the sense of this deed so requires.
IN WITNESS WHEREOF, the grantor has executed this deed the day and year first above written.

In presence of:
_H. Glenn Benedict_                     _Gertrude C. Benedict_  L.S.
H. Glenn Benedict                        Gertrude C. Benedict
_Lee C. Benedict_                        _Dale Benedict_  L.S.
Lee C. Benedict                          Dale Benedict

STATE OF NEW YORK, COUNTY OF           ss.:
On the    day of          19    , before
me personally came
to me known,
who, being by me duly sworn, did depose and say that deponent resides
at No.
deponent is                    of
                the corporation described in and which
executed the foregoing instrument; deponent knows the seal of said
corporation; that the seal affixed to said instrument is such corporate
seal; that it was so affixed by order of the Board of Directors of said
corporation; deponent signed deponent's name thereto by like order.

STATE OF NEW YORK, COUNTY OF   ORANGE   ss.:
On the 6th day of May 1999, before
me personally came Gertrude C. Benedict
to me known to be the individual   described in, and who executed
the foregoing instrument, and acknowledged that S he  executed
the same.

_[signature]_
NOTARY PUBLIC
PETER E. BLOOM
NOTARY PUBLIC, STATE OF NEW YORK
RESIDING IN ORANGE COUNTY

LIBER 5064 PG 128

---

STATE OF NEW YORK )
                  )ss.:
COUNTY OF ORANGE )

On the 28th day of April, 1999, before me personally came H. GLENN BENEDICT to me known to be the individual described in, and who executed the foregoing instrument, and acknowledged that he executed the same.

_Lori Smith_
Notary Public

LORI SMITH
NOTARY PUBLIC, State of New York
Residing in Orange County
#01SM6018480
Commission Expires
1-11-2001

STATE OF NEW YORK )
                  )ss.:
COUNTY OF ORANGE )

On the 28th day of April, 1999, before me personally came LEE C. BENEDICT to me known to be the individual described in, and who executed the foregoing instrument, and acknowledged that he executed the same.

_Lori Smith_
Notary Public

LORI SMITH
NOTARY PUBLIC, State of New York
Residing in Orange County
#01SM6018480
Commission Expires
1-11-2001

LIBER 5064 PG 129