# Exhibit "U"

# Part 4

Case 7:07-cv-02881-CS   Document 43   Filed 01/09/2008   Page 1 of 5

Form No. 109 BM 5-44

In consideration of the sum of One Dollar ($1.00) and other valuable considerations, the receipt whereof from Central Hudson Gas and Electric Corporation, a domestic corporation having its principal office (residence) at South Road (no street number), Poughkeepsie, New York, AND _____, a domestic Corporation having its principal office (residence) at _____ is hereby acknowledged, the undersigned hereby grant(s) and convey(s) unto said corporation(s), and each of them, their respective successors, assigns and lessees, an easement and right of way in, upon, over, under and across the land of the undersigned including roads and highways thereon and adjacent thereto, situated in the _____ of _____, County of _____Dutchess_____, State of New York.

Said easement and line shall extend from the property line of _Junction of Rombout & McNary Rd._ on the _North_ in a _____ direction to the property line of _____Samuel_____ on the _South_.

Together with the right at all times to enter thereon and have access thereto and to construct, relocate, operate and maintain thereon and to repair, replace, rebuild and renew a line of poles, cables, crossarms, wires, guys, braces, underground conduits and all other appurtenances and fixtures adapted to the present and future needs, uses and purposes of said corporation(s), their respective successors, assigns and lessees.

Together with the right also to attach any wires to trees on said property, and to trim, cut and remove trees and other objects thereon so as to prevent interference with or from the wires of said corporations.

The exact location of such easement and line is to be as determined by said corporations having regard to the origin, general direction and terminus of said line and the requirements of said corporations. If such line hereafter materially interferes with any new use to which the land over, under or across which it is located, the Corporations will, on reasonable notice, and on being given without cost a new easement and right of way similar hereto, for a substitute location reasonably suitable for their requirements, remove such line to such new location. Any cost of such removal may be required. _____ shall reimburse the Corporation AND _____ for property caused solely by the said Corporations in repairing the line to be located on the premises of the _____ its property.

This indenture shall inure to and bind the heirs, legal representatives, successors, assigns and lessees of the undersigned and of the parties hereto.

_____ (L.S.)

_____ (L.S.)

Residing at _____
              Number        Street

_____
Town, City or Village    County    State

Form No. 400

In consideration of the sum of One Dollar ($1.00) and other valuable considerations, the receipt whereof from Central Hudson Gas & Electric Corporation, a domestic corporation having its principal office (residence) at South Road (no street number), Poughkeepsie, N. York, AND **NEW YORK TELEPHONE COMPANY**, a domestic Corporation having its principal office (residence) **140 WEST ST NEW YORK, N.Y.**, is hereby acknowledged, the undersigned hereby grant(s) and convey(s) unto said corporation(s), and each of them, their respective successors, assigns and lessees, an easement and right of way in, on, over, under and across the lands of the undersigned including roads and highways thereon and adjacent thereto, situated in the **TOWN** of **CORNWALL**, County of **ORANGE**, State of New York.

Said easement and line shall extend from the property line of **VANS GATE - SALISBURY MILLS ROAD** on the **SOUTH** in a **NORTHERLY** direction to the property line of **CUSTOMER OWNED POLE** on the **NORTH**.

Together with the right at all times to enter thereon and have access thereto and to construct, relocate, operate and maintain thereon a to repair, replace, protect and remove a line of poles, cables, crossarms, wires, guys, braces, underground conduits and all other appurtenances and fixtures adapted to the present and future needs, uses and purposes of said corporation(s), their respective successors, assigns and lessees. Together with the right also to attach guy wires to trees on said property, and to trim, cut and remove trees and other objects thereon as to provide a clearance of **10** feet from the wires of said corporations.

The exact location of said easement and line is to be as determined by said corporations having regard to the origin, general direction and destination of said line and the requirements of said corporations. If such line hereafter materially interferes with any new use to which the land of the undersigned may subsequently be devoted, the Corporations will, on reasonable notice, and on being given without cost a new right of way, satisfactory in form to them, for a substitute location reasonably suitable for their requirements, remove said line to such substitute location, but only one such removal may be required.

Central Hudson Gas & Electric Corporation AND **NEW YORK TELEPHONE COMPANY** shall reimburse the undersigned for any damage to his—her—their—its property caused solely by the said Corporations in repairing the line to be located in this easement.

The provisions hereof shall inure to and bind the heirs, legal representatives, successors, assigns and lessees of the undersigned and said corporation(s) respectively.

Signed, sealed and delivered on _April 8th_ 1947

In the presence of:

_Howard B. Hewitt_    Residing at: **MEADOW BROOK** No. **10**, **CORNWALL**, **ORANGE**, **N.Y.**

Form No. 302 (M 10-1)

In consideration of the sum of One Dollar ($1.00) and other valuable considerations, the receipt whereof from Central Hudson Gas & Electric Corporation, a domestic corporation having its principal office (residence) at South Road (no street number), Poughkeepsie, New York, AND NEW YORK TELEPHONE COMPANY, a domestic Corporation having its principal office (residence) 140 WEST ST., NEW YORK, N.Y., is hereby acknowledged, the undersigned hereby grant(s), convey(s) unto said corporation(s), and each of them, their respective successors, assigns and lessees, an easement and right of way in, over, under and across the lands of the undersigned including roads and highways thereon and adjacent thereto, situated in the

Town of CORNWALL, County of ORANGE, State of New York.

