# Exhibit "U"

## Part 5

LIBER 1052 PG 358

BARGAIN AND SALE DEED—FORM .227
Statutory Form C—With Covenant against Grantor—Individual

THE CHISHOLM PRINTING COMPANY, 225 VARICK ST. N.Y. 0360

# This Indenture

Made the Fifteenth day of August, nineteen hundred and Seventy-three,

Between CLIFFORD S. GRAHAM, residing at Kingswood Gardens, Town of New Windsor, County of Orange and State of New York and ELEANOR C. GRAHAM, his wife, residing at RD #2, Town of Newburgh, County of Orange and State of New York,

parties of the first part, and

ELEANOR C. GRAHAM, residing at RD #2, Town of Newburgh, County of Orange and State of New York,

party of the second part:

Witnesseth, that the part ies of the first part, in consideration of ----TEN----------------------------------($10.00)-------------------Dollars, lawful money of the United States, paid by the party of the second part, do hereby grant and release unto the party of the second part, her heirs and assigns forever,

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected and most situate, lying and being in the Town of Cornwall, Orange County, New York, bounded and described as follows:

BEGINNING at a stake set in a stone wall on line of lands of David Bundy, said point being in the easterly boundary of lands NOW OR FORMERLY OF HOWARD O. BENEDICT party of the first part and being 128.0 feet distant measured S 11° 00' W from the intersection of two stone walls forming the northwest corner of said Bundy's land and runs thence (1) S 11° 00' W along the stone wall on line of lands of Bundy 115.00 feet to a stake set in the stone wall, thence (2) N 79° 00' W 160.00 feet to an iron pipe driven in the ground on the easterly side of a private road, thence (3) N 11° 00' E 115.00 feet to an iron pipe driven in the ground, thence (4) S 79° 00' E 160.00 feet to a point of beginning. Containing 0.422 acre of land more or less.

Together, with a right of way for the parties of the second part over and upon a private road running from the westerly side of the herein described lands southwesterly to the State Highway Route 45.

All bearings are magnetic bearings as of March, 1947.

Being a portion of lands conveyed by Edward P. Runyan to Howard O. Benedict by Deed dated October 24, 1935 and recorded in the R.O. No. 1975 at 8 No. 1975 Pg 955

Orange County Clerk's Office in Liber 763, Page 499.

BEING and intended to be the same premises conveyed by Howard O. Benedict to Clifford S. Graham and Eleanor C. Graham, by deed dated September 5, 1947 and recorded in the Orange County Clerk's Office on September 16, 1947 in Liber 1059 of Deeds at page 133.

