# Exhibit "U"

## Part 7



**VICINITY MAP**
SCALE: 1"= 1000'

SITE

**NOTES:**

1) BEING A PROPOSED LOT LINE CHANGE OF LOT 51.11 & LOT 56.1, BLOCK 1, SECTION 65 AS SHOWN ON THE TOWN OF NEW WINDSOR TAX MAP.

2) OWNER / APPLICANT: GERTRUDE C. BENEDICT
   8 BENEDICT LANE
   NEW WINDSOR, NY 12553

3) PROPERTY ZONE: R-3

4) PROPERTY AREA: 52.7 ACRES

5) PROPOSED USE: SEE NOTE 8.

6) WATER SUPPLY: PRIVATE INDIVIDUAL WELLS

7) SANITARY SEWAGE DISPOSAL: PRIVATE INDIVIDUAL SYSTEMS

8) LOTS 51.11 & 56.1 ARE NOT TO BE CONSIDERED RESIDENTIAL LOTS AS DEFINED IN TITLE 11 OF ARTICLE 11 OF THE NEW YORK STATE PUBLIC HEALTH LAW, TITLE 15 OF ARTICLE 17 OF THE NEW YORK STATE ENVIRONMENTAL CONSERVATION LAW AND ORANGE COUNTY REALTY SUBDIVISION LAW. ANY FURTHER DEVELOPMENT OF EITHER PARCEL SHALL REQUIRE TOWN OF NEW WINDSOR BUILDING DEPT. AND/OR PLANNING BOARD APPROVALS.

THE PURPOSE OF THE LOT LINE CHANGE IS TO PROVIDE ACCESS TO LOT 51.11 TO A PUBLIC ROAD, PREVIOUSLY ELIMINATED BY VARIOUS PROPERTY TRANSACTIONS, BY RELOCATING THE EXISTING LOT LINE THROUGH BENEDICTS POND AND DIVIDING THE EXISTING TAX LOT PARCELS ALONG AN ALREADY NATURAL DIVISION LINE CREATED BY THE POND ITSELF.

9) THE PROPOSED LOT LINE CHANGE AS SHOWN HEREON MEETS AND IN ALL

N/F
SATTERLY
LIBER 2018, PAGE 1120

RILEY ROAD

STONE MONUMENT FOUND
IRON ROD FOUND
USE OF ROADWAY DISCONTINUED
TRAVELWAY

REQUIRE TOWN OF NEW WINDSOR BUILDING DEPT. AND/OR PLANNING BOARD APPROVALS.

THE PURPOSE OF THE LOT LINE CHANGE IS TO PROVIDE ACCESS TO LOT 51.11 TO A PUBLIC ROAD, PREVIOUSLY ELIMINATED BY VARIOUS PROPERTY TRANSACTIONS, BY RELOCATING THE EXISTING LOT LINE THROUGH BENEDICTS POND AND DIVIDING THE EXISTING TAX LOT PARCELS ALONG AN ALREADY NATURAL DIVISION LINE CREATED BY THE POND ITSELF.

9) THE PROPOSED LOT LINE CHANGE AS SHOWN HEREON MEETS AND IN AL[L] APPLICABLE CATEGORIES EXCEEDS THE MINIMUM REQUIRED BULK QUANTITIES FOR THE ZONING DISTRICT AS SHOWN AND DESIGNATED BELOW, EXCEPT FOR REQUIRED STREET FRONTAGE.

## ZONING DISTRICT REGULATIONS FOR R - 3
(ONE-FAMILY DWELLING ON EACH LOT, WITHOUT CENTRAL WATER &
REQUIRED    WITHOUT CENTRAL SEWER.)

MIN. LOT AREA = 43,560 SQ. FT.
MIN. LOT WIDTH = 125 FT.
REQUIRED FRONT YARD: 45 FT.
REQUIRED SIDE YARD/TOTAL BOTH SIDE YARDS: 20/40 FT.
REQUIRED REAR YARD: 50 FT.
REQUIRED STREET FRONTAGE: 70 FT.
MAX. BUILDING HEIGHT: 35 FT.
MIN. LIVABLE FLOOR AREA: 1,200 SQ. FT.
DEVELOPMENT COVERAGE: 10 %

10) AS REVIEWED AND AGREED UPON BY RESOLUTION OF THE TOWN OF CORNWALL PLANNING BOARD ON 12/4/95, THE PROPOSED LOT LINE CHANGE IS IN COMPLIANCE WITH APPLICABLE ZONING REGARDING USE OF THE EXISTING PRIVATE ROAD KNOWN AS BENEDICT LANE AND PRESENTS NO PROBLEM TO THE TOWN OF CORNWALL.

