# Exhibit "J"

## TERMINATION OF MEMORANDUM OF CONTRACT

AGREEMENT made the 7th day of March, 2003, between BENEDICT POND OF NEW

WINDSOR, LLC, formerly known as SARJON LLC, a New York Limited Liability Company with

offices at 535 High Mountain Road, North Haledon, New Jersey 07508, (hereinafter referred to as the

"seller") and K G Cornwall, LLC, a New York Limited Liability Company, c/o  Dorfman, Knoebel &

Conway, LLP, with offices at 51 North Broadway, Nyack, New York 10960, (hereinafter referred to as

the "Purchaser").

NOW, THEREFORE the Seller and Purchaser do hereby agree to terminate a Memorandum of

Contract of Sale of Real Property dated the 7th day of March, 2003, recorded April 23, 2003 in the

Orange County Clerk's office in Liber 11026 at page 1725, copy of which is annexed hereto.

IN WITNESS WHEREOF, THIS AGREEMENT HAS BEEN EXECUTED BY THE PARTIES

HERETO:

BENEDICT POND OF NEW WINDSOR, LLC

By: ANGELO J. DANZA, MEMBER

K G CORNWALL, LLC

By:

State of New York        )
County of ORANGE      )        ss.:

On MAY 1ST 2006        , before me, the undersigned, a Notary Public in and for said State, personally
appeared ANGELO J. DANZA, personally known to me or proved to me on the basis of satisfactory evidence to be
the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same
in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the
individual acted, executed the instrument.

Notary Public, State of New York

DAVID J. ELLNER
NOTARY PUBLIC STATE OF NEW YORK
ROCKLAND COUNTY
LIC. #01EL6047992
COMM. EXP. 09/18/2008

State of New York        )
County of Orange      )        ss.:

On MAY 1ST 2006        , before me, the undersigned, a Notary Public in and for said State, personally
appeared        , personally known to me or proved to me on the basis of satisfactory evidence to
be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the
same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which
the individual acted, executed the instrument.

Notary Public, State of New York

DAVID J. ELLNER
NOTARY PUBLIC STATE OF NEW YORK
ROCKLAND COUNTY
LIC. #01EL6047992
COMM. EXP. 09/18/2008

DAVID J. ELLNER
NOTARY PUBLIC STATE OF NEW YORK
ROCK
LIC
COMM. EXP. 09/18/2008

W:\1733\88\SSL1973.WPD