# Exhibit "K"

Beazer Homes

# FACSIMILE

TO: Burton Dorfman    COMPANY: _____
DATE: 9/26/05          FAX#: 845-353-3529
FROM: Robert Stout

NUMBER OF PAGES: (INC. COVER): 2

*IF YOU HAVE ANY QUESTIONS REGARDING THIS FAX PLEASE CONTACT Lisa AT 973-277-8482. THANK YOU.*

BEAZER FAX# (973) 952-0045

MESSAGE:

Benedict Pond Due Diligence Conclusion

**************************CONFIDENTIALITY NOTE********************
The document(s) accompanying this telecopy transmission contain information, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified (i) that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and (ii) that the documents should be returned immediately. In this regard, if you have received this

Beazer Homes
9 Whippany Road, Suite 12A
Whippany, NJ 07981
Tel:   973-952-0025
Fax:  973-952-0045

# Memo

| | |
|---|---|
| To: | John Karger |
| Cc: | Burt Dorfman; Tony Danza |
| From: | Robert Stout |
| Date: | 9/26/2005 |
| Re: | Benedict Pond Due Diligence |

John,

As per our discussion, the due diligence period was extended to the end of business on Monday September 26th, 2005.

Beazer Homes has now completed due diligence on the Benedict Pond property. Beazer Homes intends to go forward with our Agreement of Sale and close on the property as soon as all approvals are in place as outlined in the Agreement of Sale dated May 31st, 2005.

I would appreciate if you continue to keep me updated regarding the status of approvals.

*Robert Stout*
Robert Stout
Beazer Homes