# Exhibit "L"

JPMorganChase

JPMorgan Chase Bank, N.A.
c o JPMorgan Treasury Services
Global Trade Services
10420 Highland Manor Drive
Tampa, FL 33610

SEP 30, 2005
OUR L/C NO.: CPCS-205054

OCT - 7 2006

BENEFICIARY:
KG CORNWALL, LLC
ONE SHINEV COURT
MONROE, NY  10950

GENTLEMEN:

BY THE ORDER OF:

APPLICANT:
BEAZER HOMES CORP.
275 PHILLIPS BLVD.
TRENTON, NJ 08618

WE HEREBY ISSUE IN YOUR FAVOR OUR IRREVOCABLE STANDBY LETTER OF CREDIT NO:
CPCS-205054 FOR THE ACCOUNT OF BEAZER HOMES CORP. FOR AN AMOUNT OR AMOUNTS
NOT TO EXCEED IN THE AGGREGATE U.S. $150,000.00 (ONE HUNDRED FIFTY
THOUSAND AND 00/100 U.S. DOLLARS) AVAILABLE AT SIGHT ON JPMORGAN CHASE
BANK, N.A., CHICAGO, IL EFFECTIVE IMMEDIATELY AND EXPIRING AT OUR OFFICE
ON OCTOBER 1, 2006.

FUNDS UNDER THIS CREDIT ARE AVAILABLE AT SIGHT ON JPMORGAN CHASE BANK N.A.
ACCOMPANIED BY THE FOLLOWING:

BENEFICIARY'S SIGNED AND DATED STATEMENT READING AS FOLLOWS:

"THE AMOUNT DRAWN REPRESENTS FUNDS DUE AND OWING PURSUANT TO THE AGREEMENT
BETWEEN KG CORNWALL, LLC AND BEAZER HOMES CORP.  BEAZER HOMES CORP. HAS
FAILED TO COMPLY WITH THE TERMS AND CONDITIONS OF THE CONTRACT/AGREEMENT
DATED MAY 31, 2005.  WE HEREBY DEMAND THE AMOUNT OF USD_____ UNDER
JPMORGAN CHASE BANK, N.A. LETTER OF CREDIT NUMBER CPCS-205054."

WE ENGAGE WITH YOU THAT DOCUMENTS DRAWN UNDER AND IN CONFORMITY WITH THE
TERMS AND CONDITIONS OF THIS CREDIT WILL BE DULY HONORED ON PRESENTATION
IF PRESENTED ON OR BEFORE THE EXPIRATION AT OUR COUNTERS AT 300 SOUTH
RIVERSIDE PLAZA, 7TH FLOOR, MAIL CODE IL1-0236, ATTN: STANDBY LETTER OF
CREDIT UNIT, CHICAGO, IL 60606-0236.  THE ORIGINAL LETTER OF CREDIT MUST
ACCOMPANY THE DOCUMENTS REQUIRED UNDER THIS CREDIT FOR ENDORSEMENT.

JPMorganChase

JPMorgan Chase Bank, N.A.
c/o JPMorgan Treasury Services
Global Trade Services
10420 Highland Manor Drive
Tampa, FL 33610

SEP 30, 2005
OUR L/C NO.: CPCS-205054

THIS LETTER OF CREDIT IS SUBJECT TO AND GOVERNED BY THE LAWS OF THE STATE
OF NEW YORK, AND, EXCEPT AS OTHERWISE EXPRESSLY STATED HEREIN, IS SUBJECT
TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS (1993
REVISION), INTERNATIONAL CHAMBER OF COMMERCE - PUBLICATION NO. 500, AND IN
THE EVENT OF ANY CONFLICT, THE LAWS OF THE STATE OF NEW YORK WILL CONTROL,
WITHOUT REGARD TO PRINCIPLES OF CONFLICT OF LAWS.

PLEASE ADDRESS ALL CORRESPONDENCE REGARDING THIS LETTER OF CREDIT TO THE
ATTENTION OF THE STANDBY LETTER OF CREDIT UNIT, 300 S. RIVERSIDE PLAZA,
7TH FLOOR, MAIL CODE IL1-0236, CHICAGO, IL 60606-0236, INCLUDING THE
LETTER OF CREDIT NUMBER MENTIONED ABOVE.  FOR TELEPHONE ASSISTANCE, PLEASE
CONTACT THE STANDBY CLIENT SERVICE UNIT AT 1-800-634-1969, SELECT OPTION
1, AND HAVE THIS LETTER OF CREDIT NUMBER AVAILABLE.

YOURS VERY TRULY,
JPMORGAN CHASE BANK, N.A.

AUTHORIZED SIGNATURE

162500 E056477