# Exhibit "Q"

# Part 1

## DORFMAN, KNOEBEL & CONWAY, LLP

ATTORNEYS AT LAW
51 NORTH BROADWAY
NYACK, NEW YORK 10960

(845) 353-3500

FAX
(845) 353-3529

BURTON I. DORFMAN
ROBERT S. KNOEBEL, JR.*
KEVIN T. CONWAY **

JOSEPH S. SCARMATO
DEBORAH A. QUINN

130 WILLIAMS STREET
SUITE 710
NEW YORK, NEW YORK 10038

NO FAX OR SERVICE ACCEPTED

MEMBER NY & NJ BAR *
MEMBER NY, NJ & CT BAR **

January 15, 2007

*Via facsimile and Express Mail:*

BEAZER HOMES CORP.
275 Phillips Boulevard
Trenton NJ 08618

EV965167145US

Attention:   Paul R. Schneier, Division President - Fax No.:(609)538-1899
Richard S. Israel, Esq., Division Counsel - Fax No.:(609)858-7415

Re:   KG Cornwall, LLC w/Beazer Homes Corp.

Dear Messrs. Schneier and Israel:

This letter is being written to schedule a closing in the above-captioned matter. As you are aware more than forty-five (45) days have transpired following final site plan approval for one hundred (120) age restricted adult town house units pursuant to ¶4 of the Contract.

Enclosed herein please find the following documents:

1. Town of New Windsor Planning Board Resolution of Site Plan Approval;
2. Town of New Windsor Planning Board Negative Declaration Under SEQRA;
3. Town of New Windsor Town Board Special Permit for Senior Citizen Project;
4. Orange County Department of Health Approval of Backlfow Prevention Devices;
5. Orange County Department of Health Approval of water main extension; and
6. Resolution of Town of New Windsor Town Board approving extension of SD#19.

Paul R. Schneier, Division President
Richard S. Israel, Esq., Division Counsel
January 15, 2007
PAGE TWO

      In addition, all conditions have been satisfied with the exception of Purchaser's obligations money in lieu of land, park land fees, guarantees and/or inspection escrows and bonding requirements(copies of which are enclosed) that are required by ¶15(d) of the Contract of Sale to file site plan.

      Please make arrangements for the closing and to complete Purchaser's obligations pursuant to paragraph ¶15(d) of the Contract of Sale on or before February 5, 2007.

                                     Very truly yours,

                                     BURTON I. DORFMAN

BID:cz

enc.

# DORFMAN, KNOEBEL & CONWAY, LLP
## ATTORNEYS AT LAW
### 51 NORTH BROADWAY

BURTON I. DORFMAN
ROBERT S. KNOEBEL, JR.*
KEVIN T. CONWAY**

JOSEPH S. SCARMATO
DEBORAH A. QUINN

NYACK, NEW YORK 10960

(845) 353-3500

FAX
(845) 353-3529

130 WILLIAMS STREET
SUITE 710
NEW YORK, NEW YORK 10038

NO FAX OR SERVICE ACCEPTED

MEMBER NY & NJ BAR *
MEMBER NY, NJ & CT BAR **

January 15, 2007

*Via facsimile and Express Mail:*

BEAZER HOMES CORP.
275 Phillips Boulevard
Trenton NJ 08618

Attention:   Paul R. Schneier, Division President – Fax No.:(609)538-1899
             Richard S. Israel, Esq., Division Counsel – Fax No.:(609)858-7415

Re:   KG Cornwall, LLC w/Beazer Homes Corp.

Dear Messrs. Schneier and Israel:

This letter is being written to schedule a closing in the above-captioned matter. As you are aware more than forty-five (45) days have transpired following final site plan approval for one hundred (120) age restricted adult town house units pursuant to ¶4 of the Contract.

Enclosed herein please find the following documents:

1. Town of New Windsor Planning Board Resolution of Site Plan Approval;
2. Town of New Windsor Planning Board Negative Declaration Under SEQRA;
3. Town of New Windsor Town Board Special Permit for Senior Citizen Project;
4. Orange County Department of Health Approval of Backlfow Prevention Devices;
5. Orange County Department of Health Approval of water main extension; and
6. Resolution of Town of New Windsor Town Board approving extension of SD#19.

