# Exhibit "T"

## DORFMAN, KNOEBEL & CONWAY, LLP
### ATTORNEYS AT LAW
### 51 NORTH BROADWAY

BURTON I. DORFMAN
ROBERT S. KNOEBEL, JR.*
KEVIN T. CONWAY**

JOSEPH S. SCARMATO
DEBORAH A. QUINN

NYACK, NEW YORK 10960

(845) 353-3500

FAX
(845) 353-3529

130 WILLIAMS STREET
SUITE 710
NEW YORK, NEW YORK 10038

NO FAX OR SERVICE ACCEPTED

MEMBER NY & NJ BAR *
MEMBER NY, NJ & CT BAR **

February 9, 2007

*Via facsimile and Express Mail:*

Beazer Homes Corp.
275 Phillips Boulevard
Trenton NJ 08618

EV872113318US

Attention:   Paul R. Schneier, Division President- Fax No.:(609)538-1899
Richard S. Israel, Esq., Division Counsel- Fax No.:(609) 8   EV965167905US

Re:   KG Cornwall, LLC w/Beazer Homes Corp.

Dear Messrs. Schneier and Israel:

This letter is to advise you that you have defaulted in providing conditions set forth in ¶15D of the Contract of Sale that was set forth in my letters dated January 15, 2007 and January 30, 2007.

Please be further advised that as a result of your default a Time of the Essence Closing is hereby scheduled for February 21, 20007 at my offices located at 51 North Broadway, Nyack, New York at 11:00 a.m.

Very truly yours,

BURTON I. DORFMAN

BID:cz

cc:   KG Cornwall
     JP Morgan Chase Bank

```
* * *   COMMUNICATION RESULT REPORT ( FEB. 9. 2007  8:35AM ) * * *
                                                              FAX HEADER 1:
                                                              FAX HEADER 2:
TRANSMITTED/STORED : FEB. 9. 2007  8:33AM
FILE MODE          OPTION              ADDRESS                 RESULT       PAGE
-------------------------------------------------------------------------------
1077 MEMORY TX                         16095381899             OK           1/1
                                            16098587415        OK           1/1
                                       7748119                 OK           1/1

-------------------------------------------------------------------------------
REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL              E-2) BUSY
    E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

## DORFMAN, KNOEBEL & CONWAY, LLP
### ATTORNEYS AT LAW
### 51 NORTH BROADWAY
### NYACK, NEW YORK 10960
### (845) 353-3500
### FAX (845) 353-3529

BURTON I. DORFMAN
ROBERT S. KNOEBEL, JR.*
KEVIN T. CONWAY **
JOSEPH S. SCARMATO
DEBORAH A. QUINN

130 WILLIAMS STREET
SUITE 710
NEW YORK, NEW YORK 10038

NO FAX OR SERVICE ACCEPTED

MEMBER NY & NJ BAR *
MEMBER NY, NJ & CT BAR **

February 9, 2007

*Via facsimile and Express Mail:*

Beazer Homes Corp.
275 Phillips Boulevard
Trenton NJ 08618

Attention:   Paul R. Schneier, Division President- Fax No.:(609)538-1899
             Richard S. Israel, Esq., Division Counsel- Fax No.:(609) 858-7415

Re:   KG Cornwall, LLC w/Beazer Homes Corp.

Dear Messrs. Schneier and Israel:

This letter is to advise you that you have defaulted in providing conditions set forth in ¶15D of the Contract of Sale that was set forth in my letters dated January 15, 2007 and January 30, 2007.

Please be further advised that as a result of your default a Time of the Essence Closing is hereby scheduled for February 21, 20007 at my offices located at 51 North Broadway, Nyack, New York at 11:00 a.m.

Very truly yours,

BURTON I. DORFMAN

BID:cz

cc:   KG Cornwall
      JP Morgan Chase Bank