# Exhibit "U"

# Part 1

**TITLE NO.: FID-2164S**

CERTIFICATE OF TITLE ISSUED BY

# STEWART TITLE

## INSURANCE COMPANY

Certifies to the proposed insured named in Schedule A that an examination of title to the premises described in Schedule A has been made in accordance with its usual procedure and agrees to issue its standard form of title insurance policy in favor of the proposed insured, covering premises described in Schedule A, in the amounts hereinafter set forth, insuring the fee and / or mortgage and the marketability thereof, after the closing of the insuring transaction in conformance with procedures approved by the Company excepting (a) all loss or damage by reason of the estates, interests, defects, objections, liens, encumbrances and other matters set forth herein that are not disposed of to the satisfaction of the Company prior to such closing or issuance of the policy (b) any question or objection coming to the attention of the Company before the date of closing, or if there be no closing, before the issuance of said policy.

This Certificate shall be null and void (1) if the fees therefor are not paid (2) if the prospective insured, his attorney or agent makes any untrue statement with respect to any material fact or suppresses or fails to disclose any material fact or if any untrue answers are given to material inquiries by or on behalf of the Company (3) upon delivery of the policy. Any claim arising by reason of the issuance hereof shall be restricted to the terms and conditions of the standard form of insurance policy. If title, interest or lien to be insured was acquired by the prospective insured prior to delivery hereof, the Company assumes no liability except under its policy when issued.

### STEWART TITLE
#### INSURANCE COMPANY



Countersigned by:

_____

Company: **Fiduciary Title Agency, Inc.**

Address: **43 North Broadway**

City, State: **Nyack, NY  10960**

Agent No.: **Tel: 845.358.6020**

**Fax: 845.358.6148**

**Agent ID #322439**

_____
President

_____
Secretary

**Schedule A Description**

Title Number **FID-2164S**            Policy Number: **O-8831-363812**          Page   **1**

All that certain plot, piece or parcel of land, situate, lying and being in the Town of New Windsor, County of Orange and State of New York, intended to be Parcels I and II on a Map entitled "Proposed Lot Line change of lands of Gertrude C. Benedict" dated 7/17/1995, recorded 4/12/1996 in the Orange County Clerk's Office as Map No. 69-96, and more particularly bounded and described as follows:

Beginning at a point said point being the southeasterly corner of premises and running thence
North 82° 21' 00" west a distance of 12.52 feet
North 08° 50' 45" west a distance of 183.08 feet, thence
South 86° 54' 45" west a distance of 68.50 feet, thence
North 74° 40' 10" west a distance of 108.00 feet, thence
North 72° 37' 50" west a distance of 176.18 feet, thence
North 74° 48' 58" west a distance of 38.29 feet, thence
South 14° 40' 40" west a distance of 128 feet, thence
North 75° 35' 00" west a distance of 160 feet, thence
South 14° 25' 00" west a distance of 104.53 feet, thence
North 82° 21' 00" west along the border of the Town of New Widnsor and the town of Cornwall a distance of 917.03 feet thence
North 06° 33' 45" east a distance of 258.49 feet, thence
North 37° 45' 55" west a distance of 155.34 feet, thence
North 37° 16' 50" west a distance of 187.70 feet, thence
North 38° 12' 55" west a distance of 134.61 feet, thence
North 40° 00' 05" west a distance of 125.04 feet, thence
North 04° 17' 10" east a distance of 197.89 feet, thence
North 01° 29' 15" east a distance of 114.40 feet, thence
South 01° 51' 25" east a distance of 57.42 feet, thence
South 73° 39' 40 east a distance of 192.37 feet, thence
North 00° 17' 40" east a distance of 412.93 feet, thence
North 72° 10' 35" east a distance of 393.36 feet, thence
South 03° 58' 50" east a distance of 72.98 feet, thence
North 61° 41' 45" east a distance of 352.53 feet, thence
South 59° 09' 47" east a distance of 71.31 feet along the south westerly side of Dean Hill Road, thence
South 35° 37' 45" east a distance of 340.35 feet, thence
South 05° 57' 20" west a distance of 260.60 feet, thence
South 23° 28' 45" east a distance of 50.68 feet, thence
North 45° 03' 54" east a distance of 16.80 feet, thence
North 61° 18' 23" east a distance of 136.80 feet, thence
North 86° 52' 26" east a distance of 76.19 feet, thence
North 88° 45' 10" east a distance of 74.70 feet, thence

