# Exhibit "U"

## Part 3



permitted on said property which in the judgment of the Grantee its successors
and assigns will interfere with its service or on .. er its lines and that no
inflammable structure will be erected or permitted on said property within 50
feet of said lines. Said sum being received in full payment for the rights here-
in granted. With the further right to cut all interfering trees and brush.

Witness our hand and seal this 17th day of November A.D. 1927 at Salisbury Mills

Witness James B. Smith                    "."H. Brown          Seal

                                          Henrietta B. Brown    Seal

State of New York
County of Orange    SS.        On the 2nd day of December 1927, before me came
                    James B. Smith the subscribing witness to the fore-
going instrument, with whom I am personally acquainted who, being by me duly sworn
did depose and say that he resides at No. 84 First Street in the City of Newburgh
in said County, that he knows W.H. Brown and Henrietta B. Brown to be the individ-
uals described in and who executed the foregoing instrument, that he, said sub-
scribing witness, was present and saw them execute the same; and that he, said
witness, at the same time subscribed his name is witness thereto.

L.M. Brogan, Notary Public, Orange Co.

A true record entered December 17th 1927 at 11-30 A.M.

                    Grant                         _____ Clerk.

$5.00  Received of the American Telephone and Telegraph Company five and no/100
Dollars in consideration of which we hereby grant unto said Company, its associat-
ed and allied companies, their respective successors, assigns, lessees and agents
the right, privilege and authority to construct, reconstruct, operate and main-
tain lines of telephone and telegraph consisting of such poles, wires, cables, conduits, guys,
anchors and other fixtures and appurtenances as the Grantee may from time to time
require, upon, across, over and / or under the property which we own or in which
we have any interest in the town of New Windsor, County of Orange and State of
                                  _____ from time to time

New York, and upon and along the roads, streets or highways adjoining the said property, with the right to trim from time to time any trees along said lines so as to keep the wires and cables cleared at least thirty six inches and the right to permit the attachment of and /or carry, in conduit wires and cables of any other company. The grantor for himself, his heirs, executors, administrators and assigns hereby covenants that no wire line will be erected or permitted on said property which in the judgment of the grantee, its successors and assigns, will interfere with its service or endanger its lines and that no inflammable structure will be erected or permitted on said property within 50 feet of said lines. Said sum being received in full payment for the rights herein granted. Witness our hand and seal this 21st day of November A.D. 1927 at Meadow brock, N.Y.

Howard O. Benedict    Seal

Eva B. Benedict    Seal

Witness James B. Smith

State of New York
County of Orange  SS.    On the 2nd day of December 1927 before me came James B. Smith the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say, that he resides at No. 84 First Street in the city of Newburgh in said County, that he knows Howard O. Benedict and Eva B. Benedict to be the individuals described in, and who executed the foregoing instrument, that he, said subscribing witness, was present and saw them execute the same, and that he, said witness at the same time subscribed his name as witness thereto.

L.M.Brogan, Notary Public, Orange Co.

A true record entered December 17th 1927 at 11-30 A.M.

$5.00  Received of the American Telephone and Telegraph Company Five & no/100 dollars, in consideration of which I hereby grant unto said Company, its associated and allied companies, their respective successors, assigns, lessees and agents, the right, privilege and authority to construct, reconstruct, operate and maintain lines of telephone and telegraph, consisting of such poles, wires, cables, conduits, guys, anchors and other fixtures and appurtenances as the grantee may from time to time require, upon, across, over and / or under the property which I own or in which I have any interest in the town of Woodbury, County of Orange and State of New York and upon and along the roads, streets or highways adjoining

# ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
(This Page Is Part of the Instrument)

PRINT OR TYPE BLACK INK ONLY

New York Telephone Company

TO

Michael Petrina + Omat, Inc.

RECORD AND RETURN TO:
(Name and Address)

Michael M. Petrina
P.O. Box 324
Tuxedo, NY

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH
RECORDED INSTRUMENT ONLY.

