# Exhibit "U"

# Part 4

Form No. 109 BM 5-41

In consideration of the sum of One Dollar ($1.00) and other valuable considerations, the receipt whereof from Central Hudson Gas and Electric Corporation, a domestic corporation having its principal office (residence) at South Road (no street number), Poughkeepsie, New York, AND _____ a domestic Corporation having its principal office (residence) at _____ is hereby acknowledged, the undersigned hereby grant(s) and convey(s) unto said corporation(s), and each of them, their respective successors, assigns and lessees, an easement and right of way in, upon, over, under and across the land of the undersigned including roads and highways thereon and adjacent thereto, situated in the _____ of _____ County of _____Dutchess_____, State of New York.

Said easement and line shall extend from the property line of _____ on the _____ direction to the property line of _____ on the _____

Together with the right at all time, to enter thereon and have access thereto and to construct, relocate, operate and maintain thereon and to repair, replace, renew and remove a line of poles, cables, crossarms, wires, guys, braces, underground conduits and all other appurtenances and fixtures adapted to the present and future needs, uses and purposes of said corporation(s), their respective successors, assigns and lessees.

Together with the right to attach any wires to trees on said property, and to trim, cut and remove trees and other objects thereon so as to prevent interference with or from the wires of said corporations.

The exact location of such easement and line is to be as determined by said corporations having regard to the origin, general direction and termini of the transmission requirements of said corporations. If such line hereafter materially interferes with any new use to which the land on which said line is located, the Corporations will, on reasonable notice, and on being given without cost a new easement, and right of way to them, for a substitute location reasonably suitable for their requirements, remove such line to such new location and the cost of such removal may be required.

Corporation AND _____ shall reimburse _____ for damage to his — its property caused solely by the said Corporations in repairing the line to be located on said property.

This grant shall inure to and bind the heirs, legal representatives, successors, assigns and lessees of the undersigned and of said Corporations.

Signed, sealed and delivered on _____ 19____

_____ (L.S.)
_____ (L.S.)

Residing at: _____ _____ _____
            Number   Street

_____ _____ _____
Town, City or Village   County   State

Form No. 402 — 946

In consideration of the sum of One Dollar ($1.00) and other valuable considerations, the receipt whereof from Central Hudson Gas & Electric Corporation, a domestic corporation having its principal office (residence) at South Road (no street number), Poughkeepsie, N. Y., AND **NEW YORK TELEPHONE COMPANY**, a domestic Corporation having its principal office (residence) **HOWEST ST NEW YORK, N.Y.**, is hereby acknowledged, the undersigned hereby grant(s) and convey(s) unto said corporation(s), and each of them, their respective successors, assigns and lessees, an easement and right of way in, on, over, under and across the lands of the undersigned including roads and highways thereon and adjacent thereto, situated in the **TOWN** of **CORNWALL**, County of **ORANGE**, State of New York. Said easement and line shall extend from the property line of **VAILSGATE - SALISBURY MILLS ROAD** on the **SOUTH** in a **NORTHERLY** direction to the property line of **CUSTOMER OWNED POLE** on the **NORTH**.

Together with the right at all times to enter thereon and have access thereto and to construct, relocate, operate and maintain thereon to repair, replace, protect and remove a line of poles, cables, crossarms, wires, guys, braces, underground conduits and all other appurtenances and fixtures adapted to the present and future needs, uses and purposes of said corporation(s), their respective successors, assigns and lessees. Together with the right also to attach guy wires to trees on said property, and to trim, cut and remove trees and other objects thereon as to provide a clearance of **10** feet from the wires of said corporations.

The exact location of said easement and line is to be as determined by said corporations having regard to the origin, general direction and destination of said line and the requirements of said corporations. If such line hereafter materially interferes with any new use to which the land of the undersigned may subsequently be devoted, the Corporations will, on reasonable notice, and on being given without cost a new right of way, satisfactory in form to them, for a substitute location reasonably suitable for their requirements, remove said line to such substitute location, but only one such removal may be required.

Central Hudson Gas & Electric Corporation AND **NEW YORK TELEPHONE COMPANY** shall reimburse the undersigned for any damage to his—her—their—its property caused solely by the said Corporations in repairing the line to be located in this easement.

The provisions hereof shall inure to and bind the heirs, legal representatives, successors, assigns and lessees of the undersigned and said corporation(s) respectively.

Signed, sealed and delivered on _____ 1947

In the presence of:

Howard B. Hewitt               Residing at **MEADOW BROOK** No. **10**
                                         **CORNWALL**   **ORANGE**   **N.Y.**

In consideration of the sum of One Dollar ($1.00) and other valuable considerations, the receipt whereof from Central Hudson Gas & Electric Corporation, a domestic corporation having its principal office (residence) at South Road (no street number), Poughkeepsie, N.Y., AND *NEW YORK TELEPHONE COMPANY*, a domestic Corporation having its principal office (residence) *140 WEST ST. NEW YORK, N.Y.*, is hereby acknowledged, the undersigned hereby grant(s), convey(s) unto said corporation(s), and each of them, their respective successors, assigns and lessees, an easement and right of way in, over, under and across the lands of the undersigned including roads and highways thereon and adjacent thereto, situated in the Town of *CORNWALL*, County of *ORANGE*, State of New York.

