# Exhibit "U"

# Part 6

## MEMORANDUM OF CONTRACT OF SALE OF REAL PROPERTY

THIS AGREEMENT, dated the 7 day of February, 2003, between BENEDICT POND OF NEW WINDSOR, LLC, formerly known as Sarjon LLC, with offices at 535 High Mountain Road, North Haledon, New Jersey 07508, (hereinafter referred to as the "Seller") and SUNGOLD HOLDING, INC., A Domestic Corporation, with offices at 108 New Hempstead Road, New City, New York 10956, (hereinafter referred to as the "Purchaser").

### W I T N E S S E T H :

That the Seller agrees to sell and convey, and the Purchaser agrees to purchase, the real property and premises commonly known as Tax Map Section 65, Block 1, Lots 93 and 94, located at Town of New Windsor County of Orange, State of New York also described on Schedule "A" annexed hereto.

This sale is to be made pursuant to the terms, covenants and conditions contained in a Contract of Sale for the above property, by the parties, as executed on March 7th, February ___, 2003.

The closing of title is scheduled to take place on or before May 1, 2006, as set forth in paragraph 12 of the contract. Purchaser is NOT entitled to possession prior to closing.

Pursuant to said contract, Purchaser has made payments to Seller in the amount of $300,000.00.

IN WITNESS WHEREOF, THIS AGREEMENT HAS BEEN EXECUTED BY THE PARTIES HERETO.

BENEDICT POND OF NEW WINDSOR, LLC

By: Angelo J. Danza, Member   4/4/03

SUNGOLD HOLDING, INC.

By: Jayne Dresdner, Pres



State of New York ) ss.:
County of Rockland )

On April 11, 2003, before me, the undersigned, a Notary Public in and for said State, personally appeared Bruce Dresner, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public, State of New York

DONALD TIRSCHWELL
NOTARY PUBLIC - STATE OF NEW YORK
RESIDING IN ROCKLAND COUNTY
COMMISSION EXPIRES 6/30/06

State of New York ) ss.:
County of Orange )

On April 15, 2003, before me, the undersigned, a Notary Public in and for said State, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public, State of New York

JAMES V. RINALDI
No. 8580050
Notary Public, State of New York
Qualified in Orange Co.
Commission Expires Mar. 30, 20_06_

W:\1733188\MV3890.WPD

SCHEDULE "A"           DESCRIPTION

PARCEL 1

ALL that certain plot, piece or parcel of land, situate, lying and being in the Town of New Windsor, County of Orange and State of New York, and being more particularly bounded and described as follows:

BEGINNING at a point in the easterly line of lands of H.O. Benedict at the northwesterly corner of the lands of Walter H. Gerow, and running thence from said point of beginning the following four courses and distances along the lands of H.O. Benedict;

FIRST: North 48 degrees 28 minutes East, 67.95 feet to a point;
SECOND: North 23 degrees 57 minutes West, 50 feet to a point;
THIRD: North 50 degrees 36 minutes East, 23.80 feet to a point;
FOURTH: North 61 degrees 04 minutes East, 165.56 feet to a point, which point is the corner of a stone wall at the northeasterly corner of the herein described parcel, and running thence along the new division line through the lands of Walter H. Gerow, the following three courses:

FIRST: South 28 degrees 04 minutes East, 206.40 feet, along a stone wall to a point;
SECOND: South 20 degrees 08 minutes East, 117 feet, still along said stone wall to an iron bolt on the west side of said stone wall, the said bolt marking the southeasterly corner of the herein described parcel;
THIRD: South 71 degrees 35 minutes West, 288.50 feet along the northerly side of an old abandoned stone wall to an iron pipe set at the southwesterly corner of the herein described parcel;

RUNNING THENCE along the easterly line of the lands of H.O. Benedict, North 10 degrees 28 minutes West, 135 feet to a point;
RUNNING THENCE, still along the lands of H.O. Benedict, North 32 degrees 39 minutes West, 163 feet to the point or place of BEGINNING.

Containing 2.12 acres of land, be the same more or less.

