# Exhibit "V"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KG CORNWALL, LLC                                    :    Index No. 07 Civ. 2881 (CLB)
                                                    :
                           Plaintiff,               :    **RESPONSES TO PLAINTIFF'S**
                                                    :    **DEMAND FOR**
            -against-                               :    **WITNESS INFORMATION**
                                                    :
BEAZER HOMES CORP.                                  :
                           Defendant.               :
-------------------------------------------------------X

Defendant Beazer Homes Corp. (Beazer), by and through its attorneys, Pryor

Cashman LLP, as and for its responses (the Responses) to plaintiff KG Cornwall, LLC's

Demand for Witness Information (the Demand), states the following:

Beazer objects to the Demand in its entirety on the ground that it is incomprehensible

in the context of this action.    The Demand appears to be a boilerplate discovery device used

by defense counsel in personal injury actions, which is totally unsuitable, and not capable of

response, in an action for breach of contract.

Subject to and without waiving that objection, and reserving its right to supplement

this disclosure at any time prior to trial, Beazer represents that the following individuals may

be witnesses to the events and circumstances at issue in this action:

(a)   Robert Stout
      Beazer Homes Corp.
      275 Philips Boulevard
      Trenton, New Jersey 08618

(b)   John Karger
      Beazer Homes Corp.
      275 Philips Boulevard
      Trenton, New Jersey 08618

(c)   Richard Israel, Esq., no longer employed by Beazer.  Address to be provided.

Dated: New York, New York
December 14, 2007

PRYOR CASHMAN LLP

By: _____
      Eric D. Sherman
      Luisa K. Hagemeier
Attorneys for Defendant
410 Park Avenue
New York, New York 10022
(212) 421-4100

TO:   Burt I. Dorfman, Esq.
      Dorfman Knoebel & Conway
      51 North Broadway
      Nyack, NY 10960
      (845) 353-3500
      *Counsel for Plaintiff*

2

Index No. 07 Civ. 2881 (CLB)   Year 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KG CORNWALL, LLC,

Plaintiff,

- against -

BEAZER HOMES CORP.,

Defendant.

**DEFENDANT'S RESPONSE TO DEMAND FOR WITNESSES**

PRYOR CASHMAN LLP

*Attorneys for* **DEFENDANT**

410 PARK AVENUE
NEW YORK, N.Y. 10022
(212) 421-4100

To

Attorney(s) for

Service of a copy of the within _____ is hereby admitted.

Dated,

_____
Attorney(s) for

PLEASE TAKE NOTICE
Check Applicable Box

☐ NOTICE OF ENTRY

that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on                    20

☐ NOTICE OF SETTLEMENT

that an order                    of which the within is a true copy will be presented for
settlement to the Hon.                    one of the judges
of the within named court, at
on                    20        at        M.

Dated,

Yours, etc.

PRYOR CASHMAN LLP

*Attorneys for*
410 PARK AVENUE
NEW YORK, N.Y. 10022
212-421-4100

To

Attorney(s) for

[RECEIVED DEC 17 2007 stamp]