UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KG CORNWALL, LLC.,

                       Plaintiff,                              **AFFIDAVIT OF SERVICE BY EXPRESS MAIL**

   -against-

BEAZER HOMES CORP.,                                  **Index No. 07 Civ. 2881 (CLB)**

                    Defendant.
------------------------------------------------------------X

STATE OF NEW YORK    )
                             ) SS.:
COUNTY OF ROCKLAND )

      I, YAEL RESNICK, being sworn, says: I am not a party to the action, am over 18 years of age and reside at Nyack, New York.  On April 30, 2008, I served the within NOTICE OF MOTION FOR LEAVE TO AMEND, WITH SUPPORTING AFFIDAVIT AND EXHIBITS, AND PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO AMEND, by electronic submission, and by placing same in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Luisa K. Hagemeier
Pryor Cashman LLP
410 Park Avenue
New York, New York 10022

                                                                     _____
                                                                        YAEL RESNICK

Sworn to before me on the
30 day of April, 2008.

_____
NOTARY PUBLIC

MARGARET A. CALCAGNI
Notary Public, State of New York
No. 4952689
Qualified in Rockland County
Commission Expires June 26, 2011