

# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022  Tel: 212-421-4100  Fax: 212-326-0806

www.pryorcashman.com

**Eric D. Sherman**
Partner

Direct Tel: 212-326-0862
Direct Fax: 212-798-6394
esherman@pryorcashman.com

May 12, 2008

*[handwritten stamp and note: MEMO ENDORSED — Application Granted. So Ordered. May 13, 2008 — Charles L. Brieant USDJ]*

VIA FACSIMILE

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
Attention: Alice Cama, Esq.

Re:   KG Cornwall, LLC v. Beazer Homes Corp., Index No. 07 Civ. 2881

Dear Judge Brieant:

We represent the defendant, Beazer Homes Corporation ("Beazer"), in this case.   We are having some difficulty reaching our client, and therefore request a one-week adjournment, until May 20, 2008, to submit opposition to plaintiff KG Cornwall, LLC's ("KG") motion for leave to amend the complaint. Counsel for KG has consented to our request.  Mary suggested that we send this request via facsimile.

Respectfully submitted,

*[signature: Eric D. Sherman]*

Eric D. Sherman

cc:   Burton I. Dorfman, Esq.
(845) 353-3529