# DORFMAN, KNOEBEL, CONWAY, FURY & GRIFFIN, LLP

ATTORNEYS AT LAW
81 NORTH BROADWAY
NYACK, NEW YORK 10960
(845) 353-3500
FAX
(845) 353-3529

PLEASE REPLY TO NYACK OFFICE

BURTON I. DORFMAN
ROBERT S. KNOEBEL, JR.*
KEVIN T. CONWAY**
F. HOLLIS GRIFFIN, JR.

JOSEPH S. SCARMATO
DEBORAH A. QUINN
MICHAEL J. FURY

OF COUNSEL
MICHAEL H. FURY

MEMBER NY & NJ BAR *
MEMBER NY, NJ & CT BAR **

5 EAST CENTRAL AVENUE
PEARL RIVER
NEW YORK 10965
(845) 735-4300
FAX (845) 735-6312

126 STATE STREET
HACKENSACK
NEW JERSEY 07601
(201) 568-1099

NO FAX OR SERVICE ACCEPTED

May 21, 2008

*Via Facsimile (212) 326-0806 and Mail*

Luisa K. Hagemeier, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, New York 10022

      Re: KG Cornwall, LLC v. Beazer Homes Corp.
        Index No. 07 Civ. 2881

Dear Ms. Hagemeier:

  This letter is to advise you that the Motion for Leave to Amend, in the above-mentioned matter is returnable on Friday, May 30th, 2008 at 10:00am.

  If you have any questions, please do not hesitate to call.

        Very truly yours,

       BURTON I. DORFMAN

BID/yr
Cc: Hon. Charles L. Brieant (914) 390-4085