UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KG CORNWALL, LLC.,

                      Plaintiff,                    AFFIDAVIT OF SERVICE BY
                                                         FACSIMILE, AND EXPRESS
                                                         MAIL

    -against-

BEAZER HOMES CORP.,                              Index No. 07 Civ. 2881 (CLB)

                      Defendant.
-----------------------------------------------------------X

STATE OF NEW YORK    )
                               ) SS.:
COUNTY OF ROCKLAND )

      I, YAEL RESNICK, being sworn, says: I am not a party to the action, am over 18 years of age and reside at Nyack, New York. On May 27, 2008, I served the within PLAINTIFF'S REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT, by electronic submission, by facsimile, and by placing same in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Eric D. Sherman
Luisa K. Hagemeier
Pryor Cashman LLP
410 Park Avenue
New York, New York 10022

                                                                          _____
                                                                          YAEL RESNICK

Sworn to before me on the
27th day of May, 2008.

_____
NOTARY PUBLIC

MARGARET A. CALCAGNI
Notary Public, State of New York
No. 4952689
Qualified in Rockland County
Commission Expires June 26, 20__