# DORFMAN, KNOEBEL, CONWAY, FURY & GRIFFIN, LLP

ATTORNEYS AT LAW
51 NORTH BROADWAY
NYACK, NEW YORK 10960

(845) 353-3500

FAX
(845) 353-3529

PLEASE REPLY TO NYACK OFFICE

BURTON I. DORFMAN
ROBERT S. KNOEBEL, JR. *
KEVIN T. CONWAY **
F. HOLLIS GRIFFIN, JR.

JOSEPH S. SCARMATO
DEBORAH A. QUINN
MICHAEL J. FURY

OF COUNSEL
MICHAEL H. FURY

MEMBER NY & NJ BAR *
MEMBER NY, NJ & CT BAR **

5 EAST CENTRAL AVENUE
PEARL RIVER
NEW YORK 10965
(845) 735-4300
FAX (845) 735-6312

126 STATE STREET
HACKENSACK
NEW JERSEY 07601
(201) 568-1099

NO FAX OR SERVICE ACCEPTED

June 12, 2008

Via Facsimile 914-390-4085

Hon. Charles L. Brieant, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, NY 10601

RE: KG Cornwall, LLC v. Beazer Homes Corp.
    Case No. 07 Civ. 2881

Dear Judge Brieant:

**MEMO ENDORSED**

*Application Granted. Motion will be deemed fully submitted on June 26, 2008.*

*/s/ Charles L. Brieant*
6/12/08              USDJ

In furtherance of the most recent conference before this Honorable Court concerning the pending motion, originally returnable on June 13, 2008, please further note that the parties have endeavored to continue settlement discussions and request that the Court hold said motion, which has been previously marked fully submitted, until June 16, 2008 [*June 26, 2008*] in order for the settlement process to continue.

Please further note that this application is being made on consent of defendant's counsel and the undersigned will advise the Court before the adjourn date as to whether the matter has been settled or whether it will be necessary for the Court to rule on said motion.

Thank you for your kind attention in this matter.

Very truly yours,

Kevin T. Conway/pc

Kevin T. Conway (KG3347)

KTC/pc
cc:  Luisa Hagemeier (Via Fax 212-326-0877)