Said easement and line shall extend from the property line of BUNDY on the EAST in a WESTERN direction to the property line of COOPER on the WEST.

Together with the right at all times to enter thereon and have access thereto and to construct, relocate, operate and maintain thereon, to repair, replace, protect and remove a line of poles, cables, crossarms, wires, guys, braces, underground conduits and all other appurtenances and fixtures adapted to the present and future needs, uses and purposes of said corporation(s), their respective successors, assigns, and lessees.

Together with the right also to attach guy wires to trees on said property, and to trim, cut and remove trees and other objects thereon so as to provide a clearance of ___ feet from the wires of said corporations.

The exact location of said easement and line is to be as determined by said corporations having regard to the original general direction and location of said line and the requirements of said corporations. If such line hereafter materially interferes with any new use to which the undersigned may subsequently be devoted, the Corporations will, on reasonable notice and on being given without cost a new road and right of way satisfactory in form to them for a substitute location reasonably suitable for their requirements, remove such line to such substitute location, but only one such removal may be required.

Central Hudson Gas & Electric Corporation AND NEW YORK TELEPHONE COMPANY shall reimburse the undersigned for any damage to his—her—their—its property caused solely by the said Corporations in repairing the line to be hereinafter constructed.

These presents shall inure to and bind the heirs, legal representatives, successors, assigns and lessees of the undersigned respectively.

Signed, sealed and delivered on ___

Residing at ___

rm No. 409 Rev. 2M-12-'52

In consideration of the sum of One Dollar ($1.00) and other valuable considerations, the receipt whereof from Central Hudson Gas ar Electric Corporation, a domestic corporation having its principal office (residence) at South Road (no street number), Poughkeepsie, Ne York, AND New York Telephone Co. , a domestic Corporation having its principal office (residence) 140 West St. New York, N.Y. , is hereby acknowledged, the undersigned hereby grant(s) an convey(s) unto said corporation(s), and each of them, their respective successors, assigns and lessees, an easement and right of way in, upo over, under and across the lands of the undersigned including roads and highways thereon and adjacent thereto, situated in the Town of New Windsor, County of Orange, State of New Yor

Said easement and line shall extend from the property line of [illegible] n a Northerly direction to the property line of Vanity on the South for the installation of (2) Two poles and (1) one anchor and necessary guys on undersigned property. on the North

Together with the right at all times to enter thereon and have access thereto and to construct, relocate, operate and maintain thereon an o repair, replace, protect and remove a line of poles, cables, crossarms, wires, guys, braces, underground conduits and all other appurtenance nd fixtures adapted to the present and future needs, uses and purposes of said corporation(s), their respective successors, assigns and lessees

Together with the right also to attach guy wires to trees on said property, and to trim, cut and remove trees and other objects thereon s s to provide a clearance of 16 feet from the wires of said corporations.

The exact location of said easement and line is to be as determined by said corporations having regard to the origin, general direction an stination of said line and the requirements of said corporations. If such line hereafter materially interferes with any new use to which th nd of the undersigned may subsequently be devoted, the Corporations will, on reasonable notice, and on being given without cost a new ease ent and right of way, satisfactory in form to them, for a substitute location reasonably suitable for their requirements, remove such lin such substitute location, but only one such removal may be required.

Central Hudson Gas & Electric Corporation AND New York Telephone Co. shall reimburs e undersigned for any damage to his—her—their—its property caused solely by the said Corporations in repairing the line to be located o s easement.

The provisions hereof shall inure to and bind the heirs, legal representatives, successors, assigns and lessees of the undersigned and o d corporation(s) respectively.

gned, sealed and delivered, on July 10, 19 57 Franklin Benedict (L. S.)

the presence of: Charles T. Winchell

(L. S.)

Residing at: None RT. 94
Number† Street
New Windsor Orange N.Y.
Town, City or Village County State

n number, street and city, town or village. If no street er put "(no street number)" after name of street.

† If no street number put "(none)"

Notary Public.

KNOWLEDGMENT BY SUBSCRIBING WITNESS.
ATE OF NEW YORK
nty of Orange } ss.:

On this 10th day of July 1957, before me personally came Charles T. Winchell (subscribing witness) whom I am personally acquainted, to me known and known to me to be the subscribing witness to the foregoing instrument, who, being ne duly sworn, did depose and say that he resides in Town of Cornwall, N.Y., that he is personally acquainted with H. Franklin Benedict

knows said person(s) to be the person(s) described in and who executed the foregoing instrument; that he, the said subscribing witness, present and saw the said person(s) execute the same and that he (severally) duly acknowledged to him, the said subscribing wit- s, that he executed the same and that he thereupon subscribed his name as witness thereto.

FRANK W. SHAY
NOTARY PUBLIC, State of New York
Residing in Orange County, N.Y.
My Commission Expires March 30, 1959

Frank W. Shay
Notary Public.

A true record entered July 30th, 1957 at 1:00 P. M.

[illegible] Clerk