LIBER 1052 PG 350

**ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE**
THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE

TYPE NAME(S) OF PARTY(S) TO DOCUMENT: BLACK INK

ESTATE OF ELEANOR C. GRAHAM
TO
ESTATE OF ELEANOR C. GRAHAM, LEE CHASE BENEDICT, GERTRUDE BENEDICT and MICHAEL MITCHELL

SECTION 67 BLOCK 1 LOT 14 T/Cornwall / 3 T/New Windsor 5

THERE IS NO FEE FOR THE RECORDING OF THIS PAGE
ATTACH THIS SHEET TO THE FIRST PAGE OF EACH RECORDED INSTRUMENT ONLY

RECORD AND RETURN TO:
Richard W. Hoyt, Esq.
P.O. Box 440
Walden, N.Y. 12586

John Poggioli
178 Grand St
Newburgh NY 12550

DO NOT WRITE BELOW THIS LINE

INSTRUMENT TYPE: DEED ___ MORTGAGE ___ SATISFACTION ___ ASSIGNMENT ___ OTHER Pvt Rd Agmt

PROPERTY LOCATION
___ 2009 BLOOMING GROVE (TN)
___ 2001 WASHINGTONVILLE (VLG)
___ 2289 CHESTER (TN)
___ 2201 CHESTER (VLG)
✓ 2489 CORNWALL (TN)
___ 2401 CORNWALL (VLG)
___ 2600 CRAWFORD (TN)
___ 2800 DEERPARK (TN)
___ 3009 GOSHEN (TN)
___ 3001 GOSHEN (VLG)
___ 3003 FLORIDA (VLG)
___ 3005 CHESTER (VLG)
___ 3200 GREENVILLE (TN)
___ 3400 HAMPTONBURGH (TN)
___ 3401 MAYBROOK (VLG)
___ 3689 HIGHLANDS (TN)
___ 3601 HIGHLAND FALLS (VLG)
___ 3889 MINISINK (TN)
___ 3801 UNIONVILLE (VLG)
___ 4089 MONROE (TN)
___ 4001 MONROE (VLG)
___ 4003 HARRIMAN (VLG)
___ 4005 KIRYAS JOEL (VLG)
___ 4289 MONTGOMERY (TN)
___ 4201 MAYBROOK (VLG)
___ 4203 MONTGOMERY (VLG)
___ 4205 WALDEN (VLG)
___ 4489 MOUNT HOPE (TN)
___ 4401 OTISVILLE (VLG)
✓ 4600 NEWBURGH (TN)
✓ 4800 NEW WINDSOR (TN)
___ 5089 TUXEDO (TN)
___ 5001 TUXEDO PARK (VLG)
___ 5200 WALLKILL (TN)
___ 5489 WARWICK (TN)
___ 5401 FLORIDA (VLG)
___ 5403 GREENWOOD LAKE (VLG)
___ 5405 WARWICK (VLG)
___ 5600 WAWAYANDA (TN)
___ 5889 WOODBURY (TN)
___ 5801 HARRIMAN (VLG)

CITIES
___ 0900 MIDDLETOWN
___ 1100 NEWBURGH
___ 1300 PORT JERVIS

___ 9999 HOLD

NO. PAGES 9    CROSS REF ___
CERT. COPY ___    AFFT ___
PAYMENT TYPE: CHECK ✓
    CASH ___
    CHARGE ___
    NO FEE ___
CONSIDERATION $ .00
TAX EXEMPT ___
MORTGAGE AMT $ ___
DATE ___

MORTGAGE TYPE:
___ (A) COMMERCIAL
___ (B) 1 OR 2 FAMILY
___ (C) UNDER $10,000
___ (E) EXEMPT
___ (F) 3 TO 6 UNITS
___ (I) NAT PERSON/CR UNION
___ (J) NAT PER-CR UN OR 2
___ (K) CONDO

RECEIVED FROM: Gerald Ross

Donna L. Benson
Orange County Clerk

LIBER 5219 PAGE 256

LIBER 5219 PAGE 256
ORANGE COUNTY CLERKS OFFICE    1129 DAB
RECORDED/FILED 01/06/2000 02:47:48 PM
FEES    37.00    EDUCATION FUND    5.00
SERIAL NUMBER: 005332
DEED CNTL NO 50255    RE TAX    .00

---

PRIVATE ROAD MAINTENANCE AGREEMENT

AGREEMENT made this 17th day of September, 1999 by and between the Estate of ELEANOR C. GRAHAM, DONALD C. GRAHAM, ADMINISTRATOR, 16 Benedict Lane, New Windsor, New York 12553 and LEE CHASE BENEDICT, 12 Benedict Lane, New Windsor, New York 12553, GERTRUDE BENEDICT, 8 Benedict Lane, New Windsor, New York 12553 and MICHAEL MITCHELL, 7 Benedict Lane, New Windsor, New York 12553;

WHEREAS, the parties hereto are the record owners of property either abutting or including lands containing a private road running northerly and easterly from New York State Route 94, a public road, in the Town of Cornwall, County of Orange, State of New York, which private road is depicted at Schedule "A" attached hereto and made a part hereof; and

WHEREAS, the said ESTATE OF GRAHAM is the owner of lands described at Liber 1952 of Deeds, p. 358, Orange County Clerk, and

WHEREAS, the said LEE CHASE BENEDICT is the owner of lands described at Liber 2044 of Deeds, p. 842, Orange County Clerk, and

WHEREAS, the said GERTRUDE BENEDICT is the owner of lands described at Liber 3315, p. 182 and Liber 4065, p. 141, Orange County Clerk, and

WHEREAS, the said MICHAEL MITCHELL is the owner of lands described at Liber 3526, p. 330, Orange County Clerk, and