11) AS REQUESTED BY THE TOWN OF NEW WINDSOR PLANNING BOARD, APPROVAL OF THE LOT LINE CHANGE AS SHOWN HEREON DOES NOT, NOR SHOULD BE INFERRED AS TO CONDONE, SUPPORT OR PROMOTE THE PLANNING BOARDS POSITION FOR ANY FURTHER SUBDIVISION OF PARCEL I. HOWEVER, BOTH THE TOWN OF NEW WINDSOR & CORNWALL PRIVATE ROAD ZONING REGULATIONS ALLOW USE OF BENEDICT LANE FOR ONLY 2 ADDITIONAL LOTS. ANY FUTURE SUBDIVISION OF PARCEL CREATING ADDITIONAL LOTS MUST FURTHER MEET REQUIRED ZONING SPECIFICATIONS AND IS SUBJECT TO APPROVAL BY ALL APPROPRIATE AGENCIES.

PARCEL II
55 - 1 - 56.1

[NG PROPOSED
H E R E O N )
E THAN 125'
= DETERMINED
E DETERMINED
E DETERMINED
.58'       566.06'
= DETERMINED
= DETERMINED
= DETERMINED

SEMENT LYING
ARE
BJECT TO

# PROPOSED LOT LINE CHANGE
## OF LANDS OF
# GERTRUDE C. BENEDICT

TOWN OF NEW WINDSOR          ORANGE COUNTY, NEW YORK
SCALE: 1"= 100'                    JULY 17, 1995



EN P. DRABICK P.L.S., PC
PROFESSIONAL LAND SURVEYOR
PO BOX 539, CONTINENTAL RD.
CORNWALL, N.Y. 12518
(914)-634-8808

| REVISIONS | |
|---|---|
| DATE | DESCRIPTION |
| 10/26/95 | PAR. & DRIVE EASM'T. IN CORNWALL |
| 12/7/95 | ADDITIONAL NOTES |

GRAPHIC SCALE - FEET
0    100    200    300

JOB NO. 265-95    S H E E T  1  O F  1









HILL ROAD

S 35°37'... (402.07...)
S 59°09'47"E
ROAD LINE
WOODS ROAD
UTILITY POLE
(EDGE OF TRAVELWAY ASSUMED)
IRON PIPE FOUND
IRON ROD FOUND
S 35°58'50"E 72.98'
71.31'
N 61°41'45"E 352.53' (381.24' DEED TO C/L OF ROAD)

PROPOSED
PROPOSED
S 73°39'40"E 192.37'
N 01°51'25"W 57.12'

PL
PL
PL
PL
PL

N 72°10'35"E 393.36'
IRON ROD FOUND
STONEWALL
STONEWALL
N 00°17'40"E 412.93' (411.16' DEED)

N/F
SMITH
LIBER 1920, PAGE 1156

IRON ROD FOUND

N/F
OMAT, INC.
LIBER 3679, PAGE 85
PARCEL II

13

1

MAP ENTITLED
"BENEDICT POND ESTATES"
FILED IN THE ORANGE COUNTY CLERK'S OFFICE
ON MAY 22, 1989 AS MAP #9499

DEAN

N/F
OMAT, INC.
LIBER 3143, PAGE 186



**STEWART TITLE®**
INSURANCE COMPANY

**CERTIFICATE**
OF
**TITLE**

**STEWART TITLE®**
INSURANCE COMPANY

300 East 42nd Street
New York, New York 10017

---

**STEWART TITLE®**
INSURANCE COMPANY

**CERTIFICATE**
OF
**TITLE**

**STEWART TITLE®**
INSURANCE COMPANY

300 East 42nd Street
New York, New York 10017

---

**STEWART TITLE®**
INSURANCE COMPANY

**CERTIFICATE**
OF
**TITLE**

**STEWART TITLE®**
INSURANCE COMPANY

300 East 42nd Street
New York, New York 10017