Paul R. Schneier, Division President
Richard S. Israel, Esq., Division Counsel
January 15, 2007
PAGE TWO


    In addition, all conditions have been satisfied with the exception of Purchaser's obligations money in lieu of land, park land fees, guarantees and/or inspection escrows and bonding requirements(copies of which are enclosed) that are required by ¶15(d) of the Contract of Sale to file site plan.

    Please make arrangements for the closing and to complete Purchaser's obligations pursuant to paragraph ¶15(d) of the Contract of Sale on or before February 5, 2007.

                                      Very truly yours,

                                      BURTON I. DORFMAN

BID:cz

enc.

TOWN OF NEW WINDSOR PLANNING BOARD
BENEDICT POND SITE PLAN
RESOLUTION OF SITE PLAN APPROVAL
(Application No. 02-30)

WHEREAS, by decision on May 5, 2004, the Town Board of the Town of New Windsor ("Town Board") adopted a resolution to approve the special use permit for the Benedict Pond Senior Citizen Project pursuant to Town of New Windsor Zoning Code §300-18; and

WHEREAS, pursuant to Town of New Windsor Zoning Code §300-18, a senior citizen project shall be allowed following site plan review by the Town Planning Board; and

WHEREAS, the applicant submitted an application for site plan review in connection with a proposal to construct a 120-unit age restricted multi-family development to be known as "Benedict Pond" to be located between Dean Hill Road, Riley Road and Mount Airy Road in the Town of New Windsor, Orange County, New York (the "Project"); and

WHEREAS, the applicant submitted a Long Environmental Assessment Form and submitted additional documentation based on the comments of the Town Engineer; and

WHEREAS, the Planning Board has determined that the applicable requirements of §300-86 of the New Windsor Zoning Law ("Zoning Law") relating to site plan review have been complied with; and

WHEREAS, the Town of New Windsor Planning Board has completed the SEQRA process in accordance with 6NYCRR Part 617; and

WHEREAS, the Planning Board conducted a public hearing on October 8, 2003, relating to the Project with proper public notice having been given under the Zoning Law, and the public was invited to, and did, provide public comments on the Project; and,

WHEREAS, the Planning Board has required and/or recommended numerous revisions to the Project site plan, and those changes are reflected in the final Project site plan; and

WHEREAS, the Planning Board has carefully considered and evaluated the Project taking into account all public comment heard at the above mentioned public hearing together with the factors and criteria set forth in §300-18 and §300-86 of the Zoning Law relating to site plan review and senior citizen housing; and

NOW, THEREFORE, BE IT RESOLVED, by the Planning Board as follows:

1. The site plan application is in compliance with the applicable requirements of §300-86 and §300-18 of the Zoning Law; and

2. The Planning Board grants site plan approval for the Project, subject to the following conditions, as well as any additional conditions imposed during the course of the meeting wherein this resolution is adopted, as may be outlined in the minutes of the Board:

1

- That the lot line change has been recorded and verified by the Attorney for the Planning Board.

- That the applicant should submit (to the Town Code Enforcement Officer) verification of the residency restriction in accordance with the Town's most recent requirements regarding the same.

- That the site plan be subject to approval of Extension No. 2 of Sewer District No. 19; such action necessarily taken by the Town Board.

- That the emergency access drive (immediately to the east of the clubhouse) be revised to reflect an emergency access drive equivalent to town private road standards, with a 20 ft. wide hinged and lockable gate across the same. "Fire Lane" signs shall be installed at the location as required by the Fire Inspector in the field.

- A note will added to the plan (both the general notes and the stormwater plans) that requires that a prior phase be completed and stabilized to the Town's satisfaction before conducting any ground disturbance on the subsequent phase.

- A note will be added to the plan (both the general notes and the stormwater plans) that requires the offsite stormwater improvements to be completed at the initial start of site work.