Title Number **FID-2164S**          Policy Number: **O-8831-383812**          Page    **2**

South 77° 52' 08" east a distance of 91.57 feet, thence
South 34° 55' 01" east a distance of 137.26 feet, thence
South 46° 33' 50" east a distance of 124.26 feet, thence
South 50° 17' 46" east a distance of 62.91 feet, thence
North 77° 25' 05" east a distance of 14.85 feet, thence
South 18° 13' 02" east a distance of 67.71 feet, thence
South 51° 09' 12" west a distance of 86.50 feet, thence
South 27° 26' 10" east a distance of 78.57 feet, thence
North 88° 35' 20" east a distance of 210.62 feet, thence
South 24° 29' 00" east a distance of 130.85 feet, thence
South 24° 32' 56" east a distance of 117.00 feet, thence
South 71° 20' 05" west a distance of 285.31 feet, thence
South 08° 41' 45" east a distance of 177.70 feet, thence
South 29° 14' 50" east a distance of 195.42 feet, thence
South 27° 07' 55" east a distance of 170.14 feet, thence
South 38° 48' 45" east a distance of 16.45 feet, thence
South 08° 50' 45" east a distance of 192.24 feet to the point or place of
beginning.

Together with a right of way over and upon a certain private road shown on Map
No. 69-96, recorded 4/12/96 in the orange County Clerk's Office.

## Schedule A

Title Number: **FID-2164S**                    Effective Date: **03/31/2006**

| | | | | |
|---|---|---|---|---|
| Premises<br>Town/Village/City | **Dean Hill and Mt. Airy Rds, New Windsor** | | | |
| County | **Orange** | | | |
| | Section 65 | Block 1 | | Lot 93 |
| | Section 65 | Block 1 | | Lot 94 |

ALTA Owner's Policy 1992 (To be issued:)                    $        **3,000,000.00**

Proposed Insured **K G CORNWALL, LLC**

ALTA Loan Policy 1992 (To be issued:)                    $        **3,000,000.00**

Proposed Insured

$

The estate or interest in the land described or referred to in this Certificate and covered herein is: **Fee Simple**

Title to said estate or interest in said land at the effective date hereof is vested in:

**Sarjon, LLC**

Source of Title:

**Title acquired from Gertrude C. Benedict, H. Glenn Benedict, Lee Benedict and Dale Benedict by Deed dated 5/6/1999 and recorded 5/21/1999 in Liber 5064 Page 127.**

Recertified Date: _5 / 1 / 2006_                    Title Recertified In:

_K G Cornwall, LLC_

The land referred to in this Certificate is described as follows:

### SCHEDULE "A" DESCRIPTION WITHIN

For any title clearance questions on this report please call:

**FIDUCIARY TITLE AGENCY, INC,**
**43 NORTH BROADWAY**

**Phone (845) 358-6020  Fax (845) 358-6148**

**Schedule B**

Title Number:    **FID-2164S**

Hereinafter set forth are additional matters which will appear in our policy as exceptions from coverage unless disposed of to our satisfaction prior to the closing or delivery of the policy.



1.    Contract indicates seller to be Benedict Pond of New Windsor, LLC; title to premises herein is vested in Sarjon, LLC.  Proof is required of devolution of title to Sarjon, LLC.  If there will be an intervening deed, Company must be notified as soon as possbile so it may run additional searches as neccesary.

2.    Proof of due formation of:

Sarjon, LLC.
    A) Proof of filing the Articles of Organization with the Secretary of State.