DO NOT WRITE BELOW THIS LINE

CONTROL NO. 52185    DATE 12-27-90    AFFIDAVIT FILED _____ 19__

INSTRUMENT TYPE: DEED ____ MORTGAGE ____ SATISFACTION ____ ASSIGNMENT ____ OTHER Rel. Easement

| | | |
|---|---|---|
| BG20 Blooming Grove | SERIAL NO. | CHECK ✓ CASH ____ CHARGE ____ |
| CH22 Chester | Mortgage Amount $ | |
| CO24 Cornwall | | MORTGAGE TAX $ |
| CR26 Crawford | Exempt Yes ____ No ____ | TRANSFER TAX $ |
| DP28 Deerpark | 3-6 Cooking Units Yes ____ No ____ | |
| GO30 Goshen | Received Tax on above Mortgage | 5 |
| GR32 Greenville | | E.D. Fund $ 8.50 |
| HA34 Hamptonburgh | Basic $ | RECORD. FEE $ |
| HI36 Highland | MTA $ | REPORT FORMS $ |
| MK38 Minisink | Spec. Add. $ | CERT. COPIES $ |
| ME40 Monroe | TOTAL $ | |
| MY42 Montgomery | | CTI |
| MH44 Mount Hope | MARION S. MURPHY | |
| NT46 Newburgh (T) | Orange County Clerk | |
| NW48 New Windsor | by: | |
| TU50 Tuxedo | | |
| WL52 Wallkill | ORANGE COUNTY CLERK'S OFFICE S.S. | |
| WK54 Warwick | Recorded on the 1st day of | |
| WA56 Wawayanda | March 19 91 at 3:59 | |
| WO58 Woodbury | o'Clock ___ P ___ M. in Liber/Film 3415 | |
| MN09 Middletown | Deeds at page 243 and examined. | |
| NC11 Newburgh | Marion S. Murphy | |
| PJ13 Port Jervis | County Clerk | |
| 9999 Hold | | |

SECTION 65  BLOCK 1  LOT 51.2+ 52.2

LIBER 3415 PAGE 243

DRG 03/01/91 03:59:13    8610    8.50
[8] ***** EDUCATION FUND:    5.00 *****
    DEED CONTROL NO: 52185    .00 *

RE 12/30/90  AR

ROW 4-B

## FULL RELEASE OF RECORDED EASEMENT

THIS INSTRUMENT made this ___17th___ day of ___December___ 19 _90_, between the NEW YORK TELEPHONE COMPANY, a New York corporation having an office at ___1095 Avenue of the Americas___, County of ___New York___ State of New York; and ___Michael M. Petrone and GMAT, Inc.___,

residing at ___PO Box 324___
Town of ___Tuxedo Park___ NY ___ County of ___Rockland___
State of New York (hereinafter referred to as "Owner").

### W I T N E S S E T H

WHEREAS, heretofore and by an instrument in writing bearing the day of ___November 21___, 19 _22_, and recorded on ___December 17___, 19 _22_, in the office of the County Clerk of ___Orange___ County, State of New York, in Liber ___681___ of Deeds at Page ___502___, (hereinafter referred to as the "Original Easement"). New York Telephone Company, its successors and assigns was granted a right of way and easement, for its communication lines over, through and across certain property in the Town of ___New Windsor___, County of ___Orange___, State of New York, described in the Original Easement, and also, upon, over and/or under the highways upon or adjoining said property together with certain other rights as therein set forth; and

WHEREAS, Owner of said property is desirous of having the property described above released from the burden of the Original Easement;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) paid by Owner, the receipt of which is hereby acknowledge, New York Telephone Company does hereby release unto said Owner all the rights, title and interest which the New York Telephone Company acquired by the Original Easement, EXCEPTING AND RESERVING to the New York Telephone Company, its respective successors and assigns, however, all right, privilege and authority acquired under the said Original Easement, over and/or under the highways upon or adjoining said property together with the rights appurtenant thereto as set forth in the said instrument.

IN WITNESS WHEREOF, New York Telephone Company has caused this Instrument to be duly executed under seal the day and year first above written.