Said easement and line shall extend from the property line of *BUNDY* on the *EAST* in a *WESTERN* direction to the property line of *COOPER* on the *WEST*.

Together with the right at all times to enter thereon and have access thereto and to construct, relocate, operate and maintain thereon to repair, replace, protect and remove a line of poles, cables, crossarms, wires, guys, braces, underground conduits and all other appurtenances and fixtures adapted to the present and future needs, uses and purposes of said corporation(s), their respective successors, assigns, and lessees.

Together with the right also to attach guy wires to trees on said property, and to trim, cut and remove trees and other objects thereon to provide a clearance of ____ feet from the wires of said corporations.

The exact location of said easement and line is to be as determined by said corporations having regard to the original general direction of said line and the requirements of said corporations. If such line hereafter materially interferes with any new use to which the undersigned may subsequently be devoted, the Corporations will, on reasonable notice and on being given without cost a new and right of way satisfactory in form to them for a substitute location reasonably suitable for their requirements, remove such a substitute location, but only one such removal may be required.

Central Hudson Gas & Electric Corporation AND *NEW YORK TELEPHONE COMPANY* shall reimburse the undersigned for any damage to his—her—their—its property caused solely by the said Corporations in repairing the line to be hereinafter installed.

The covenants herein shall inure to and bind the heirs, legal representatives, successors, assigns and lessees of the undersigned corporations respectively.

Sealed and delivered on ____ 19__

Residing at ____

Form No. 409 Rev. 2M-12-'52

In consideration of the sum of One Dollar ($1.00) and other valuable considerations, the receipt whereof from Central Hudson Gas and Electric Corporation, a domestic corporation having its principal office (residence) at South Road (no street number), Poughkeepsie, New York, AND New York Telephone Co. 140 West St., New York, N.Y., a domestic Corporation having its principal office (residence) is hereby acknowledged, the undersigned hereby grant(s) and convey(s) unto said corporation(s), and each of them, their respective successors, assigns and lessees, an easement and right of way in, upon, over, under and across the lands of the undersigned including roads and highways thereon and adjacent thereto, situated in the Town of New Windsor, County of Orange, State of New York.

Said easement and line shall extend from the property line of Chant on the South in a Northerly direction to the property line of Vining on the North for the installation of (4) type poles and (1) one anchor and necessary guys on and-along property.

Together with the right at all times to enter thereon and have access thereto and to construct, relocate, operate and maintain thereon and repair, replace, protect and remove a line of poles, cables, crossarms, wires, guys, braces, underground conduits and all other appurtenances and fixtures adapted to the present and future needs, uses and purposes of said corporation(s), their respective successors, assigns and lessees.

Together with the right also to attach guy wires to trees on said property, and to trim, cut and remove trees and other objects thereon so as to provide a clearance of 15 feet from the wires of said corporations.

The exact location of said easement and line is to be as determined by said corporations having regard to the origin, general direction and destination of said line and the requirements of said corporations. If such line hereafter materially interferes with any new use to which the land of the undersigned may subsequently be devoted, the Corporations will, on reasonable notice, and on being given without cost, a new easement and right of way, satisfactory in form to them, for a substitute location reasonably suitable for their requirements, remove such line to such substitute location, but only one such removal may be required.

Central Hudson Gas & Electric Corporation AND New York Telephone Co. shall reimburse the undersigned for any damage to his—her—their—its property caused solely by the said Corporations in repairing the line to be located on this easement.

The provisions hereof shall inure to and bind the heirs, legal representatives, successors, assigns and lessees of the undersigned and of said corporation(s) respectively.

Signed, sealed and delivered, on July 10, 1957.   Franklin Benedict (L.S.)

In the presence of:
Charles F. Winchell

Residing at: None  RT. 94
New Windsor  Orange  N.Y.

ACKNOWLEDGMENT BY SUBSCRIBING WITNESS.
STATE OF NEW YORK
County of Orange  ss.:

On this 10th day of July, 1957, before me personally came Charles F. Winchell (subscribing witness) with whom I am personally acquainted, to me known and known to me to be the subscribing witness to the foregoing instrument, who, being by me duly sworn, did depose and say that he resides in Town of Cornwall, N.Y., that he is personally acquainted with Franklin Benedict and knows said person(s) to be the person(s) described in and who executed the foregoing instrument; that he, the said subscribing witness, was present and saw the said person(s) execute the same and that he (severally) duly acknowledged to him, the said subscribing witness, that he executed the same and that he thereupon subscribed his name as witness thereto.

FRANK W. SHAY
NOTARY PUBLIC, State of New York
Residing in Orange County, N.Y.
My Commission Expires March 30, 19__

Frank W. Shay
Notary Public

A true record entered July 30th, 1957 at 1:00 P.M.

Clerk