LIBER 2626 PG. 318



ALL THAT LAND, situate in the Town of New Windsor, Orange County, New York, bounded and described as follows:

BEGINNING at a point, being the intersection of the center line of Mount Airy Road with the westerly bounds of Dean Hill Road;

THENCE from said place of beginning and along the westerly bounds of Dean Hill Road;

SOUTH Thirty-Five Degrees, One Minute, Forty Seconds East, Three Hundred Twenty-Three and Fifty-Six Hundredths Feet (S 35°-01'-40" E, 323.56');

SOUTH Thirty-Five Degrees, Fifty-Eight Minutes, Fifty Seconds East, One Hundred Thirteen and Twenty-Three Hundredths Feet (S 35°-58'-50" E, 113.23') to a set 5/8" iron rod, flush in the ground, being the northeasterly most corner of lands of Richard T. and Sharon J. Yanasco, Deed Reference Liber 2022, Page 702;

THENCE along the line of lands of said Yanasco, the following three (3) courses and distances;

SOUTH Sixty-Two Degrees, Fifty-Seven Minutes, Five Seconds West, Three Hundred Nine and Ninety-Six Hundredths Feet (S 62°-57'-05" W, 309.96') to a set 5/8" iron rod;

SOUTH Thirty-Five Degrees, Thirty Minutes, Five Seconds East, One Hundred Forty-Four and Forty-Six Hundredths Feet (S 35°-30'-05" E, 144.46') to a set 5/8" iron rod;

NORTH Sixty-Two Degrees, Four Minutes, Forty Seconds East, Three Hundred Ten and Forty-Eight Hundredths Feet (N 62°-04'-40" E, 310.48') generally following the line of the remains of a stone wall the latter portion of the course to a set 5/8" iron rod on the westerly bounds of Dean Hill Road;

THENCE along said westerly bounds, the following four (4) courses and distances, namely;

SOUTH Thirty-Five Degrees, Fifty-Eight Minutes, Fifty Seconds East, One Hundred Eighty and Thirty-Six Hundredths Feet (S 35°-58'-50" E, 180.36');

SOUTH Thirty-Seven Degrees, Twenty-Six Minutes, Five Seconds East, One Hundred Sixty-Six and Seventy-Five Hundredths Feet (S 37°-26'-05" E, 166.75');

-continued-

LIBER 2626 PG 319

SOUTH Forty-One Degrees, Fifty-Two Minutes, Ten Seconds East, One Hundred Seventy-Six and Seventy-Nine Hundredths Feet (S 41°-52'-10" E, 176.79');

SOUTH Forty-Seven Degrees, Nine Minutes, Five Seconds East, Eighty-Six and Sixty-Six Hundredths Feet (S 47°-09'-05" E, 86.66') to a set 5/8" iron rod;

THENCE leaving said westerly bounds of Dean Hill Road, North Seventy-Two Degrees, Ten Minutes, Thirty-Five Seconds East, Thirty-Two and Eighty-Nine Hundredths Feet (N 72°-10'-35" E, 32.89') to a point in the presumed center line of Dean Hill Road as located in July of 1986;

THENCE along the center line of Dean Hill Road, as located in July of 1986, approximately 400 feet plus or minus to a point;

THENCE along the center line of said Dean Hill Road, South Fifty-Nine Degrees, Eighteen Minutes, Fifty Seconds East, Twenty-Six and Zero Hundredths Feet (S 59°-18'-50" E, 26.00');

THENCE along the line of lands of Walter H. Gerow, South Thirty-Seven Degrees, Thirty-Six Minutes, Ten Seconds East (S 37°-36'-10" E) passing over a set 5/8" iron rod at Sixty-Seven and Fifty Hundredths Feet (67.50') along the way for a total distance of Six Hundred Seventy-Four and Forty Hundredths Feet (674.40') to a set 5/8" iron rod in a stone wall on the line of lands of Howard Franklin Benedict, Deed Reference Liber 1444, Page 265;

THENCE along the line of said Benedict, the following five (5) courses and distances, namely:

SOUTH Fifty-Eight Degrees, Fifty-Five Minutes, Thirty Seconds West, (S 58°-55'-30" W) generally following a stone wall, the beginning of the course, One Hundred Seventy-Three and Ninety Hundredths Feet (173.90');

SOUTH Fifty-Seven Degrees, Fifty-Nine Minutes, Thirty-Five Seconds West, Twenty-Three and Eighty Hundredths Feet (S 57°-59'-35" W, 23.80');

SOUTH Twenty-Seven Degrees, Twenty-Six Minutes, Ten Seconds East, Fifty and Zero Hundredths Feet (S 27°-26'-10" E, 50.00');

SOUTH Fifty-Seven Degrees, Fifty-Two Minutes, Thirty Seconds West, Seventy-Two and Zero Hundredths Feet (S 57°-52'-30" W, 72.00');