LIBER 5219 PAGE 257    1

WHEREAS, it is in the best interests of the aforesaid parties and their respective heirs, successors and assigns to have an agreement which sets forth the obligation to maintain and repair the private road so that it is at all times in a passable condition and which sets forth the financial obligation of the aforesaid owners with respect to normal maintenance, repair and snow removal and improvements to said private road, and

WHEREAS, it is the intent of the parties hereto to record this Private Road Maintenance Agreement and for the protection and benefit of the aforesaid lots, to make the provisions of this Agreement binding upon the present and future owners of the lands referenced hereinabove and to have said Agreement run with the land;

NOW, THEREFORE, it is hereby agreed as follows:

1. The Parties hereto, their heirs, distributees, successors and assigns shall have the joint, equal and mutual right to use the private road between their respective parcels and NYS Route 94 for all appurtenant and lawful uses and for ingress and egress for their mutual convenience and benefit.

2. The expenses of ice control and snow removal, necessary maintenance or improvements shall be apportioned as follows:

   a) Estate of Graham – Thirty-five (35%) percent
   b) Lee Chase Benedict – Thirty (30%) percent
   c) Gertrude Benedict – Twenty (20%) percent

LIBER 5219 PAGE 258

   d) Michael Mitchell – Fifteen (15%) percent

3. The expenses of road improvements up to the sum of ONE THOUSAND ($1,000.00) DOLLARS including, without limitation, re-surfacing and/or drainage, shall be apportioned in the same manner set forth in Paragraph 2 above, provided that the owners of at least three (3) of the aforesaid four (4) lots, each lot having one vote, agree to the installation of such major improvements. Road improvements costing more than ONE THOUSAND ($1,000.00) DOLLARS annually must be approved by all four (4) of the owners of the four (4) properties described herein and shall be apportioned per the same formula set forth at Paragraph 2 above. The decision to plow snow and/or control ice and/or repair potholes shall be made by a Road Manager to be selected annually by a majority of the lot owners, each lot owner having one vote. The Road Manager must be one of the lot owners. The Road Manager's decisions shall be final and binding upon all of the lot owners but must take into consideration the needs of any of the lot owners to be able to travel the private road at different times of the day or night.

4. In the event that the said private road ever becomes a public road, this Agreement shall be null and void.

5. No structures, including, without limitation, walls, fences or plantings shall be erected upon any part of the private road which will interfere with the rights of ingress and egress provided in paragraph 1 hereinabove.

LIBER 5219 PAGE 259

6. The lot owners agree that the private road shall always be maintained so as to be passable by ordinary vehicles and this shall include prompt repair of "potholes" or other defects in the road which cause said private road to fail to meet that standard or cause said road to become otherwise substandard.

7. Each lot owner for himself, his heirs, executors and assigns covenants and agrees to pay his or her share of the cost to maintain, repair and remove snow from the private road and to perform other improvements in accord with the terms of this Agreement. The lot owner's assessment in this regard shall be paid promptly when same becomes due.

8. In the event a lot owner fails to pay the assessment promptly when due, the amount of the assessment shall be a lien against the lot owner's premises to which the assessment applies. The assessment lien may be enforced in equity as in the case of any lien foreclosure and shall include the reasonable attorney's fees and other costs of enforcing and collecting on the same. The assessment shall accrue to the benefit of and may be enforced jointly and severally by the other property owners or by a general contractor hired by the lot owners on their behalf to do maintenance or repair work on the said private road.

9. This Agreement shall be binding upon the parties hereto, their heirs, successors and assigns.

LIBER 5219 PAGE 260

IN WITNESS WHEREOF the parties have set their hands and seals as of this 17th day of September, 1999.

ESTATE OF ELEANOR C. GRAHAM

By: _____
DONALD C. GRAHAM, ADMIN.

_____
LEE CHASE BENEDICT

_____
GERTRUDE BENEDICT

_____
MICHAEL MITCHELL

STATE OF NEW YORK )
                  ) ss:
COUNTY OF ORANGE  )

On this _____ day of September, 1999, before me personally came DONALD C. GRAHAM, the Administrator of the Estate of Eleanor C. Graham, to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same.