- That, prior to stamp of approval, the plans must include the 911 numbering and street name assignments, as approved by the Fire Inspector.

- That the off-site drainage improvement plan (addressing stormwater discharge toward Riley Road including improvements on the MacCaster property), must be added to the final site plan set.

- That the applicant makes the agreed to off-site improvement contribution for upgrades to SPS #14 (near Mt. Airy Park) and SPS #12 (off Rt. 94 Vails Gate).

- That this site plan approval is subject to recording of the easement and/or dedication documents which were part of the Lot Line Change Application (No. 04-35).

- A corrected bond estimate must be submitted for this Site Plan in accordance with the Town Code. (also to include all off site improvements).

- That the final plans submitted be subject to the final review of the Engineer for the Planning Board, for conformance with these conditions and other requirements outlined by the Board during the course of the project review.

2

- That the applicant complies with any additional conditions for approval (if any), as may be outlined in the minutes of the Planning Board meeting of 9 August 2006.

- That the applicant pays all applicable fees.

3. The Planning Board authorizes the Planning Board Chairman, the Planning Board engineer and any other agents or representatives to take any steps or to do such things as are necessary or desirable to implement this Resolution.

Upon motion made by Member __Minuta__, seconded by Member __Schlesinger__, the foregoing Resolution was adopted as follows:

| | | | |
|---|---|---|---|
| Member, Joseph Minuta | (Aye) | Nay | Absent |
| Member, Howard Brown | (Aye) | Nay | Absent |
| Member, Neil Schlesinger | (Aye) | Nay | Absent |
| Member, Henry VanLeeuwen | Aye | Nay | Absent |
| Alternate Member, Daniel Gallagher | Aye | Nay | Absent |
| Alternate Member, Henry Scheible | (Aye) | Nay | Absent |
| Chairman, Genaro Argenio | (Aye) | Nay | Absent |

Dated:   9 August 2006
New Windsor, New York

Genaro Argenio, Chairman

Filed in the Office of the Town Clerk on this 11th day of August, 2006.

Deborah Green, Town Clerk

3

TOWN OF NEW WINDSOR PLANNING BOARD
BENEDICT POND SITE PLAN
NEGATIVE DECLARATION UNDER SEQR
(Application No. 02-30)

WHEREAS, by decision on May 5, 2004, the Town Board of the Town of New Windsor ("Town Board") adopted a resolution to approve the special use permit for the Benedict Pond Senior Citizen Project pursuant to Town of New Windsor Zoning Code §300-18; and

WHEREAS, pursuant to Town of New Windsor Zoning Code §300-18, a senior citizen project shall be allowed following site plan review by the Town Planning Board; and

WHEREAS, the applicant submitted an application for site plan review in connection with a proposal to construct a 120-unit age restricted multi-family development to be known as "Benedict Pond" to be located between Dean Hill Road, Riley Road and Mount Airy Road in the Town of New Windsor, Orange County, New York (the "Project"); and

WHEREAS, the applicant submitted a Long Environmental Assessment Form and submitted additional documentation based on the comments of the Engineer for the Planning Board; and

WHEREAS, the Town of New Windsor Planning Board declared its intent to be lead agency in connection with the development of this property; and

WHEREAS, the Planning Board conducted a public hearing on October 8, 2003, relating to the Project with proper public notice having been given under the Zoning Law, and the public was invited to, and did, provide public comments on the Project; and,

WHEREAS, the Planning Board has carefully considered and evaluated the Project taking into account all public comment heard at the above mentioned public hearing together with the factors and criteria set forth in §300-18 and §300-86 of the Zoning Law relating to site plan review and senior citizen housing; and

WHEREAS, said development is an Unlisted action under SEQR. The Town Planning Board has reviewed the long Environmental Assessment Form (EAF), the site plan, public comment, and additional documentation concerning the proposed development and has thoroughly considered the criteria for determining significance set forth at 6 NYCRR Part 617.7(c); and

NOW, THEREFORE, BE IT RESOLVED, that this Board determines that the development of the subject property will not have a significant adverse impact on the environment. The Clerk is directed to file this Negative Declaration in accordance with the SEQR Regulations.