    B) Proof of publication of the Articles of Organization (or a notice containing the substance of the articles.)

    C) Articles of Organization and Operating Agreement must be produced and reviewed and additional exceptions may be raised.

    D) Proof is required that there has been no change in the make-up or composition of the organization, that no member has been adjudicated a bankrupt and that there have been no amendments made to the Articles of Organization and Operating Agreement.

    E) Proof is required that the members who execute the closing documents have authority to do so under the Articles of Organization.

3.    (a)    All deeds accepted for recording on and after 11/1/80 must be accompanied by the transfer report required by R.P.L. Sec. 333 (i) (e).
    (b)    For information only:  See optional future market value policy rider notice and waiver form herewith (Insurance L. Section 440 (5), eff. 9/11/82.
    (c)    Any checks in excess of $500.00 must be either certified, bank or attorney trust account checks.
    (d)    The identity of parties must be established at closing with two items of identification for each person, one of which must be picture ID.

4.    Right of way in Liber 681 Page 507 (see Liber 3415 Page 243).

5.    Right of Way in Liber 763 Page 499.

6.    Dedication in Liber 771 Page 540.

7.    Easement in Liber 872 Page 541 (see Liber 3415 page 243 ).

8.    Easement in Liber 987 page 19.

Continued On Next Page

**Schedule B**

Title Number:   **FID-2164S**

9.   Easement in Liber 1064 Page 25.

10.   Easement in Liber 1434 Page 32.

11.   Right of way in Liber 1952 Page 358.

12.   Road Maintenance Agreement in Liber 5219 Page 256.

13.   Memorandum of Contract in Liber 11026 Page 1725.

14.   Subject to riparian rights and easements of others to Benedict's Pond, but the riparian rights or easements of the owner (s)  herein are not insured.

15.   In the absence of a properly guaranteed survey, the Company will not certify as to the location nor the dimensions of the boundary lines of the within described premises on all sides.

16.   Notes/setbacks on filed map No. 69-96 recorded on 4/12/96.

17.  See Survey Reading.

## Mortgages

Mortgage Type **Mortgage**



Mortgage Number **1** of **1**                                    Title Number  **FID-2164S**

Mortgagor          **Sarjon, LLC**

Mortgagee          **Gertrude C. Benedict, H. Glenn Benedict, Lee C. Benedict and Dale Benedict**

Amount             **$ 125,000.00**          Mortgage Tax Paid  **$ 1,250.00**
Dated              **05/06/1999**
Recorded           **05/21/1999**
Liber              **7227**
Page               **169**

### Agreement

**1a**

Type                        **Extension Agreement**
Party of the First Part     **Sarjon, LLC**
Party of the Second Part    **Gertrude C. Benedict, H. Glenn Benedict, Lee C. Benedict and Dale Benedict**
Dated                       **06/30/2003**
Recorded                    **01/14/2004**
Book                        **11349**
Page                        **434**

Title Company will require a written payoff statement prior to closing.

These mortgage returns, unless the mortgage is to be insured, will appear as exceptions from coverage.  The informaton set forth herein is obtained from the recorded instrument.  Sometimes the provisions of a mortgage may be modified by agreements which are not recorded.  We suggest that you communicate with the mortgagee if you desire any additional information.  If there has been a change in the owners and holders of the mortgage, such information should be furnished to us promptly to enable further searches to be made.