NEW YORK TELEPHONE COMPANY

ATTEST:                                          By ___Recorders___   APV 1/26/91

___Robert W. Zn___
ASSISTANT SECRETARY

STATE OF NEW YORK )
                                    ) ss.:
COUNTY OF _Dutchess_ )

On the ___27___ day of ___December___, 19 _90_, before me personally appeared ___P.W. Walsh___, to me known, who being duly sworn, did depose and say that he resides at ___Tuxedo Park, N.Y.___, in the state of New York, that he is a ___Director___ _of Operations_ of New York Telephone Company, the corporation described in and which executed the above instrument; that he knows the seal of said corporation, and the seal affixed to said instrument is such corporate seal affixed by the order of the Board of Directors and that he signed his/her name thereto by like order.

___Gertrude A. Hafield___
Notary Public

GERTRUDE A. OLDFELD
Notary Public, State of New York
Reg. # 002130
Qualified in Dutchess County
Commission Expires 2/20/91

FCC Item #406 (Rel. 6 Yrs. After Expiration or Cancellation)

LIBER 3415 PAGE 244

FEB 11 1991

and which executed the above Instrument; that he knows the seal of said corpora-tion; that the seal affixed to said Instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that h[e] sighed his name thereto by like order.

Ruth Krantzow Notary Public
Kings County Clk's No. 388
New York County Clk's No. 141
Commission expires March 30, 1937
Certif. filed Orange Co.  (LS)

A true record entered October 30, 1935 at 9 A. M.

763 499

C. E. Dusenberry Clerk

This Indenture made the Twenty fourth day of October, nineteen hundred and thirty five, between Edward P. Runyon (unmarried), residing in the Town of Cornwall, County of Orange and State of New York, party of the first part, and Howard O. Benedict, residing in the Town of Cornwall, County of Orange and State of New York, party of the second part,

Witnesseth, that the party of the first part, in consideration of One ($1.00) dollar lawful money of the United States, and other valuable considerations paid by the party of the second part, doth hereby grant and release unto the party of the second part, his heirs and assigns forever,

ALL that certain piece or parcel of land situate partly in the Town of Cornwall and partly in the Town of Windsor, in the County of Orange and State of New York, bounded and described as follows:

BEGINNING at a point in the center of the highway which leads from Salisbury Mills to Newburgh and in range of the stone wall boundary between the lot hereby described and lands of Benedict adjoining on the west, and running thence along the easterly boundary of said last mentioned lands marked by said stone wall, north 15° 9' east as the needle pointed in 1924, six hundred and for[ty] eight feet to the corner of lands formerly of Gilbert H. Gerow, deceased; thence along the southerly boundary of said last mentioned lands, and along a stone wall south 76° 18' east, three hundred forty five and six tenths feet to the point of intersection with the center of a cross wall leading to the road; thence along the approximate line of said cross wall, being along the westerly line of a lot of six and eight one hundredths acres heretofore sold by the party of the first part to one David E. Bundy and wife, south 12° 17' west, three hundred thirty nine and six tenths feet to an angle of stone walls; thence along the boundary of said last mentioned lands, being along a stone wall, north 78°35' west fifty eight and three tenths feet to an angle of said wall; thence continuing along said wall and boundary of said last mentioned land, south 11° 30' west three hundred and nine tenths feet to the southwesterly corner of said last mentioned lands in the center of the old Town Highway; thence along the center of said Old Town Highway, north 74° 24' west two hundred and three and five tenths feet, and thence along the center of the Highway leading from Salisbury Mills to Newburgh, north 82° 10' west, one hundred twenty one feet to the place of be-

763 p 499

ginning containing four acres and nine hundred twenty six one-thousand acre of land, more or less.

Being part of the premises conveyed to said Edward P. Runyon by A. Still by deed dated May 12th, 1900, recorded in Orange County Clerk's in Liber 447 of Deeds at page 502 on May 18th, 1900.