SOUTH Thirty Degrees, Fifty-Two Minutes, Forty-Five Seconds East, (S 30°-52'-45" E) generally following the line of a stone wall, One Hundred Sixty-Three and Zero Hundredths Feet (163.00') to an angle point in the stone

LIBER 2626 PG 320

-2-

wall on the westerly side of a 14" hickory tree;

THENCE continuing along the line of lands of Benedict and along the line of lands of Alice M. Hula, Deed Reference Liber 1025, Page 501 and generally following the direction of the stone wall, South Eight Degrees, Forty-One Minutes, Forty-Five Seconds East, Three Hundred Twelve & Seventy Hundredths Feet (S 08°-41'-45" E, 312.70') to a point on the southeasterly side of an 18" hickory tree standing on the westerly side of stone wall;

THENCE continuing along the line of Hula and along the line of lands of Linda Marie Dugid, Deed Reference Liber 2076, Page 748, South Twenty-Nine Degrees, Fourteen Minutes, Fifty Seconds East, One Hundred Ninety-Five and Forty-Two Hundredths Feet (S 29°-14'-50" E, 195.42') to a found 5/8" iron rod in a stone wall;

THENCE along the line of lands of John A. Dadbois, Deed Reference Liber 2048, Page 159 and along the line of lands of Rufus and Beulah McCaster, Deed Reference Liber 1756, Page 940, South Twenty-Seven Degrees, Seven Minutes, Fifty-Five Seconds East, (S 27°-07'-55" E) generally following the line of a stone wall, One Hundred Seventy and Fourteen Hundredths Feet (170.14');

THENCE along the line of lands of Charles S. Satterly, Deed Reference Liber 2010, Page 1120, South Thirty-Eight Degrees, Forty-Eight Minutes, Forty-Five Seconds East, Sixteen and Forty-Five Hundredths Feet (S 30°-48'-45" E, 16.45') to a set 5/8" iron rod;

SOUTH EIGHT Degrees, Fifty Minutes, Forty-Five Seconds East, One Hundred Ninety-Two and Twenty-Four Hundredths Feet (S 08°-50'-45" E, 192.24') to a set 5/8" iron rod on the line intended to be the Town line between New Windsor and Cornwall, said iron rod also being North Eighty-Two Degrees, Twenty-One Minutes, Zero Seconds West, Nineteen and Two Hundredths Feet (N 02°-21'-00" W, 19.02') from a found "X" on a marble monument claimed by neighbors to be on the Town Line;

THENCE over and through the lands of Howard O. Benedict, Deed Reference Liber 779, Page 558, North Eighty-Two Degrees, Twenty-One Minutes, Zero Seconds West (N 02°-21'-00" W) along the presumed Town Line, Twelve and Fifty-Two Hundredths Feet (12.52') to a set 5/8" iron rod in a stone wall on the line of lands of Charles Satterly, Deed Reference Liber 1002, Page 01;

THENCE along the line of lands of Charles Satterly, the following two (2) courses and distances;

NORTH EIGHT Degrees, Fifty Minutes, Forty-Five Seconds West, (N 08°-50'-45" W) generally following the line of a stone wall, One Hundred Eighty-Three and Eight Hundredths Feet (183.08') to a set "X" chisel mark on a stone at the corner of stone walls and South Eighty-Six Degrees, Fifty-Four Minutes, Forty-Five Seconds West (S 86°-54'-45" W) generally following the line of a stone wall, Sixty-Eight and Fifty Hundredths Feet (68.50') to an angle point in the stone wall being the northeasterly corner of lands of David and Alice Mae Bundy, Deed Reference Liber 642, Page 559;

THENCE along the line of lands of said Bundy, the following three (3) courses and distances, namely;

NORTH Seventy-Four Degrees, Forty Minutes, Ten Seconds West (N 74°-40'-10" W) generally following the line of a stone wall, One Hundred Eight and Zero Hundredths Feet (108.00');

LIBER 2626 PG 321



NORTH Seventy-Two Degrees, Thirty-Seven Minutes, Fifty Seconds West, (N 72°-37'-50" W) generally following the line of a stone wall, One Hundred Seventy-Six and Eighteen Hundredths Feet (176.18') to a set 5/8" iron rod at a stone wall intersection;

NORTH Seventy-Five Degrees, Twenty-Six Minutes, Forty Seconds West, (N 75°-26'-40" W) generally following the line of a stone wall, Thirty-Eight and Twenty-Nine Hundredths Feet (38.29') to an intersection of stone walls;