_____
Notary Public

LIBER 5219 PAGE 261

# ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
## THIS PAGE IS PART OF THE INSTRUMENT - DO NOT REMOVE

TYPE IN BLACK INK:
NAME(S) OF PARTY(S) TO DOCUMENT

SECTION 65 BLOCK 1 LOT 54 93

Benedict Pond of
New Windsor LLC

TO

Sonsoco Holding
LLC

RECORD AND RETURN TO:
(name and address)

R. Dinardea
PO 367
Walden NY 12586

—RD—

*THIS IS PAGE ONE OF THE RECORDING*

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH
RECORDED INSTRUMENT ONLY

## DO NOT WRITE BELOW THIS LINE

INSTRUMENT TYPE: DEED___ MORTGAGE___ SATISFACTION___ ASSIGNMENT___ OTHER ✓ Contract    Memo of Contract

### PROPERTY LOCATION

| | | | | |
|---|---|---|---|---|
| 2089 | BLOOMING GROVE (TN) | 4289 | MONTGOMERY (TN) | |
| 2001 | WASHINGTONVILLE (VLG) | 4201 | MAYBROOK (VLG) | |
| 2289 | CHESTER (TN) | 4203 | MONTGOMERY (VLG) | |
| 2201 | CHESTER (VLG) | 4205 | WALDEN (VLG) | |
| 2489 | CORNWALL (TN) | 4489 | MOUNT HOPE (TN) | |
| 2401 | CORNWALL (VLG) | 4401 | OTISVILLE (VLG) | |
| 2600 | CRAWFORD (TN) | 4600 | NEWBURGH (TN) | |
| 2800 | DEERPARK (TN) | ✓ 4800 | NEW WINDSOR (TN) | |
| 3089 | GOSHEN (TN) | 5089 | TUXEDO (TN) | |
| 3001 | GOSHEN (VLG) | 5001 | TUXEDO PARK (VLG) | |
| 3003 | FLORIDA (VLG) | 5200 | WALLKILL (TN) | |
| 3005 | CHESTER (VLG) | 5489 | WARWICK (TN) | |
| 3200 | GREENVILLE (TN) | 5401 | FLORIDA (VLG) | |
| 3489 | HAMPTONBURGH (TN) | 5403 | GREENWOOD LAKE (VLG) | |
| 3401 | MAYBROOK (VLG) | 5405 | WARWICK (VLG) | |
| 3689 | HIGHLANDS (TN) | 5600 | WAWAYANDA (TN) | |
| 3601 | HIGHLAND FALLS (VLG) | 5889 | WOODBURY (TN) | |
| 3889 | MINISINK (TN) | 5801 | HARRIMAN (VLG) | |
| 3801 | UNIONVILLE (VLG) | | | |
| 4089 | MONROE (TN) | | CITIES | |
| 4001 | MONROE (VLG) | 0900 | MIDDLETOWN | |
| 4003 | HARRIMAN (VLG) | 1100 | NEWBURGH | |
| 4005 | KIRYAS JOEL (VLG) | 1300 | PORT JERVIS | |
| | | 9999 | HOLD | |

NO PAGES 11  CROSS REF. ___
CERT.COPY ___ ADD'L X-REF. ___
MAP# ___ PGS. ___

PAYMENT TYPE:  CHECK ___
              CASH ___
              CHARGE ✓
              NO FEE ___

Taxable
CONSIDERATION $ 3,000,000
TAX EXEMPT ✓
Taxable
MORTGAGE AMT. $ ___
DATE ___

MORTGAGE TAX TYPE:
___ (A) COMMERCIAL/FULL 1%
___ (B) 1 OR 2 FAMILY
___ (C) UNDER $10,000
___ (E) EXEMPT
___ (F) 3 TO 6 UNITS
___ (I) NAT.PERSON/CR. UNION
___ (J) NAT.PER-CR.UN/1 OR 2
___ (K) CONDO

RECEIVED FROM: _Jdlorntz_

_Donna L. Benson_
DONNA L. BENSON
ORANGE COUNTY CLERK

RECORDED/FILED
04/23/2003/ 14:13:30
DONNA L. BENSON
County Clerk
ORANGE COUNTY, NY

FILE # 2003000657198
CONTR / BK 11026 PG 1725
RECORDING FEES 63.00
TTX# 0008024 TRNS TAX 0.00
Receipt#108769 dab