Upon motion made by Member __Schlesinger__, seconded by Member __Scheible__, the foregoing Resolution was adopted as follows:

| | Aye | Nay | Absent |
|---|---|---|---|
| Member, Joseph Minuta | (Aye) | Nay | Absent |
| Member, Howard Brown | (Aye) | Nay | Absent |
| Member, Neil Schlesinger | (Aye) | Nay | Absent |
| ~~Member, Henry VanLeeuwen~~ | Aye | Nay | Absent |
| ~~Alternate Member, Daniel Gallagher~~ | Aye | Nay | Absent |
| Alternate Member, Henry Scheible | (Aye) | Nay | Absent |
| Chairman, Genaro Argenio | (Aye) | Nay | Absent |

Dated: 9 August 2006    New Windsor, New York

_____
Genaro Argenio, Chairman

Filed in the Office of the Town Clerk on this 11th day of August, 2006.

_____
Deborah Green, Town Clerk

2

# TOWN OF NEW WINDSOR

## SPECIAL PERMIT
### PRESENTED TO:

# BENEDICT POND SENIOR CITIZEN PROJECT

CONSISTING OF 120 SENIOR CITIZEN UNITS IN ONE PHASE LOCATED AT THE INTERSECTION OF MT. AIRY ROAD AND DEAN HILL ROAD, ALSO KNOWN AS SECTION 65, BLOCK 1, LOTS 93 AND 94

ON THIS 5TH DAY OF MAY 2004

PURSUANT TO NEW WINDSOR LOCAL LAW.

THIS SPECIAL PERMIT IS SUBJECT TO THE FOLLOWING BEFORE BUILDING PERMITS SHALL ISSUE:

1. SEWER CAPACITY ALLOCATION AGREEMENT AND CERTIFICATE
2. "OUTSIDE USER SEWER AGREEMENT" WITH A SINGLE HOOK-UP TO MUNICIPAL SEWER SYSTEM
3. WATER SERVICE BY NEW WINDSOR CONSOLIDATED WATER DISTRICT, THE PROJECT BEING IN A WATER DISTRICT AND NOT REQUIRING A NEW WATER TRANSMISSION MAIN
4. NEW YORK STATE ATTORNEY GENERAL APPROVAL
5. PAYMENT OF $250.00 FEE

AS APPROVED BY TOWN BOARD RESOLUTION MAY 5, 2004

PRESENTED BY:

_____
GEORGE J. MEYERS, TOWN SUPERVISOR

**DEPARTMENT OF HEALTH**

Jean M. Hudson, M.D., M.P.H.
*Commissioner of Health*
124 Main Street
Goshen, New York 10924-2199

M.J. Schleifer, P.E
*Assistant Commissioner*

**Edward A. Diana**
*County Executive*

Environmental Health

(845) 291-2331
Fax: (845) 291-4078

July 5, 2006

Tony Danza
535 High Mountain Rd.
No. Haledon, NJ 07508

Re:
**Approval of plans for:**
**Backflow Prevention Devices**
**to serve Benedict Pond Dev./Clubhouse**
**T. New Windsor**

Dear Mr. Danza:

We have this day approved the plans submitted by Douglas W. Schmidt, P.E., for the above mentioned project.

Application for this project was duly made by you and received in this office on March 16, 2006.

We are enclosing a Certificate of Approval. A copy of the approved plans is being retained in our files and the remaining sets are being returned to your engineer.