TITLE NO.   0846-FID2164SA TX

# ABSTRACTERS' INFORMATION SERVICE, INC.

1111 MARCUS AVENUE – SUITE MZ214
LAKE SUCCESS, N.Y. 11042
PHONE (516) 918-4600    FAX (516) 918-4540

## ORANGE COUNTY TAX SEARCH

DATE: 3/23/2006

PREMISES: DEAN HILL ROAD, NEW WINDSOR

TOWN OF NEW WINDSOR

ASSESSED OWNER: BENEDICT POND AT NW LLC

ASSESSED VALUE: TOWN          28700/28700          TAX CLASSIFICATION: 322

SD: CORNWALL CENTRAL   SECTION: 065  BLOCK: 0001   LOT: 093 _____

### RETURNS

SEC: 065  BLOCK: 0001  LOT: 093

2006 TOWN/COUNTY TAX PERIOD 1/1-12/31
FULL TAX $1,528.03 PAID DUE 1/1

2005/2006 SCHOOL TAX PERIOD 7/1-6/30
FULL TAX $3,224.07 PAID DUE 9/1

WATER - VACANT

SUBJECT TO CONTINUATION PRIOR TO CLOSING

AFFIDAVIT SHOULD BE TAKEN AT CLOSING THAT OWNER HAS NOT RECEIVED NOTICE OF SPECIAL
ASSESSMENTS (I.E., SIDEWALK REPAIRS, LOT CLEARANCE, OR EMERGENCY REPAIRS).
TAX SEARCH DOES NOT GUARANTEE AGAINST EXISTENCE OF SUCH NOTICES. TAX DUE DATES
MAY VARY ANNUALLY. PLEASE CONFIRM DUE DATES WITH THE APPROPRIATE MUNICIPALITY.

SEARCH DOES NOT GUARANTEE AGAINST ITEMS NOT A LIEN UP TO THE DATE SHOWN. SOME OF THE ITEMS
RETURNED MAY HAVE BEEN PAID BUT NOT OFFICIALLY POSTED. RECEIPTS FOR SUCH ITEMS SHOULD BE
PRODUCED AT CLOSING. SEARCH DOES NOT GUARANTEE AGAINST CLAIMS RESULTING FROM LEVIES OF
RESTORED TAXES. SEARCH DOES NOT GUARANTEE FOR ARREARS FILED AGAINST ANY NAME OTHER THAN THE
ASSESSED OWNER AS SHOWN ABOVE. THIS SEARCH IS PREPARED EXCLUSIVELY FOR FIDUCIARY ABSTRACT
CORP on 3/23/2006. 0846-FID2164SA

Page 1 of 1

TITLE NO.  0846-FID2164SB TX

# ABSTRACTERS' INFORMATION SERVICE, INC.
1111 MARCUS AVENUE – SUITE MZ214
LAKE SUCCESS, N.Y. 11042
PHONE (516) 918-4600    FAX (516) 918-4540

## ORANGE COUNTY TAX SEARCH

DATE: 3/23/06

PREMISES: MOUNT AIRY ROAD, NEW WINDSOR

TOWN OF NEW WINDSOR

ASSESSED OWNER: SARJON LLC

ASSESSED VALUE: TOWN            50300/50300        TAX CLASSIFICATION: 322

SD: CORNWALL CENTRAL  SECTION: 65  BLOCK: 1    LOT: 94
## RETURNS

SEC: 65 BLOCK: 1  LOT: 94

2006 TOWN/COUNTY TAX PERIOD 1/1-12/31
FULL TAX $8,905.51 PAID DUE 1/1
INCLUDES 2005/06 RELEVIED SCHOOL TAX AMOUNT OF $6,227.46

2005/2006 SCHOOL TAX PERIOD 7/1-6/30
FULL TAX $5,650.54 (SEE ABOVE) DUE 9/1

*ARREARS*

2004 TOWN/COUNTY TAX LIEN SOLD $2,671.10 OPEN + INT        *Ω. 4/3/06*

WATER - MUNICIPAL

NOTE: UP-TO-DATE BILL OR RECEIPT MUST BE PRODUCED AT CLOSING. SUBJECT
TO PRIOR WATER/SEWER CHARGES NOT ENTERED AND SUBSEQUENT WATER
CHARGES SINCE DATE OF LAST READING.

SUBJECT TO CONTINUATION PRIOR TO CLOSING.