ALSO all that certain other lot, piece or parcel of land and being in the Town of Cornwall, County of Orange and State of New and described as follows:

BEGINNING at a point in the southerly boundary line wall erly of one Woodward, distant two hundred feet from the easterly line burgh-Woodbury Improved County Highway No. 42, measured easterly along wall, said point being the northeasterly corner of a lot of land here to one Edward Pembleton, and marked by a stake driven into the ground thence along the southerly boundary wall and line of land formerly two hundred feet to the northwesterly corner of a lot of land heretofore to George Wood; thence along the line of said last mentioned lands and to the line of said County Highway, south 7° 24' west as the needle 1922, one hundred feet to a point marked by an iron bar set in the gro which a blaze on the nearer of two elm trees is nine and four tenths north 21° 40' east; thence parallel to said southerly line of lands to Woodward, north 89° 24' west two hundred feet to the southeasterly co lands heretofore conveyed to Edward P. Runyon, marked by a stake drive ground, and thence north 7° 24' east along the line of said last men one hundred feet to the place of beginning. Containing 455/1000 of an more or less.

Together with a right of way in common with the other abut over a private roadway through lands of Rose Lixfield southerly and we the said County Highway No. 42. This private roadway shall be twenty wide along the line of the lot herein described and conveyed, and along of lot of George Wood adjoining and thirty three feet wide from thence County Highway No. 42 between lots of Hamel and Gorton.

Being the same premises conveyed to said Edward P. Runyon by Lixfield by deed dated February 9th, 1926, recorded in Orange County Cl in Liber 673 of Deeds at page 85, on March 7th, 1927.

TOGETHER with the appurtenances and all the estate and rights party of the first part in and to the said premises. To have and to hol premises herein granted unto the party of the second part, his heirs and forever. And said Edward P. Runyon, party of the first part hereto, cov as follows: First. That said party of the first part is seized of the s in fee simple, and hath good right to convey the same; Second. That the of the second part shall quietly enjoy the said premises; Third. That premises are free from incumbrances; Fourth. That the party of the firs

State of New York

County of Orange    SS

On the first day of July, nineteen hundred and thirty six before me personally came Benjamin Terwilliger, to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same.

Charles W. U. Sneed, Notary Public, Orange County.

A true record entered July 3, 1936 at 9 A.M.

(Map filed July 3, 1936)

This Indenture made the first day of July, in the year One nine hundred and thirty six between Howard O. Benedict of the Town of Cornwall, County of Orange, State of New York, and Eva B. Benedict, his wife, party of the first part, and The County of Orange, one of the Counties of the State of New York having its principal place for the transaction of business in the Village of Goshen, County of Orange, State of New York, party of the second part,

Witnesseth, that the said parties of the first part in consideration of the sum of $135.00 lawful money of the United States, paid by the said party of the second part, do hereby grant and release unto the said party of the second part, its successos and assigns forever,

ALL that piece or parcel of land situate in the Town of Cornwall, County of Orange, State of New York, for the Chester-Vails Gate State Highway No. 154, as shown on Map No. 58, filed herewith and described as follows:

BEGINNING at a point on the northerly boundary of the existing Chester-Vails Gate Highway, said point being 37± feet distant northerly, measured at right angles, from Station R216+00 of the hereinafter described survey base line of the proposed reconstruction of the Chester-Vails Gate State Highway No. 154, in Orange County; thence S 83° 57' E. 208.1± feet to a point on the division line between the lands of E. P. Runyon, reputed owner, on the west, and the lands of H. H. Bundy, reputed owner, on the east, the last mentioned point being 44± feet northerly, measured at right angles, from Station R218+07± of the said survey base line; thence along said division line 24± feet to its intersection with the northerly boundary of an intersecting road, the last mentioned point being 20± feet northerly, measured at right angles from Station R218+07± of the said survey base line; thence westerly along the said intersecting road boundary and westerly along the northerly boundary of said existing Chester-Vails Gate Highway 209± feet to the point of beginning; being 0.055 acre more or less.

The above mentioned survey base line is a portion of the survey base line for the said proposed reconstruction of the Chester-Vails Gate State Highway No. 154, Orange County, and is described as follows:

BEGINNING at Station R214+50 thence S 82° 34' 30" E. 290 feet to Station R217+40; thence S 80° 49' 30" E. 220 feet to Station R219+60.

TOGETHER with the appurtenances and all the estate and rights of the said parties of the first part in and to said premises. To have and to hold the above granted premises unto the said party of the second part, its successors