SOUTH Fourteen Degrees, Forty Minutes, Forty Seconds West, (S 14°-40'-40" W) generally following the line of a stone wall, One Hundred Twenty-Seven and Fifty-Eight Hundredths Feet (127.58') to a point being the northeasterly corner of lands of Eleanor C. Graham, Deed Reference Liber 1952, Page 358;

THENCE along the line of lands of said Graham, the following two (2) courses and distances, namely:

NORTH Seventy-Five Degrees, Thirty-Five Minutes, Zero Seconds West, One Hundred Sixty and Zero Hundredths Feet (N 75°-35'-00" W, 160.00') to a found 1" o.d. iron pipe, 7" below grade in a gravel driveway;

SOUTH Fourteen Degrees, Twenty-Five Minutes, Zero Seconds West, One Hundred Four and Fifty-Three Hundredths Feet (S 14°-25'-00" W, 104.53') to a point being North Fourteen Degrees, Twenty-Five Minutes, Zero Seconds East, Ten and Thirty-Two Hundredths Feet (N 14°-25'-00" E, 10.32') from a found 1" o.d. iron pipe, flush in the ground being the southwesterly corner of lands of said Graham, said point also being on the Town Line between New Windsor and Cornwall;

THENCE along said presumed Town Line and over and through the lands of Howard O. Benedict, Deed Reference Liber 763, Page 499, North Eighty-Two Degrees, Twenty-One Minutes, Zero Seconds West, One Hundred Ninety-Nine and Sixty-Six Hundredths Feet (N 82°-21'-00" W, 199.66') to a set 5/8" iron rod;

THENCE continuing along said Town Line and over and through the lands of Howard O. Benedict, Deed Reference Liber 962, Page 350, North Eighty-Two Degrees, Twenty-One Minutes, Zero Seconds West, (N 82°-21'-00" W) passing over a set 5/8" iron rod near the southerly end of the Benedict pond at Three Hundred Eighty and Seventy Hundredths Feet (380.70') along the way for a total distance of Seven Hundred Seventeen and Thirty-Seven Hundredths Feet (717.37') to the corner of lands of Douglas C. Thorne, Deed Reference Liber 1438, Page 435, said iron pipe also being South Eighty-Five Degrees, Twenty-One Minutes, Thirty Seconds East, Sixty-Five and Sixty-One Hundredths Feet (S 85°-21'-30" E, 65.61') from a found 7/8" o.d. iron pipe in concrete on the line of lands of Thorne and said to be on the Town Line as well;

THENCE along the line of lands of Thorne for a portion of the way and along the line of lands of James and Karen Marie Bothwell, Jr., Deed Reference Liber 1903, Page 816 also being shown on a filed map in the Orange County Clerk's Office, filed on November 30, 1984 and designated as Map Number 6819;

NORTH Six Degrees, Thirty-Three Minutes, Forty-Five Seconds East, Two Hundred Fifty-Eight and Forty-Nine Hundredths Feet (N 06°-33'-45" E) generally following the line of a stone wall, (258.49') to a found 5/8" iron rod at a stone wall intersection;

LIBER 2626 PG 322

-4-

THENCE continuing along the line of lands of Bothwell, North Thirty-Seven Degrees, Sixty-Five Minutes, Fifty-Five Seconds West (N 37°-16'-55" W) following the line of a stone wall, One Hundred Fifty-Five and Thirty-Four Hundredths Feet (155.34') to a found 1" o.d. iron pipe in said stone wall;

THENCE along the line of lands of James C. and Anna D. Jensen, Deed Reference Liber 1956, Page 655, the following three (3) courses and distances, namely:

NORTH Thirty-Seven Degrees, Sixteen Minutes, Fifty Seconds West, (N 37°-16'-50" W) generally following a stone wall, One Hundred Eighty-Seven and Seventy Hundredths Feet (187.70');

NORTH Thirty-Eight Degrees, Twelve Minutes, Fifty-Five Seconds West, (N 38°-12'-55" W) generally following a stone wall, One Hundred Thirty-One and Sixty-One Hundredths Feet (131.61');

NORTH Forty Degrees, Zero Minutes, Five Seconds West, (N 40°-00'-05" W) generally following a stone wall and passing over a set 5/8" iron rod at One Hundred Twenty-Five and Four Hundredths Feet (125.04') along the way for a total distance of One Hundred Sixty and Fifty-Three Hundredths Feet (160.53') to a point in the center line of Mount Airy Road as located in July of 1986;