Very truly yours,

M.J. Schleifer, P.E.
Assistant Commissioner

MJS/ajc

cc:   Engineer
      File

Enc.

waterapproval

BUREAU OF PUBLIC WATER SUPPLY PROTECTION
FLANIGAN SQUARE
547 RIVER STREET
ROOM 400 – 4TH FLOOR
TROY NY 12180-2216

## Approval of Plans fo Public Water Supply Improvemen

This approval is issued under the provisions of 10 NYCRR, Part 5:

| 1. Applicant | 2. Location of Works (C, V, T) | 3. County | 4. Water District (Specific Area Served) |
|---|---|---|---|
| BENEDICT POND DEV | T. NEW WINDSOR | ORANGE | T. NEW WINDSOR |

5. Type of Project

- [ ] 1 Source
- [ ] 2 Transmission
- [ ] 3 Pumping Units
- [ ] 4 Chlorination
- [ ] 5 Fluoridation
- [ ] 6 Other Treatment
- [ ] 7 Distribution
- [ ] 8 Storage
- [X] 9 Other

Remarks:
INSTALLATION OF ONE(1) WATTS MODEL 007QT 2" DOUBLE CHECK VALVE ASSEMBLY (DCVA) ON THE 2 SUPPLY LINE TO THE FIRE PROTECTION SYSTEM SERVING THE CLUBHOUSE BUILDING LOCATED IN THE BENEDICT POND DEVELOPMENT, T. NEW WINDSOR.

INSTALLATION OF ONE (1) WATTS MODEL 007QT 2" DOUBLE CHECK VALVE ASSEMBLY (DCVA) ON THE SUPPLY LINE TO THE FIRE PROTECTION SYSTEM SERVING EACH OF THE THIRTY (30) RESIDENTIAL BUILDINGS LOCATED ON THE BENEDICT POND DEVELOPMENT.

By initiating improvement of the approved supply, the applicant accepts and agrees to abide by and conform with the following:

a. THAT the proposed works be constructed in complete conformity with the plans and specifications approved this day or approved amendments thereto.
b. THAT the design professional certify to the Orange County Health Department and the Town of New Windsor Water Department that the above referenced backflow prevention devices were installed in accordance wit the approved plans.
c. THAT all backflow prevention devices be tested initially and annually thereafter by a New York State certified backflow prevention device tester with results of all tests reported to both the Orange Count Health Department and the Town of New Windsor Water Department.

ISSUED FOR THE STATE COMMISSIONER OF HEALTH

JULY 5, 2006
Date

_____, P.E.
Designated Representative

M.J. SCHEEIFER, P.E., ASSISTANT COMMISSIONER
O.C. DEPT. OF ENV. HEALTH
124 MAIN ST GOSHEN NY 10924
Name and Title (print)

DOH-1017 (4/94)  p. 1 of 2



**DEPARTMENT OF HEALTH**

Jean M. Hudson, M.D., M.P.H.
*Commissioner of Health*
124 Main Street
Goshen, New York 10924-2199

M.J. Schleifer, P.E.
*Assistant Commissioner*

**Edward A. Diana**
*County Executive*

Environmental Health        (845) 291-2331
                            Fax: (845) 291-4078

July 14, 2006

Danza Groups
535 High Mtn. Rd.
No. Haledon, NJ 07508

**Re:**
**Approval of plans &**
**specifications for:**
**W.M. Ext. to serve**
**Benedict Pond @ New Windsor**
**T. New Windsor**

Gentlemen:

We have this day approved the plans and specifications submitted by ENTEC, for the above mentioned project.

Application for this project was duly made by you and received in this office on September 13, 2004.

We are enclosing a Certificate of Approval. A copy of the approved plans and specifications is being retained in our files and the remaining sets are being returned to your engineer.

Very truly yours,

M.J. Schleifer, P.E.
Assistant Commissioner

MJS/ajc

cc:    Engineer
       File

Enc.

waterapproval

BUREAU OF PUBLIC WATER SUPPLY PROTECTION
FLANIGAN SQUARE
547 RIVER STREET
ROOM 400 - 4TH FLOOR
TROY NY 12180-2216

# Approval of Plans for Public Water Supply Improvement

This approval is issued under the provisions of 10 NYCRR, Part 5:

| 1. Applicant | 2. Location of Works (C, V, T) | 3. County | 4. Water District (Specific Area Served) |
|---|---|---|---|
| BENEDICT POND @ NEW WINDSOR (DANZA GROUP) | T. NEW WINDSOR | ORANGE | NEW WINDSOR WD#13 |