AFFIDAVIT SHOULD BE TAKEN AT CLOSING THAT OWNER HAS NOT RECEIVED NOTICE OF SPECIAL
ASSESSMENTS (I.E., SIDEWALK REPAIRS, LOT CLEARANCE, OR EMERGENCY REPAIRS).
TAX SEARCH DOES NOT GUARANTEE AGAINST EXISTENCE OF SUCH NOTICES. TAX DUE DATES
MAY VARY ANNUALLY. PLEASE CONFIRM DUE DATES WITH THE APPROPRIATE MUNICIPALITY.

SEARCH DOES NOT GUARANTEE AGAINST ITEMS NOT A LIEN UP TO THE DATE SHOWN. SOME OF THE ITEMS
RETURNED MAY HAVE BEEN PAID BUT NOT OFFICIALLY POSTED. RECEIPTS FOR SUCH ITEMS SHOULD BE
PRODUCED AT CLOSING. SEARCH DOES NOT GUARANTEE AGAINST CLAIMS RESULTING FROM LEVIES OF
RESTORED TAXES. SEARCH DOES NOT GUARANTEE FOR ARREARS FILED AGAINST ANY NAME OTHER THAN THE
ASSESSED OWNER AS SHOWN ABOVE. THIS SEARCH IS PREPARED EXCLUSIVELY FOR FIDUCIARY ABSTRACT
CORP on 3/23/06. 0846-FID2164SB

Page 1 of 1



# New York State Municipal Department Searches

Title Number **FID-2164S**                                                      Page    **1**

All searches and their results are provided at the request of the mortgagee/purchaser or their respective counsels. The Company does not in any event, insure that the buildings or other improvements situate on the premises or their uses either actual or intended, comply with Federal, State or Municipal laws, regulations or ordinances and therefore assumes no liability whatsoever by reason of the ordering of such searches and does not insure their accuracy. The following results are hereby provided for informational purposes only.

STREET REPORT
   See Attached

BANKRUPTCY SEARCH
   See Attached

TAX SEARCH
   See Attached

PATRIOT NAME
   See Attached

TITLE NO.   0846-FID2164SB SR

# ABSTRACTERS' INFORMATION SERVICE, INC.
1111 MARCUS AVENUE – SUITE MZ214
LAKE SUCCESS, N.Y. 11042
PHONE (516) 918-4600   FAX (516) 918-4540

## STREET MAINTENANCE REPORT

DATE: 3/23/2006

PREMISES:  MOUNT AIRY ROAD, NEW WINDSOR

TOWN OF NEW WINDSOR

COUNTY: ORANGE

SECTION: 65          BLOCK: 1          LOT: 94

### DEPARTMENT OF HIGHWAYS

Please be advised that the street in front of the above-mentioned
Premises is:

    [X]  Maintained by the above municipality.

    [ ]  Dedicated to the above municipality.

    [ ]  Maintained by the above County.

    [ ]  Maintained by the State of New York.

    [ ]  Pending Sub-Division.

    [ ]  A Private Road.

## IMPORTANT NOTICE ABOUT SEARCH INFORMATION ABOVE

ABSTRACTERS' INFORMATION SERVICE INC. DOES HEREBY CERTIFY THAT THE RECORDS OF THE ABOVE
MENTIONED MUNICIPALITY HAVE BEEN EXAMINED AND THAT THE INFORMATION RECORDED ABOVE IS A TRUE
AND ACCURATE ABSTRACTION OF THE INFORMATION OF THE INFORMATION CONTAINED THEREIN.

THIS REPORT IS SUBMITTED FOR INFORMATIONAL PURPOSES ONLY. LIABILITY IS LIMITED TO THE COST OF THE
SEARCH.

TITLE NO.   0846-FID2164SA SR

# ABSTRACTERS' INFORMATION SERVICE, INC.

1111 MARCUS AVENUE – SUITE MZ214
LAKE SUCCESS, N.Y. 11042
PHONE (516) 918-4600   FAX (516) 918-4540

## STREET MAINTENANCE REPORT

DATE: 3/23/2006

PREMISES:  DEAN HILL ROAD, NEW WINDSOR

TOWN OF NEW WINDSOR

COUNTY: ORANGE

SECTION: 065        BLOCK: 0001        LOT: 093

DEPARTMENT OF HIGHWAYS

Please be advised that the street in front of the above-mentioned
Premises is:

[X] Maintained by the above municipality.