THENCE along the presumed center line aforementioned, North Four Degrees, Seventeen Minutes, Ten Seconds East, One Hundred Sixty-Six and Seventy-Six Hundredths Feet (N 04°-17'-10" E, 166.76'), North One Degree, Twenty-Nine Minutes, Fifteen Seconds East, One Hundred Thirty and Eight Hundredths Feet (N 01°-29'-15" E, 130.08') and North One Degree, Fifty-One Minutes, Twenty-Five Seconds West, Fifty-Three and Eighty-Two Hundredths Feet (N 01°-51'-25" W, 53.82') to the southwesterly corner of lands of Vernon H. and Florence L. Smith, Deed Reference Liber 1920, Page 1156;

THENCE along the line of lands of said Smith, the following five (5) courses and distances, all generally following a line of a stone wall.

SOUTH Seventy-One Degrees, Thirty-Two Minutes, Zero Seconds East, (S 71°-32'-00" E) passing over a set 5/8" iron rod on the easterly bounds of Mount Airy Road at Twenty-Five and Ninety-Two Hundredths Feet (25.92') along the way for a total distance of Ninety-Nine and Twelve Hundredths Feet (99.12');

SOUTH Seventy-Three Degrees, Thirty-Three Minutes, Fifty-Five Seconds East, Seventy-Two and Thirty-One Hundredths Feet (S 73°-33'-55" E, 72.31');

SOUTH Seventy-Nine Degrees, Fourteen Minutes, Fifty Seconds East, Forty-Six and Sixty-Four Hundredths Feet (S 79°-14'-50" E, 46.64') to a found 1" o.d. iron pipe in a stone wall corner;

NORTH Zero Degrees, Seventeen Minutes, Forty Seconds East, Four Hundred Eleven and Sixteen Hundredths Feet (N 00°-17'-40" E, 411.16') to a set 5/8" iron rod in a corner of a stone wall;

SOUTH Seventy-Two Degrees, Ten Minutes, Thirty-Five Seconds West, (S 72°-10'-35" W) passing over a set 5/8" iron rod at Two Hundred Ten and Eighty-Two Hundredths Feet (210.82') along the way for a total distance of Two Hundred Thirty-Six and Fourteen Hundredths Feet (236.14') to a point in the center line of Mount Airy Road;



LIBER 2626 PG 323

THENCE along the center line of Mount Airy Road as located in July of 1986, the following ten (10) courses and distances, namely:

NORTH Four Degrees, Nine Minutes, Forty Seconds West, Ninety-Three and One Hundredths Feet (N 04°-09'-40" W, 93.01');

NORTH Six Degrees, Seven Minutes, Ten Seconds West, One Hundred Forty-Four and Seventy-Six Hundredths Feet (N 06°-07'-10" W, 144.76');

NORTH Seven Degrees, Nineteen Minutes, Twenty Seconds West, One Hundred Ninety-Two and Seven Hundredths Feet (N 07°-19'-20" W, 192.07');

NORTH Four Degrees, Twenty Minutes, Thirty Seconds West, Ninety and Fifty Hundredths Feet (N 04°-20'-30" W, 90.50');

NORTH One Degree, Zero Minutes, Fifty-Five Seconds East, Eighty-Four and Ninety-Three Hundredths Feet (N 01°-00'-55" E, 84.93');

NORTH Five Degrees, Forty-Five Minutes, Forty-Five Seconds East, Eighty-One and Seventy-Eight Hundredths Feet (N 05°-45'-45" E, 81.78');

NORTH Ten Degrees, Forty-Six Minutes, Twenty Seconds East, Eighty-Four and Eighty-Two Hundredths Feet (N 10°-46'-20" E, 84.82');

NORTH Twenty-One Degrees, Eighteen Minutes, Twenty Seconds East, Ninety-Three and Eighty Hundredths Feet (N 21°-18'-20" E, 93.00');

NORTH Twenty-Eight Degrees, Twelve Minutes, Fifty-Five Seconds East, One Hundred Thirty-Seven and Three Hundredths Feet (N 28°-12'-05" E, 137.03');

NORTH Twenty-Nine Degrees, Thirty-Seven Minutes, Fifty-Five Seconds East, Three Hundred Eight and Twelve Hundredths Feet (N 29°-37'-55" E, 308.12') to the place of beginning.

CONTAINING 66.473 acres of land as surveyed by Mercurio-Norton-Tarolli, Land Surveying-Engineering, Corner of Main and Center Streets, Pine Bush, New York 12566. Bearings refer to magnetic north of August, 1986.