**5. Type of Project**

- [ ] 1 Source
- [ ] 2 Transmission
- [ ] 3 Pumping Units
- [ ] 4 Chlorination
- [ ] 5 Fluoridation
- [ ] 6 Other Treatment
- [x] 7 Distribution
- [ ] 8 Storage
- [ ] 9 Other

**Remarks:**
INSTALLATION OF 6083 L.F. OF 8" DIAMETER. CLASS 350 D.I. WATERMAIN, HYDRANTS, VALVES & ASSOCIATED APPURTENANCES TO SERVE A 120 - 2 BEDROOM AGE RESTRICTED TOWNHOUSE (CONDOMINIUM) PROJECT KNOWN AS BENEDICT POND @ NEW WINDSOR. LINES TO REMAIN PRIVATE.

By initiating improvement of the approved supply, the applicant accepts and agrees to abide by and conform with the following:

a. THAT the proposed works be constructed in complete conformity with the plans and specifications approved this day or approved amendments thereto.

ISSUED FOR THE STATE COMMISSIONER OF HEALTH

JULY 14  2006
Date

_____, P.E.
Designated Representative
M.J. SCHLEIFER, P.E., ASSISTANT COMMISSIONER
O.C. DEPT. OF ENV. HEALTH
124 MAIN ST., GOSHEN NY 10924
Name and Title (print)

DOH-1017 (4/94)  p. 1 of 2

### General

**6. Type of Ownership**
- [ ] Municipal
- [ ] Industrial
- [ ] Commercial
- [ ] 9 Water Works Corp.
- [x] 68 Private - Other
- [ ] Private - Institutional
- [ ] 26 Board of Education
- [ ] 1 Authority
- [ ] 19 Federal
- [ ] 20 State
- [ ] 30 Interstate
- [ ] 40 International
- [ ] 18 Indian Reservation

**7. Estimated Total Cost:** $355,280

**8. Population Served:** 240

**9. Drainage Basin:** MOODNA CREEK

**10. Federal Aid Involved?** [ ] 1 Yes  [x] 2 No

**11. WSA Project?** [ ] 1 Yes  [x] 2 No

### Source   N/A

**12.**
- [ ] Surface   Name _____ Class _____
- [ ] Ground    Name _____ Class _____

**13. Est. Source Development Cost**

**14. Safe yield** ____ GPD

**15. Description**

### Treatment   N/A

**16. Type of Treatment**
- [ ] 1 Aeration
- [ ] 2 Microstrainers
- [ ] 3 Mixing
- [ ] 4 Sedimentation
- [ ] 5 Clarifiers
- [ ] 6 Filtration
- [ ] 7 Iron Removal
- [ ] 8 Chlorination
- [ ] 9 Fluoridation
- [ ] 10 Softening
- [ ] 11 Corrosion Control
- [ ] 12 Other

**17. Name of Treatment Works**

**18. Max. Treatment Capacity** ____ GPD

**19. Grade of Plant Operator Req.**

**20. Est. Cost**

**21. Description**

### Distribution

**22. Type of Project**
- [ ] 1 Cross Connection
- [x] 2 Interconnection
- [ ] 3 Transmission
- [ ] 4 Fire Pump Cl 2

**23. Type of Storage** N/A
- Elevated ____ Gals.
- Underground ____ Gals.

**24. Est. Distribution Cost:** $355,280

**25. Anticipated Distribution**
System Demand: Avg. 14,400 GPD   Max. 18,000 GPD

**26. Designed for fire flow?** [x] 1 Yes  [ ] 2 No

**27. Description**
INSTALLATION OF 6083 LF OF 8" DIAMETER. CLASS 350 D.I. WATERMAIN. HYDRANTS. VALVES & ASSOCIATED APPURTENANCES TO SERVE A 120-2 BEDROOM AGE RESTRICTED TOWNHOUSE (CONDOMINIUM) PROJECT KNOWN AS BENEDICT POND @ NEW WINDSOR. LINES TO REMAIN PRIVATE.

DOH-1017 (4/94)  p. 2 of 2