[  ] Dedicated to the above municipality.

[  ] Maintained by the above County.

[  ] Maintained by the State of New York.

[  ] Pending Sub-Division.

[  ] A Private Road.

## IMPORTANT NOTICE ABOUT SEARCH INFORMATION ABOVE

ABSTRACTERS' INFORMATION SERVICE INC. DOES HEREBY CERTIFY THAT THE RECORDS OF THE ABOVE
MENTIONED MUNICIPALITY HAVE BEEN EXAMINED AND THAT THE INFORMATION RECORDED ABOVE IS A TRUE
AND ACCURATE ABSTRACTION OF THE INFORMATION OF THE INFORMATION CONTAINED THEREIN.

THIS REPORT IS SUBMITTED FOR INFORMATIONAL PURPOSES ONLY. LIABILITY IS LIMITED TO THE COST OF THE
SEARCH.

ID-1510453

## ABSTRACTERS' INFORMATION SERVICE, INC.

1111 MARCUS AVENUE – SUITE MZ214
LAKE SUCCESS, N.Y. 11042
PHONE (516) 918-4600   FAX (516) 918-4540

### BANKRUPTCY SEARCH

**Company:** FIDUCIARY ABSTRACT CORP

**Title No.** 0846-FID2164SA

**Date:** 03/23/06                               **County:** ORANGE

**CORPORATION NAME:** BENEDICT POND OF NEW WINDSOR LLC.

**The Entire NEW YORK SOUTHERN District of New York has been checked:**

The result of the investigation as per last posted date:  02/28/06

| X | There is no record of a Bankruptcy Filing for the above-mentioned individual or company. |

| | The following information is on file: |

### IMPORTANT NOTICE ABOUT SEARCH INFORMATION ABOVE

Abstracters' Information Service Inc. does hereby certify that the records of the above governmental agency was examined and that the information recorded above is a true and accurate abstraction of the information contained therein. This search was conducted for a period of five years. This report is submitted for information purposes only. Liability is limited to errors and omissions of information properly indexed, filed and recorded with the above governmental agency. The liability under this search shall not exceed $1,000 and shall be confined to the applicant for whom the search was made. This search does not include filings in areas other than the Microfiche or Index Sections of the United States Bankruptcy Clerk's office.
This search is exclusively for FIDUCIARY ABSTRACT CORP ON 03/23/06. 0846-FID2164SA

 **LandAmerica**

New York | Friday, March 31, 2006

Welcome Lori Depew  |  **Log Out**  |  **Contact Us**  |  **Help**

## Patriot Act

Name Search      Entity Name Search

| Entity Name | Benedict Pond of New |
|---|---|

Submit | Cancel

**Report is generated for Benedict Pond of New Windsor LLC on 03/31/2006 02:47 PM**

Not Found

If the search produces an apparent match that cannot be cleared using information on the government list (e.g., address, social security number, date or place of birth, etc.), or if there are other questions about a suspicious transaction, call the Treasury Department's hotline (800-540-6322) or the Treasury's Financial Crimes Enforcement unit (800-566-3974).

Privacy Policy  |  Linking Policy  |  Terms and Conditions
©2006 LandAmerica Financial Group, Inc. All Rights Reserved

ID-1510454

# ABSTRACTERS' INFORMATION SERVICE, INC.

1111 MARCUS AVENUE – SUITE MZ214
LAKE SUCCESS, N.Y. 11042
PHONE (516) 918-4600   FAX (516) 918-4540

## BANKRUPTCY SEARCH

**Company:** FIDUCIARY ABSTRACT CORP

**Title No. 0846-FID2164SA**

**Date:** 03/23/06                          **County:** ORANGE

**CORPORATION NAME:** SUNGOLD HOLDING INC.

**The Entire NEW YORK SOUTHERN District of New York has been checked:**

The result of the investigation as per last posted date: 02/28/06

| X | There is no record of a Bankruptcy Filing for the above-mentioned individual or company. |