EXCEPTING from the above described 66.473 acre parcel, now owned by New York Telephone Company as described in Liber 2004 of Deeds, Page 415 and more particularly bounded and described as follows:

BEGINNING at a found 4" X 4" concrete monument being the southeasterly corner of lands of said New York Telephone Company, said monument being North Eighty-Nine Degrees, Thirty-Five Minutes, Twenty-Five Seconds West, One Hundred Seven and Sixty Hundredths Feet (N 89°-35'-25" W, 107.60') from a set 5/8" iron rod, being the northwesterly corner of lands of Richard T. and Sharon J. Yanasco, Deed Reference Liber 2022, Page 702;

THENCE from said place of beginning and along the line of lands of M. Franklin Benedict, the following four (4) courses and distances, namely:

NORTH Sixty-Two Degrees, Forty-Eight Minutes, Fifty Seconds West, One Hundred and Twenty-Two Hundredths Feet (N 62°-48'-50" W, 100.22') to a found 4" X 4" concrete monument, flush in the ground on the easterly side of Mount Airy Road;

LIBER 2626 PG 324

NORTH Twenty-Seven Degrees, Eighteen Minutes, Forty Seconds East, (N 27°-18'-40" E) along the easterly side of Mt. Airy Road, One Hundred and Seven Hundredths Feet (150.07') to a found 4" X 4" concrete monument in a stone wall;

SOUTH Sixty-Two Degrees, Fifty-Two Minutes, Thirty Seconds East, Ninety-Nine and Seventy-One Hundredths Feet (S 62°-52'-30" E, 99.71') to a found 4" X 4" concrete monument at the base of an apple tree, 13" above grade;

SOUTH Twenty-Seven Degrees, Seven Minutes, Ten Seconds West, One Hundred Fifty and Eighteen Hundredths Feet (S 27°-07'-10" W, 150.10') to the place of beginning.

THIS EXCEPTION contains 0.344 acres of land, leaving the above described tract with a remaining 66.129 acres of land.

THE 66.129 acre parcel is subject to that land within the bounds of Mt. Airy Road and Dean Hill Road, for use as a public highway.

SUBJECT to a utility easement in favor of the American Telephone and Telegraph Company as described in Liber 681 of Deeds, Page 507.

SUBJECT to a right-of-way over and upon a private road leading from the westerly bounds of Graham to the New York State Route 94 as is described in Liber 1052, Page 358;

SUBJECT to an grants easements or rights-of-way of utility companies of record, if any.

THE ABOVE DESCRIBED 66.129 acres of land is intended to be portions of the following deed; the first a deed conveyed by Eva S. Benedict to Howard O. Benedict on July 2, 1945 and recorded in the Orange County Clerk's Office in Liber 962 of Deeds, Page 350 on July 3, 1945; the second being a portion of a deed conveyed by Lyman Abbott Gerow and Gilbert Westcott Gerow as executors of a will to Howard O. Benedict on March 12, 1937 and recorded in the Orange County Clerk's Office in Liber 779 of Deeds, Page 558 on March 19, 1937; the third being a portion of lands conveyed by Edward P. Runyan to Howard O. Benedict on October 24, 1935 and recorded in the Orange County Clerk's Office in Liber 763 of Deeds, Page 499; the fourth being all the land contained in a deed conveyed by Lyman Abbott Gerow and Gilbert Westcott Gerow as executors of a will to Howard O. Benedict and filed in the Orange County Clerk's Office on July 29, 1937 in Liber 704 of Deeds, Page 49 and the last deed being a portion of lands conveyed on April 4, 1970 from Eva B. Benedict to H. Franklin Benedict and filed in the Orange County Clerk's Office in Liber 1007 of Deeds, Page 971 on October 18, 1971.

LIBER 2626 PG 325

BEING AND INTENDED TO BE the same premises described in a certain Deed dated June 21, 1994, made by Omat Inc., to Gertrude C. Benedict, Individually and as Testatrix of the Last Will and Testament of H. Franklin Benedict; H. Glenn Benedict, Lee C. Benedict and Dale Benedict, which Deed was thereafter recorded in the Office of the Orange County Clerk on June 27, 1994, in Liber 4065 of Deeds at page 141.

ALSO BEING INTENDED TO BE PARCEL I AND PARCEL II ON A MAP ENTITLED "PROPOSED LOT LINE CHANGE OF LANDS OF GERTRUDE C. BENEDICT" DATED 7-17-95 AND RECORDED 4-12-96 IN THE ORANGE COUNTY CLERK'S OFFICE AS MAP #69-96.