| | The following information is on file: |

## IMPORTANT NOTICE ABOUT SEARCH INFORMATION ABOVE

Abstracters' Information Service Inc. does hereby certify that the records of the above governmental agency was examined and that the information recorded above is a true and accurate abstraction of the information contained therein. This search was conducted for a period of five years. This report is submitted for information purposes only. Liability is limited to errors and omissions of information properly indexed, filed and recorded with the above governmental agency. The liability under this search shall not exceed $1,000 and shall be confined to the applicant for whom the search was made. This search does not include filings in areas other than the Microfiche or Index Sections of the United States Bankruptcy Clerk's office.
This search is exclusively for FIDUCIARY ABSTRACT CORP ON 03/23/06. 0846-FID2164SA

 **LandAmerica**

New York  |  Friday, March 31, 2006

**Welcome Lori Depew  |  Log Out  |  Contact Us  |  Help**

## Patriot Act

Name Search     Entity Name Search

| Entity Name | Sungold Holding Inc |
|---|---|

Submit | Cancel

**Report is generated for Sungold Holding Inc on 03/31/2006 02:46 PM**

Not Found

If the search produces an apparent match that cannot be cleared using information on the government list (e.g., address, social security number, date or place of birth, etc.), or if there are other questions about a suspicious transaction, call the Treasury Department's hotline (800-540-6322) or the Treasury's Financial Crimes Enforcement unit (800-566-3974).

Privacy Policy  |  Linking Policy  |  Terms and Conditions
©2006 LandAmerica Financial Group, Inc. All Rights Reserved

ID-1540637

# ABSTRACTERS' INFORMATION SERVICE, INC.

1111 MARCUS AVENUE – SUITE MZ214
LAKE SUCCESS, N.Y. 11042
PHONE (516) 918-4600    FAX (516) 918-4540

## BANKRUPTCY SEARCH

**Company:** FIDUCIARY ABSTRACT CORP

**Title No.** 0846-FID2164S

**Date:** 03/31/06                    **County:** SUFFOLK

**CORPORATION NAME:** SARJON LLC

The Entire **NEW YORK EASTERN** District of New York has been checked:

The result of the investigation as per last posted date:  02/28/06

[X]    There is no record of a Bankruptcy Filing for the above-mentioned individual or company.

[ ]    The following information is on file:

## IMPORTANT NOTICE ABOUT SEARCH INFORMATION ABOVE

Abstracters' Information Service Inc. does hereby certify that the records of the above governmental agency was examined and that the information recorded above is a true and accurate abstraction of the information contained therein. This report is submitted for information purposes only. Liability is limited to errors and omissions of information properly indexed, filed and recorded with the above governmental agency. The liability under this search shall not exceed $1,000 and shall be confined to the applicant for whom the search was made. This search does not include filings in areas other than the Microfiche or Index Sections of the United States Bankruptcy Clerk's office.
This search is exclusively for FIDUCIARY ABSTRACT CORP ON 03/31/06. 0846-FID2164S

 **LandAmerica**

# Patriot Act

Name Search    Entity Name Search

| Entity Name | sarjon llc |

Submit | Cancel

**Report is generated for sarjon llc on 03/31/2006 03:28 PM**

Not Found

If the search produces an apparent match that cannot be cleared using information on the government list (e.g., address, social security number, date or place of birth, etc.), or if there are other questions about a suspicious transaction, call the Treasury Department's hotline (800-540-6322) or the Treasury's Financial Crimes Enforcement unit (800-566-3974).

Privacy Policy | Linking Policy | Terms and Conditions
©2006 LandAmerica Financial Group, Inc. All Rights Reserved

RD 33-27294

## ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE

YPE NAME(S) OF PARTY(S) TO DOCUMENT: BLACK INK

GERTRUDE C. BENEDICT, H. GLENN BENEDICT,
LEE C. BENEDICT, & DALE BENEDICT

TO

SARJON, LLC

SECTION __65__ BLOCK __1__ LOT __93 & 94__

HERE IS NO FEE FOR THE RECORDING OF THIS PAGE

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH

RECORDED INSTRUMENT ONLY

RECORD AND RETURN TO:
(Name and Address)

Robert DiNardo, Esq.
158 Orange Ave.
P.O. Box 367
Walden, NY 12586

### DO NOT WRITE BELOW THIS LINE

TRUMENT TYPE: DEED __X__ MORTGAGE ____ SATISFACTION ____ ASSIGNMENT ____ OTHER _____

PROPERTY LOCATION

| | | | |
|---|---|---|---|
| __ 2000 BLOOMING GROVE (TN) | __ 4200 MONTGOMERY (TN) | NO. PAGES | 12 | CROSS REF ____ |
| 2001 WASHINGTONVILLE (VLG) | __ 4201 MAYBROOK (VLG) | CERT. COPY ____ | AFFT. ____ |
| 2200 CHESTER (TN) | __ 4203 MONTGOMERY (VLG) | |
| 2201 CHESTER (VLG) | __ 4205 WALDEN (VLG) | PAYMENT TYPE: CHECK __✓__ |
| 2400 CORNWALL (TN) | __ 4400 MOUNT HOPE (TN) | CASH _____ |
| 2401 CORNWALL (VLG) | __ 4401 OTISVILLE (VLG) | CHARGE _____ |
| 2600 CRAWFORD (TN) | __ 4600 NEWBURGH (TN) | NO FEE _____ |
| 2800 DEERPARK (TN) | __X__ 4800 NEW WINDSOR (TN) | |
| 3000 GOSHEN (TN) | __ 5000 TUXEDO (TN) | CONSIDERATION $ 170,000 |
| 3001 GOSHEN (VLG) | __ 5001 TUXEDO PARK (VLG) | TAX EXEMPT _____ |
| 3003 FLORIDA (VLG) | __ 5200 WALLKILL (TN) | |
| 3005 CHESTER (VLG) | __ 5400 WARWICK (TN) | MORTGAGE AMT $ _____ |
| 3200 GREENVILLE (TN) | __ 5401 FLORIDA (VLG) | DATE _____ |
| 3400 HAMPTONBURGH (TN) | __ 5403 GREENWOOD LAKE (VLG) | |
| 3401 MAYBROOK (VLG) | __ 5405 WARWICK (VLG) | MORTGAGE TYPE: |
| 3600 HIGHLANDS (TN) | __ 5600 WAWAYANDA (TN) | __ (A) COMMERCIAL |
| 3601 HIGHLAND FALLS (VLG) | __ 5800 WOODBURY (TN) | __ (B) 1 OR 2 FAMILY |
| 3800 MINISINK (TN) | __ 5801 HARRIMAN (VLG) | __ (C) UNDER $10,000. |
| 3801 UNIONVILLE (VLG) | | __ (E) EXEMPT |
| 4000 MONROE (TN) | CITIES | __ (F) 3 TO 6 UNITS |
| 4001 MONROE (VLG) | __ 0900 MIDDLETOWN | __ (I) NAT.PERSON/CR.UNION |
| 4003 HARRIMAN (VLG) | __ 1100 NEWBURGH | __ (J) NAT.PER-CR.UN/1 OR 2 |
| 4005 KIRYAS JOEL (VLG) | __ 1300 PORT JERVIS | __ (K) CONDO |
| | __ 9999 HOLD | |

_Donna L. Benson_
DONNA L. BENSON
Orange County Clerk

RECEIVED FROM: Hardenburgh

LIBER 5064 PG 127

LIBER 5064  PAGE 127

ORANGE COUNTY CLERKS OFFICE  28935 MRL
RECORDED/FILED 05/21/1999 11:04:17 AM

FEES       71.00  EDUCATION FUND       5.00
SERIAL NUMBER:  008782
DEED CNTL NO  57102  RE TAX       680.00